# EXHIBIT 6

**Exemplary Infringement Claim Chart for U.S. Patent No. 7,593,202**
**MediaTek MT8695**

| Claim 1 | Representative Accused Product – MediaTek MT8695 |
|---|---|
| 1. An integrated circuit comprising: | Representative accused products include, without limitation, MediaTek MT8695.<br><br>The MediaTek MT8695 is an integrated circuit.<br><br>Photos of the MT8695 from a circuity analysis report are shown below.<br><br> |
| a first power domain; | The MTK8695 includes a first power domain.<br><br>For example, as illustrated below, the 2.0 Interface-C die functional block includes a power domain VDDf (VSSb is corresponding ground node). |

-1-

| Claim 1 | Representative Accused Product – MediaTek MT8695 |
|---|---|
| |  |
| a second power domain; | The MTK8695 includes a second power domain.<br><br>For example, as illustrated below, the 2.0 Interface-C die functional block includes a power domain VDDg (VSSb is corresponding ground node). |

-2-

| Claim 1 | Representative Accused Product – MediaTek MT8695 |
|---|---|
| a bank of input/output (I/O) cells coupled to said first and second power domains, including a first plurality of active clamps for said first power domain and a second plurality of active clamps for said second power domain wherein said first and second pluralities of active clamps overlap along said bank of I/O cells. | The MTK8695 includes a bank of input/output (I/O) cells coupled to said first and second power domains, including a first plurality of active clamps for said first power domain and a second plurality of active clamps for said second power domain wherein said first and second pluralities of active clamps overlap along said bank of I/O cells.<br><br>For example, as illustrated below, the layout of the 2.0 Interface_C includes multiple input/output buffers (2.3 I/O Buffer_N) coupled to the first and second power domains.<br><br><br>**Figure 2.1** Layout of 2.0 INTERFACE_C (Metal 1 layer) |

Complaint, Exhibit 6
138

| Claim 1 | Representative Accused Product – MediaTek MT8695 |
|---|---|
| |  |

-4-

| Claim 1 | Representative Accused Product – MediaTek MT8695 |
|---|---|
| | <br><br>The bank includes a first plurality of active clamps for the first power domain (cells 2.2 ESDa include clamps for the first power domain) and a second plurality of active clamps for the second power domain (cells 2.4 ESDb include clamps for the second power domain). |

-5-

| Claim 1 | Representative Accused Product – MediaTek MT8695 |
|---|---|
| |  |

-6-

| Claim 1 | Representative Accused Product – MediaTek MT8695 |
|---|---|
| |  |

Complaint, Exhibit 6
142

| Claim 1 | Representative Accused Product – MediaTek MT8695 |
|---|---|
|  | Additionally, the first and second pluralities of active clamps overlap along the bank of I/O cells.<br><br><br><br>**Figure 2.1** Layout of 2.0 INTERFACE_C (Metal 1 layer) |

-8-