# EXHIBIT 8

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,482,136**
**MediaTek MT6358**

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| 1. A chip scale package, comprising: | Representative accused products include, without limitation, MediaTek MT6358.<br><br>The Mediatek MT6358 is an integrated circuit semiconductor device.<br><br>Photos of the MT6358 from a circuitry analysis report are shown below.<br><br>*Package Top Surface*   *Package Bottom Surface*   *Package Bottom (with Solder Spheres Removed)*<br><br>The MediaTek MT6358 is a chip scale package. |

-1-

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| a semiconductor die embedded in a die support body formed of a molding composition, the semiconductor die having a die surface with a first area, the die support body having a layer support surface proximal the first area, the die having a plurality of first bond pads disposed in a first spaced arrangement on the first area, the first spaced arrangement having a first minimum center-to-center bond pad spacing; | The MT6358 includes a semiconductor die embedded in a die support body formed of a molding composition, the semiconductor die having a die surface with a first area, the die support body having a layer support surface proximal the first area, the die having a plurality of first bond pads disposed in a first spaced arrangement on the first area, the first spaced arrangement having a first minimum center-to-center bond pad spacing.<br><br>For example, as illustrated below, the MT6358 includes a semiconductor die in a die support body formed of a molding composition. The semiconductor die has a die surface with a first area.<br><br> |

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| | As illustrated below, the die support body has a layer support surface proximal the first area.<br> |

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| | As further illustrated below, the die has a plurality of first bond pads disposed in a first spaced arrangement on the first area, the first spaced arrangement having a first minimum center-to-center bond pad spacing  |

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| a bond pad spacing interface structure supported, at least in part, by the layer support surface of the die support body, the bond pad spacing interface structure having a plurality of second bond pads in a second spaced arrangement over a second area, the second spaced arrangement having a second minimum center-to-center bond pad spacing, and a plurality of electrical conductors, each of the electrical conductors connecting a corresponding one of the first bond pads to a corresponding one or more of the second bond pads, wherein the first bond pads are arranged with a first average density of bond pads per unit area and the second bond pads are arranged with a second average density value of bond pads per unit area that is lower than said first density. | The MT6358 includes a bond pad spacing interface structure supported, at least in part, by the layer support surface of the die support body, the bond pad spacing interface structure having a plurality of second bond pads in a second spaced arrangement over a second area, the second spaced arrangement having a second minimum center-to-center bond pad spacing, and a plurality of electrical conductors, each of the electrical conductors connecting a corresponding one of the first bond pads to a corresponding one or more of the second bond pads, wherein the first bond pads are arranged with a first average density of bond pads per unit area and the second bond pads are arranged with a second average density value of bond pads per unit area that is lower than said first density.<br><br>For example, as illustrated below, The MT6358 includes a bond pad spacing interface structure supported, at least in part, by the layer support surface of the die support body.<br><br> |

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| | As further illustrated below, the bond pad spacing interface structure has a plurality of second bond pads in a second spaced arrangement over a second area, the second spaced arrangement having a second minimum center-to-center bond pad spacing.<br><br> |

-6-

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| | As further illustrated below, the bond pad spacing interface structure has a plurality of electrical conductors, each of the electrical conductors connecting a corresponding one of the first bond pads to a corresponding one or more of the second bond pads.<br><br>*Energy Dispersive X-ray Spectra elemental map at partial section line B-B. The redistribution trace extending from first bond pad is shown to be copper. Copper is electrically conductive.* |

-7-

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| | As further illustrated below, the first bond pads are arranged with a first average density of bond pads per unit area and  |

-8-

| Claim 1 | Representative Accused Product – MediaTek MT6358 |
|---|---|
| | As further illustrated below, the second bond pads are arranged with a second average density value of bond pads per unit area that is lower than said first density  |

-9-