# EXHIBIT 10

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,558,591**
**MediaTek MT8516**

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
| 1. A phase locked loop (PLL) comprising: | Representative accused products include, without limitation, MediaTek MT8516.<br><br>The MediaTek MT8516 is an integrated circuit semiconductor device.<br><br>Photos of the MT8516 from a circuity analysis report are shown below.<br><br><br>Figure 0.7 Die photo (top metal)      Figure 0.3 Package top<br><br>Figure 0.8 Die markings |

-1-

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  | The MTK8516 includes a phase locked loop (PLL) (1.1 PLLa_Block) within 1.0 Display Interface Block.<br><br>Figure 0.10 Die functional blocks under analysis (Active layer) |

-2-

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  | <br><br>1.1 PLLa_BLOCK |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
| a phase frequency detector powered by a first analog supply voltage; | The MTK8516 includes a phase frequency detector powered by a first analog supply voltage.<br><br>For example, as illustrated below, the PLLA includes a phase frequency detector (1.1.5.1 PHASE_DETECTORa) powered by an analog supply voltage VDD_Ra.<br><br>[Circuit schematic diagram of 1.1.5 PLLa showing blocks 1.1.5.1 PHASE_DETECTORa, 1.1.5.2 CP_BIAS_SRCa, 1.1.5.3 CHARGE_PUMP, 1.1.5.4 LPF_BLOCKa, 1.1.5.5 VCOa, 1.1.5.6 CLOCK_DRIVER, 1.1.5.7 FEEDBACK_DIVIDERa, with signals including REF_CLKa, DRVb_EN, DRVb_nOE, TSTa_OE, LPF_MDa, CP_E, Ha, Hb, ISINKa[1], VB_MD, CP_nE, VCO_nE, and supplies VDD_Ra, VDD_Rb, VDD_Rc]<br><br>1.1.5 PLLa |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  |   1.1.5.1 PHASE_DETECTORa |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
| a charge pump coupled to the phase frequency detector, the charge pump powered by a second analog supply voltage, different from the first analog supply voltage; | The MTK8516 includes a charge pump coupled to the phase frequency detector, the charge pump powered by a second analog supply voltage, different from the first analog supply voltage.<br><br>For example, as illustrated below, the PLLa includes a charge pump (1.1.5.3 CHARGE_PUMP) coupled to the phase frequency detector.<br><br>1.1.5 PLLa |

-6-

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
| | As shown below, the Charge Pump is powered by an analog supply voltage VCP which is different than VDD_Ra.<br><br><br><br>1.1.5.3 CHARGE_PUMP |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
| a voltage controlled oscillator (VCO) coupled to the charge pump, the VCO powered by a third analog supply voltage, different from the first analog supply voltage and different from the second analog supply voltage, wherein a frequency of the VCO is controlled by a control voltage; and | The MTK8516 includes a voltage controlled oscillator (VCO) coupled to the charge pump, the VCO powered by a third analog supply voltage, different from the first analog supply voltage and different from the second analog supply voltage, wherein a frequency of the VCO is controlled by a control voltage.<br><br>For example, as illustrated below, PLLa includes a voltage controlled oscillator (1.1.5.5 VCOa) coupled to the charge pump<br><br><br><br>1.1.5 PLLa |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  | <br>1.1.5.4 LPF_BLOCKa |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  | The VCO is powered by a third analog supply voltage (VDD_Rc) which is different than VDD_Ra and VCP.<br><br>1.1.5.4.1 AMPap |

-10-

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  | A frequency of the VCO is controlled by a control voltage (V_VCO).<br><br> |
| a supply voltage provider having a first circuit node coupled to a fourth analog supply voltage, a second circuit node which provides the first analog supply | The MTK8516 includes a supply voltage provider having a first circuit node coupled to a fourth analog supply voltage, a second circuit node which provides the first analog supply voltage, a third circuit node which provides the second analog supply voltage, and a fourth circuit node which provides the third analog supply voltage, and a current compensator coupled to one of the second, third, or fourth circuit nodes, wherein the current compensator provides a variable current draw from the one of the second, third, or fourth circuit nodes based on the control voltage. |

-11-

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
| voltage, a third circuit node which provides the second analog supply voltage, and a fourth circuit node which provides the third analog supply voltage, and a current compensator coupled to one of the second, third, or fourth circuit nodes, wherein the current compensator provides a variable current draw from the one of the second, third, or fourth circuit nodes based on the control voltage. | For example, as illustrated below, the PLL (1.1 PLLa_BLOCK) includes a supply voltage provider (1.1.4 VREG_BLOCKa)<br><br>1.1 PLLa_BLOCK |

-12-

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
| | The supply voltage provider has a first circuit node coupled to a fourth analog supply voltage (VDDy), a second voltage node which provides the first analog supply voltage (VDD_Ra), a third circuit node which provides the second analog supply voltage (VCP), and a fourth circuit node which provides the third analog supply voltage (VDD_Rc).<br><br>1.1.4 VREG_BLOCKa |

-13-

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  | <br>1.1.4.2 VREGap |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  | 

1.1.5.3 CHARGE_PUMP |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
| | <br>1.1.4.4 VREGd |

| Claim 1 | Representative Accused Product – MediaTek MT8516 |
|---|---|
|  | The supply voltage provider (e.g., portion 1.1.5.2 CP_BIAS_SRCa) also has a current compensator coupled to the fourth circuit node (VCC_Rc) and the current compensator provides a variable current draw (through P39, P49 and P40, P50) from the fourth circuit node (7) based on the control voltage (VCP_FB).<br><br>1.1.5.2 CP_BIAS_SRCa |