# EXHIBIT 14

**Exemplary Infringement Claim Chart for U.S. Patent No. 9,729,214**
**Linksys E8450 Wi-Fi 6 Router (including MediaTek MT7915)**

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---|---|
| 1. A method for simultaneously communicating with multiple communication devices in a wireless local area network, the method comprising: | Representative accused products include, without limitation, Linksys E8450 Wi-Fi 6 Router.  The Linksys E8450 Wi-Fi 6 Router includes a MediaTek MT7915.<br><br> |

-1-

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---------|---------------------------------------------------------------------------|
| |  The MediaTek MT7915 is a Wi-Fi 6 and Bluetooth 5 combo chipset. |

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---------|---------------------------------------------------------------------------|
|  | Wi-Fi 6 is the industry designation for products and networks that support the next generation of Wi-Fi, based on 802.11ax technology. <br><br> Wi-Fi Alliance® introduces Wi-Fi 6 <br><br> New generational approach enables users to easily differentiate between Wi-Fi® technologies <br><br> Austin, TX, - October 3, 2018 – Wi-Fi Alliance® introduces **Wi-Fi 6** as the industry designation for products and networks that support the next generation of Wi-Fi®, based on 802.11ax technology. **Wi-Fi 6** is part of a new naming approach by Wi-Fi Alliance that provides users with an easy-to-understand designation for both the Wi-Fi technology supported by their device and used in a connection the device makes with a Wi-Fi network. <br><br> https://www.wi-fi.org/news-events/newsroom/wi-fi-alliance-introduces-wi-fi-6 <br><br> The specifications for Wi-Fi 6 (802.11ax) technology are described in the IEEE P802.11ax /D6.0 Standard. <br><br> **IEEE P802.11ax™/D6.0, November 2019** <br> (amendment to IEEE P802.11REVmd/D3.0) <br><br> **IEEE P802.11ax™/D6.0** <br> **Draft Standard for Information technology— Telecommunications and information exchange between systems Local and metropolitan area networks— Specific requirements** <br><br> **Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications** <br><br> **Amendment 1: Enhancements for High Efficiency WLAN** <br><br> Prepared by the 802.11 Working Group of the <br><br> **LAN/MAN Standards Committee** <br> **of the** <br> **IEEE Computer Society** |

Complaint, Exhibit 14
226

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---|---|
| | The MediaTek MT7915 is configured to perform a method for simultaneously communicating with multiple communication devices in a wireless local area network.<br><br>For example, Figure 10-15c of the IEEE P802.11ax /D6.0 specification illustrates an example of an up-link (UL) multi-user (MU) transmission with an immediate Multi-station (multi-STA) BlockAck frame acknowledging the MAC Protocol Data Units (MPDUs).<br><br><br>Figure 10-15c—An example of UL MU transmissions with an immediate Multi-STA BlockAck frame acknowledging the MPDUs |
| receiving, at a first communication device, a plurality of uplink data units simultaneously transmitted by multiple second communication devices; | The MediaTek MT7915 is configured to receive a plurality of uplink data units simultaneously transmitted by multiple second communication devices<br><br>For example, Section 26.5.2.1 of the IEEE P802.11ax /D6.0 specification describes a general up-link multi-user operation.  Section 26.5.2.1 states that the UL MU operation allows an access oint (AP) to solicit simultaneous immediate response frames from one or more non-AP HE STAs (stations supporting high-efficiency operation).  A non-AP HE STA follows the rules in this section for the transmission of response frames in an HE TB PPDU (High-Efficiency Trigger Based PHY Protocol Data Unit). |

-4-

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---|---|
| | **26.5.2 UL MU operation** <br><br> **26.5.2.1 General** <br><br> UL MU operation allows an AP to solicit simultaneous immediate response frames from one or more non-AP HE STAs. A non-AP HE STA shall follow the rules in this subclause for the transmission of response frames in an HE TB PPDU unless the Trigger frame is an MU-RTS Trigger frame, in which case the response is a CTS frame sent in a non-HT PPDU (see 26.2.6 (MU-RTS Trigger/CTS frame exchange procedure)). <br><br> <br><br> **Figure 10-15c—An example of UL MU transmissions with an immediate Multi-STA BlockAck frame acknowledging the MPDUs** |
| generating, at the first communication device, an acknowledgement data unit to acknowledge receipt of the plurality of uplink data units simultaneously transmitted by the multiple second communication devices, wherein the acknowledgement data unit includes (i) an indication that indicates that the acknowledgement data unit | The MediaTek MT7915 is configured to generate an acknowledgement data unit to acknowledge receipt of the plurality of uplink data units simultaneously transmitted by the multiple second communication devices, wherein the acknowledgement data unit includes (i) an indication that indicates that the acknowledgement data unit is intended for the multiple second communication devices and (ii) acknowledgement information for the multiple second communication devices, wherein the acknowledgement information includes (a) one or more acknowledgement fields, wherein an acknowledgement field, of the one or more acknowledgement fields, corresponds to a first one of the multiple second communication devices and acknowledges a single data unit received from the first one of the multiple second communication devices and (b) one or more block acknowledgement fields, wherein a block acknowledgement field, of the one or more block acknowledgement fields, corresponds to a second one of the multiple second communication devices and acknowledges multiple data units received from the second one of the multiple second communication devices. |

-5-

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---|---|
| is intended for the multiple second communication devices and (ii) acknowledgement information for the multiple second communication devices, wherein the acknowledgement information includes (a) one or more acknowledgement fields, wherein an acknowledgement field, of the one or more acknowledgement fields, corresponds to a first one of the multiple second communication devices and acknowledges a single data unit received from the first one of the multiple second communication devices and (b) one or more block acknowledgement fields, wherein a block acknowledgement field, of the one or more block acknowledgement fields, corresponds to a second one of the multiple second communication devices and acknowledges multiple data units received from the | For example, Section 4.3.15a of the IEEE P802.11ax /D6.0 specification indicates that Multi-STA BlockAck frames can be used by the AP to acknowledge the frames transmitted by multiple non-AP STAs.<br><br>**4.3.15a High efficiency (HE) STA**<br><br>An HE AP sends a Trigger frame to initiate OFDMA or MU-MIMO transmissions in the uplink direction or a TRS Control subfield to initiate OFDMA transmissions in the uplink direction. The Trigger frame or TRS Control subfield identifies non-AP STAs participating in the UL MU transmissions and assigns RUs and/or spatial streams to these STAs. Multi-STA BlockAck frames can be used by the AP to acknowledge the frames transmitted by multiple non-AP STAs. The scheduling of these Trigger frames can be set up between a non-AP STA and the AP using TWT operation to save power and reduce collisions.<br><br>As described in Section 9.3.1.8.7 of the IEEE P802.11ax /D6.0 specification, when the Multi-STA BlockAck frame is addressed to more than one STA, it sets the receiver address (RA) field to the broadcast address.  The BlockAck (BA) information field comprises one or more Per AID (Association ID) TID (Traffic Identifier) Info sub-fields as defined by Figure 9-47a.<br><br>**9.3.1.8.7 Multi-STA BlockAck variant**<br><br>An HE AP that sends a Multi-STA BlockAck frame where the Per AID TID Info fields are addressed to more than one STA sets the RA field to the broadcast address. An HE AP that sends a Multi-STA BlockAck frame where the Per AID TID Info fields are all addressed to a single recipient STA and that is sent in response to an HE TB PPDU sets the RA field of the Multi-STA BlockAck frame to either the address of the recipient STA or to the broadcast address. An HE AP that sends a Multi-STA BlockAck frame where the Per AID TID Info fields are all addressed to a single recipient STA and that is not sent in response to an HE TB PPDU sets the RA field of the Multi-STA BlockAck frame to the address of the recipient STA. |

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---|---|
| second one of the multiple second communication devices; and |  |

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---|---|
| | As further described in Section 9.3.1.8.7 of the IEEE P802.11ax /D6.0 specification and Figure 9-47a, the Per AID TID Info is repeated for each <AID,TID> tuple and the Per AID TID Info includes an AID TID Info subfield.  The AID TID Info subfield includes and AID11 field, and AckType field, and a TID field.  As indicated in Table 9-30b, in one instance, the AckType field, and TID field may be sent as an acknowledgment to a QoS Data or QoS Null frame that solicits an Ack frame response.  In other instances, the AckType field, and TID field may be sent as an acknowledgment to QoS Data frames that solicit a BlockAck frame response or a BlockAck Req frame. |

If the AID11 subfield is not 2045, then the context and the presence of each optional subfield in a Per AID TID Info subfield in a Multi-STA BlockAck frame is defined in Table 9-30b (Context of the Per AID TID Info subfield and presence of optional subfields if the AID11 subfield is not 2045).

**Table 9-30b—Context of the Per AID TID Info subfield and presence of optional subfields if the AID11 subfield is not 2045**

| Ack Type subfield values | TID subfield values | Presence of Block Ack Starting Sequence Control subfield and Block Ack Bitmap subfields | Context of a Per AID TID Info subfield in a Multi-STA BlockAck frame |
|---|---|---|---|
| 0 | 0–7 | Present | Block acknowledgment context: Sent as an acknowledgment to QoS Data frames that solicit a BlockAck frame response or to a BlockAckReq frame. |
| 1 | 0–7 | Not present | Acknowledgment context: Sent as an acknowledgment to a QoS Data or QoS Null frame that solicits an Ack frame response. |
| 0 or 1 | 8–13 | N/A | Reserved |
| 0 | 14 | N/A | Reserved |
| 1 | 14 | Not present | All ack context: Sent as an acknowledgment to an A-MPDU that contains an MPDU that solicits an immediate response and all MPDUs contained in the A-MPDU are received success-fully. |
| 0 | 15 | N/A | Reserved |
| 1 | 15 | Not present | Management/PS-Poll frame acknowledgment context: Sent as an acknowledgment to a Management or PS-Poll frame. |

NOTE 1—Additional rules for acknowledgment, block acknowledgment and the all ack context are defined in 26.4.2 (Acknowledgment context in a Multi-STA BlockAck frame) for a multi-TID A-MPDU.

NOTE 2—As HE STAs do not use HCCA (see 10.23.1 (General)), TID values from 8 to 15 are not used in QoS Data frames.

-8-

| Claim 1 | Representative Accused Product – Linksys E8450 (including MediaTek MT7915) |
|---|---|
| causing the acknowledgement data unit to be transmitted from the first communication device to the multiple second communication devices. | The MediaTek MT7915 is configured to cause the acknowledgement data unit to be transmitted from the first communication device to the multiple second communication devices.<br><br>For example, Section 10.3.3.13.3 of the IEEE P802.11ax /D6.0 specification the AP sends an immediate acknowledgement in either an SU PPDU or an HE MU PPDU. The Multi-STA BlockAck frame may also be transmitted.  As indicated in Section 26.4, an AP that send a Multi-STA BlockAck frame where the Per AID TID Info fields are addressed to more than one STA, shall set the RA field to the broadcast address.<br><br>**10.3.3.13.3 Acknowledgment procedure for an UL MU transmission**<br><br>An AP that receives frames from more than one STA that are part of an UL MU transmission (see 9.42.2) and that require an immediate acknowledgment (i.e., a QoS Data frame with ack policy Normal Ack or Implicit BAR or a Management frame other than an Action No Ack frame), shall send an immediate acknowledgment in either an SU PPDU (see 26.4.4.5 (Responding to an HE TB PPDU with an SU PPDU)) or an HE MU PPDU (see 26.4.4.6 (Responding to an HE TB PPDU with an HE MU PPDU)). The Multi-STA BlockAck frame may be transmitted in a non-HT PPDU, non-HT duplicate PPDU, HT PPDU, VHT PPDU, HE SU PPDU, HE ER SU PPDU or HE MU PPDU. After a successful reception of an UL frame requiring acknowledgment, transmission of the DL acknowledgment shall commence after a SIFS, without regard to the busy/idle state of the medium. When an AP transmits an immediate acknowledgment in an HE MU PPDU in response to an A-MPDU sent in an HE TB PPDU, the AP should send it within the 20 MHz channel(s) where the pre-HE modulated fields of the HE TB PPDU sent by the STA are located. The immediate acknowledgment is an Ack frame, Compressed BlockAck frame or Multi-STA BlockAck frame.<br><br>**26.4 HE acknowledgment procedure**<br><br>An HE AP that sends a Multi-STA BlockAck frame where the Per AID TID Info fields are addressed to more than one STA shall set the RA field to the broadcast address. An HE AP that sends a Multi-STA BlockAck frame where the Per AID TID Info fields are all addressed to a single recipient STA and that is sent in response to an HE TB PPDU may set the RA field of the Multi-STA BlockAck frame to either the address of the recipient STA or to the broadcast address. An HE AP that sends a Multi-STA BlockAck frame where the Per AID TID Info fields are all addressed to a single recipient STA and that is not sent in response to an HE TB PPDU shall set the RA field of the Multi-STA BlockAck frame to the address of the recipient STA. |