# EXHIBIT 15

**Exemplary Infringement Claim Chart for U.S. Patent No. 10,904,058**
**MediaTek MT7921**

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
| 1. A method for generating a physical layer (PHY) data unit for transmission via a communication channel, the method comprising: | Representative accused products include, without limitation, MediaTek MT7921.<br><br>The MediaTek MT7921 is a Wi-Fi 6 chipset.<br><br>**MediaTek Wi-Fi 6 Chipset Powers New ASUS Gaming Notebooks**<br>MediaTek MT7921 connectivity chip delivers ultra-fast, reliable Wi-Fi 6 connectivity for Republic of Gamers and The Ultimate Force gaming notebooks<br><br>Mar 17, 2021 - 9:00 PM<br><br>HSINCHU, Taiwan – March 17, 2021 – MediaTek today announced its MT7921 Wi-Fi 6 chipset is powering ASUS Republic of Gamers (ROG) and The Ultimate Force (TUF) new gaming notebooks, the first consumer notebooks with MediaTek's industry leading Wi-Fi 6 connectivity solution.<br><br>For the ROG and TUF series, the MT7921 delivers high performance, power efficiency for longer battery life and fast, reliable connectivity. Key features of MediaTek's Wi-Fi 6 solutions include:<br><br>• Higher throughput performance over 2x2 dual-band antennas compared with previous Wi-Fi 5 solutions<br>• High performance with power efficiency based on the 22nm process<br>• Lower latency with hardware enhancements that provide better signal transmission to support super long-range connections<br><br>https://corp.mediatek.com/news-events/press-releases/mediatek-wi-fi-6-chipset-powers-new-asus-gaming-notebooks<br><br>Wi-Fi 6 is the industry designation for products and networks that support the next generation of Wi-Fi, based on 802.11ax technology.<br><br>**Wi-Fi Alliance® introduces Wi-Fi 6**<br><br>New generational approach enables users to easily differentiate between Wi-Fi® technologies<br><br>Austin, TX, - October 3, 2018 – Wi-Fi Alliance® introduces **Wi-Fi 6** as the industry designation for products and networks that support the next generation of Wi-Fi®, based on 802.11ax technology. **Wi-Fi 6** is part of a new naming approach by Wi-Fi Alliance that provides users with an easy-to-understand designation for both the Wi-Fi technology supported by their device and used in a connection the device makes with a Wi-Fi network.<br><br>https://www.wi-fi.org/news-events/newsroom/wi-fi-alliance-introduces-wi-fi-6 |

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
|  | The specifications for Wi-Fi 6 (802.11ax) technology are described in the IEEE P802.11ax /D8.0 Standard.<br><br>IEEE P802.11ax/D8.0, October 2020<br><br>IEEE P802.11ax™/D8.0, October 2020<br>(amendment to IEEE P802.11REVmd/D5.0)<br><br>**IEEE P802.11ax™/D8.0**<br><br>Draft Standard for Information technology— Telecommunications and information exchange between systems Local and metropolitan area networks— Specific requirements<br><br>Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications<br><br>Amendment 1: Enhancements for High Efficiency WLAN<br><br>Prepared by the 802.11 Working Group of the<br><br>LAN/MAN Standards Committee<br>of the<br>IEEE Computer Society |

-2-

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
|  | The MediaTek MT7921 is a communication device that is configured to perform a method for generating a physical layer (PHY) data unit for transmission via a communication channel. |

**802.11 Components**

BSS 1 — STA 1, STA 2, AP
DS, DSM
AP, STA 3, STA 4 — BSS 2

**Figure 4-2—DSs and APs**

### 4.2.2 Wireless station (STA)

In the design of wired LANs it is implicitly assumed that an address is equivalent to a physical location. In wireless networks, this is not always the case. In IEEE Std 802.11, the addressable unit is a station (STA). Physical and operational characteristics are defined by modifiers that are placed in front of the term STA. For example, in the case of location and mobility, the addressable units are the fixed STA, the portable STA, and the mobile STA. The STA is an addressable destination, but not (in general) a fixed location.

A STA might take on multiple distinct characteristics, each of which shape its function. For example, a single addressable unit might simultaneously be a portable STA, a quality-of-service (QoS) STA, a dependent STA, and a hidden STA.

An access point (AP) is any entity that has STA functionality and a distribution system access function (DSAF), which enables access to the DS, via the WM for associated STAs.

-3-

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
| generating, at a communication device, the PHY data unit to include i) a PHY preamble, ii) a PHY data portion that follows the PHY preamble, and iii) an extension field that follows the PHY data portion, including: | The MediaTek MT7921 is configured to generate, at a communication device, the PHY data unit to include i) a PHY preamble, ii) a PHY data portion that follows the PHY preamble, and iii) an extension field that follows the PHY data portion.<br><br>For example, Section 26.11.2 of the IEEE P802.11ax /D8.0 specification describes that a station transmits a physical layer protocol data unit (PPDU).<br><br>**26.11.2 UPLINK_FLAG**<br><br>An HE STA transmitting an HE SU PPDU, HE ER SU PPDU or HE MU PPDU sets the TXVECTOR parameter UPLINK_FLAG as follows:<br><br>— A STA transmitting an HE PPDU containing frames that are addressed to an AP shall set the TXVECTOR parameter UPLINK_FLAG to 1 unless the HE PPDU is an HE ER SU PPDU with the TXVECTOR parameter TXOP_DURATION set to UNSPECIFIED and contains an RTS or CTS frame in which case the STA may set the TXVECTOR parameter UPLINK_FLAG to 0.<br><br>— Otherwise, the HE STA shall set the TXVECTOR parameter UPLINK_FLAG to 0.<br><br>Figure 27-23 illustrates that the HE PPDU includes a preamble, a data portion with a plurality of data symbols that follow the preamble, and a packet extension (PE) field that follows the data portion.<br><br>Figure 27-23—Timing boundaries for HE PPDU fields if midamble is not present |
| generating, at the communication device, the PHY preamble, | The MediaTek MT7921 is configured to generate, at the communication device, the PHY preamble. |

-4-

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
|  | For example, Section 26.11.2 and Figure 27-23 of the IEEE P802.11ax /D8.0 specification describes that station transmits a PPDU that includes a PHY preamble.<br><br>**26.11.2 UPLINK_FLAG**<br>An HE STA transmitting an HE SU PPDU, HE ER SU PPDU or HE MU PPDU sets the TXVECTOR parameter UPLINK_FLAG as follows:<br><br>— A STA transmitting an HE PPDU containing frames that are addressed to an AP shall set the TXVECTOR parameter UPLINK_FLAG to 1 unless the HE PPDU is an HE ER SU PPDU with the TXVECTOR parameter TXOP_DURATION set to UNSPECIFIED and contains an RTS or CTS frame in which case the STA may set the TXVECTOR parameter UPLINK_FLAG to 0.<br><br>— Otherwise, the HE STA shall set the TXVECTOR parameter UPLINK_FLAG to 0.<br><br>Figure 27-23—Timing boundaries for HE PPDU fields if midamble is not present |
| generating, at the communication device, a plurality of orthogonal frequency division multiplexing (OFDM) symbols corresponding to | The MediaTek MT7921 is configured to generate, at the communication device, a plurality of orthogonal frequency division multiplexing (OFDM) symbols corresponding to the PHY data portion of the PHY data unit, wherein a last occurring OFDM symbol in the plurality of OFDM symbols includes padding bits starting from a boundary within the last occurring OFDM symbol. |

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
| the PHY data portion of the PHY data unit, wherein a last occurring OFDM symbol in the plurality of OFDM symbols includes padding bits starting from a boundary within the last occurring OFDM symbol, | For example, Section 27.3.5 and Figure 27-21 of the IEEE P802.11ax /D8.0 specification describes the transmitter block diagram used to generate the data field of the HE SU PPDU.<br><br><br><br>**27.3.5 Transmitter block diagram**<br><br>Figure 27-21—Transmitter block diagram for the Data field of an HE SU PPDU in 160 MHz with LDPC encoding<br><br>Figure 27-21 shows the transmitter blocks used to generate the Data field of a single-user HE transmission in 160 MHz with LDPC encoding. |

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
| | As described in Sections 27.3.10 and 27.3.12.1, the data symbols are OFDM data symbols<br><br>**27.3.10 Mathematical description of signals**<br><br>The transmitted RF signal is derived by upconverting the complex baseband signal, which consists of several fields. The timing boundaries for the various fields when the midamble is not present are shown in Figure 27-23, where $N_{HE\text{-}LTF}$ is the number of HE-LTF symbols and is defined in Table 27-15, $N_{HE\text{-}SIG\text{-}B}$ is the number of OFDM symbols in the HE-SIG-B field present in an HE MU PPDU, and $N_{SYM}$ is the number of data OFDM symbols.<br><br>**27.3.12.1 General**<br><br>The number of OFDM symbols in the Data field is determined by the LENGTH field in the L-SIG field [see Equation (27-11)], the preamble duration, and the settings of the GI+HE-LTF Size, Pre-FEC Padding Factor, and PE Disambiguity fields in the HE-SIG-A field (see 27.3.11.7) for an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU or in the soliciting Triggering frame for an HE TB PPDU. Data field OFDM<br><br>Additionally, as described in Section 27.3.12.2 and Figure 27-36, a padding process is applied to an HE PPDU and four pre-FEC padding boundaries partition the last one or two OFDM symbols. The pre-FEC padding boundaries are represented by a pre-FEC padding factor parameter. |

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
|  | ### 27.3.12.2 Pre-FEC padding process<br><br>A two-step padding process is applied to an HE PPDU. A pre-FEC padding process including both pre-FEC MAC and pre-FEC PHY padding is applied before conducting FEC coding, and a post-FEC PHY padding process is applied on the FEC encoded bits.<br><br>Four pre-FEC padding boundaries partition the last one (in the case of non-STBC) or two (in the case of STBC) OFDM symbols of an HE PPDU into four symbol segments. The pre-FEC padding may pad toward one of the four possible boundaries. The four pre-FEC padding boundaries are represented by a pre-FEC padding factor parameter.<br><br>Figure 27-36 illustrates these four possible symbol segments in the last OFDM symbol of a non-STBC case, and the general padding process assuming the desired pre-FEC padding boundary, represented by the pre-FEC padding factor, is 1. In the case of STBC, the FEC output bits and post-FEC padding bits are modulated into the last two OFDM symbols by STBC encoding, each with the same pre-FEC padding boundary.<br><br>Figure 27-36—HE PPDU padding process in the last OFDM symbol (non-STBC) if $a = 1$ |

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
| determining, at the communication device, a duration of the extension field using a position of the boundary within the last occurring OFDM symbol, and | The MediaTek MT7921 is configured to determine, at the communication device, a duration of the extension field using a position of the boundary within the last occurring OFDM symbol.<br><br>For example, Section 27.3.13 of the IEEE P802.11ax /D8.0 specification describes that the PE field can have one or several durations and that the duration is determined by both the pre-FEC padding factor value and the last OFDM symbol. Section 27.3.12.2 and Figure 27-36 provide additional detail about the padding process in the last OFDM symbol.<br><br>**27.3.13 Packet extension**<br><br>A PE field of duration 0 μs, 4 μs, 8 μs, 12 μs, or 16 μs is present in an HE PPDU. The PE field provides additional receive processing time at the end of the HE PPDU. The PE field, if present, shall be transmitted<br><br>The duration of the PE field for an HE SU PPDU, HE ER SU PPDU or HE MU PPDU is determined by both the pre-FEC padding factor value in the last OFDM symbol(s) of the Data field, and the TXVECTOR parameter NOMINAL_PACKET_PADDING.<br><br>**27.3.12.2 Pre-FEC padding process**<br><br>A two-step padding process is applied to an HE PPDU. A pre-FEC padding process including both pre-FEC MAC and pre-FEC PHY padding is applied before conducting FEC coding, and a post-FEC PHY padding process is applied on the FEC encoded bits.<br><br>Four pre-FEC padding boundaries partition the last one (in the case of non-STBC) or two (in the case of STBC) OFDM symbols of an HE PPDU into four symbol segments. The pre-FEC padding may pad toward one of the four possible boundaries. The four pre-FEC padding boundaries are represented by a pre-FEC padding factor parameter.<br><br>Figure 27-36 illustrates these four possible symbol segments in the last OFDM symbol of a non-STBC case, and the general padding process assuming the desired pre-FEC padding boundary, represented by the pre-FEC padding factor, is 1. In the case of STBC, the FEC output bits and post-FEC padding bits are modulated into the last two OFDM symbols by STBC encoding, each with the same pre-FEC padding boundary. |

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
|  | <br>Figure 27-36—HE PPDU padding process in the last OFDM symbol (non-STBC) if $a = 1$<br><br>Figure 27-44 provides a further illustration of the PE field duration. |

-10-

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
| | <br>Figure 27-44—PE field duration of an HE SU PPDU or HE ER SU PPDU without midambles if TXVECTOR parameter NOMINAL_PACKET_PADDING is 16 µs and $T_{PE} = T_{PE,nominal}$ |
| generating, at the communication device, the extension field to have the determined duration. | The MediaTek MT7921 is configured to generate, at the communication device, the extension field to have the determined duration.<br><br>For example, Sections 27.3.13 and Figure 27-44 of the IEEE P802.11ax /D8.0 specification, the PE is generated to have the determined duration.<br><br>**27.3.13 Packet extension**<br><br>A PE field of duration 0 µs, 4 µs, 8 µs, 12 µs, or 16 µs is present in an HE PPDU. The PE field provides additional receive processing time at the end of the HE PPDU. The PE field, if present, shall be transmitted<br><br>The duration of the PE field for an HE SU PPDU, HE ER SU PPDU or HE MU PPDU is determined by both the pre-FEC padding factor value in the last OFDM symbol(s) of the Data field, and the TXVECTOR parameter NOMINAL_PACKET_PADDING. |

| Claim 1 | Representative Accused Product – MediaTek MT7921 |
|---|---|
|  |  Figure 27-44—PE field duration of an HE SU PPDU or HE ER SU PPDU without midambles if TXVECTOR parameter NOMINAL_PACKET_PADDING is 16 µs and $T_{PE} = T_{PE,nominal}$ |