# EXHIBIT 19

10/19/21, 7:19 PM                    MediaTek MT7915 Wi-Fi 6 Wave 1+ chipset builds in a range of industry firsts | MediaTek (en)

                                                                  

# MediaTek MT7915 Wi-Fi 6 Wave 1+ chipset builds in a range of industry firsts

Jan 10, 2020   Technology



At CES 2020, MediaTek is showcasing its latest MT7915 Wi-Fi 6 & Bluetooth 5 combo chipset designed for high-performance AP routers, repeaters and mesh networking equipment. Suitable for use at home, in commercial or enterprise applications, the MT7915 chipset family (MT7915A/D) is already available for product development, with first devices expected to launch during Q1 2020.

**MT7915 Industry Firsts**

The MediaTek MT7915 is the world's first single chip Wi-Fi 6 Wave 1+ and Bluetooth 5 combo solution. The chip integrates a dedicated RF receiver with 'Zero-Wait DFS channel monitoring' – an industry first – that brings faster, highly reliable and easier-to-use connectivity.





technology that further optimizes the efficiency and capacity in a wireless network, and an enhanced internal FEM that improves efficiency by up to 60%. Together it provides the best UL coverage and also better peak throughput versus competitor alternatives.

### Comprehensive Wi-Fi 6 Wave 1+ Feature Coverage

Some Wi-Fi 6 Wave 1+ features are only optional and not supported by competitor alternatives, but MediaTek MT7915 ticks the boxes on all of them, such as 1024QAM, UL/DL MU-MIMO user#, spatial reuse and long-range DCM.

### Multi-Gigabit Performance

MediaTek MT7915 integrates a simultaneous dual-band architecture that delivers multi-gigabit Wi-Fi speeds via either 4x4 (MT7915A) or 2x2 (MT7915D) antenna options.

### EasyMesh Ready

MediaTek continues to lead the deployment of Wi-Fi Alliance EasyMesh$^{TM}$ certified products. The EasyMesh standard ensures product interoperability and provides a singular, easily manageable Wi-Fi network that can be extended as far as the deployment requires.

## Related Articles

### MediaTek supports new XFM Embedded and Removable Memory Device Standard

Aug 29, 2021                                                                        Learn More



☰

Jul 29, 2021                                                                    **Learn More**

---

**MediaTek joins the Semiconductor Research Corporation Consortium**

Jul 9, 2021                                                                    **Learn More**

ABOUT MEDIATEK

About Us
Office Locations
Careers
Contact Us

NEWS

Press Room
Blog
Media Assets
Berita & Media - Indonesia
Press Room – ประเทศไทย
Tin tức - Việt Nam

INVESTOR RELATIONS

Financial Information
Shareholder Meetings
Corporate Governance
Investor News
Investor Calendar

DISCOVER

Powered by MediaTek
MediaTek Security
MediaTek Foundation
MediaTek Ventures

JOIN OUR NEWSLETTER

First Name *

Last Name *

Email Address *

SUBMIT



Cookie Statement Legal Notice Privacy Policy
© 2021 MediaTek Inc. All Rights Reserved*