# EXHIBIT 21

**LINKSYS**

USER GUIDE

**AX3200**
**DUAL-BAND GIGABIT**
**WiFi 6 ROUTER**

Model E8450

# Contents

Product Overview .................................................................................................3
  Front.............................................................................................................3
  Back.............................................................................................................4

Setting Up: Basics ...............................................................................................5
  Where to find more help .............................................................................5
  How to install your router ...........................................................................5

Advanced Configuration ....................................................................................8
  How to open the browser-based utility......................................................8
  Basic Router Settings..................................................................................9
    Language ................................................................................................10
    Internet Setup.........................................................................................11
  Basic Wi-Fi Settings .................................................................................13

Wireless Security................................................................................................16
  Security Option Settings...........................................................................16
    WPA2 Personal.......................................................................................16
    Disabled..................................................................................................16

Troubleshooting .................................................................................................17
  Your router was not successfully set up ..................................................17
  *Your Internet cable is not plugged in* message .....................................18
  *Cannot access your router* message .....................................................19
  After setup .................................................................................................20
  The internet appears to be unavailable ...................................................20

Specifications.....................................................................................................22
  Linksys E8450 ...........................................................................................22
  Environmental ...........................................................................................22

Complaint, Exhibit 21
718

# Product Overview

## Front



**Power light-**Blinks blue while router is starting up and during WPS pairing. Blinks yellow if WPS pairing fails

**Internet status light—**Is solid blue when connected to the internet and solid yellow when not connected. Is solid yellow when properly connected to the modem, but not getting an internet signal. Blinks yellow if no ethernet cable is plugged into the Internet port when setting up as a traditional router or as the parent node of an EasyMesh Wi-Fi system.

**Ethernet activity lights-**Each light will be solid blue if an ethernet cable is connected to the corresponding port. They will blink blue if there is activity on the port.

3

# Back



**Wi-Fi Protected Setup™ (WPS) button (1)**—Press to easily configure wireless security on Wi-Fi Protected Setup-enabled network devices.   The power light on the front of the router will blink blue while WPS pairing is active.

**Reset button (2)**—Press and hold for until the power LED starts flashing to reset the router to factory settings.

**Ethernet ports (3)**—Connect Ethernet cables (also called network or internet cables) to these gigabit ethernet (10/100/1000) ports and to other wired devices on your network. The ethernet activity lights on the front of the router will be blue when a cable is connected to an ethernet port. If you plan to use this router as the parent node in an EasyMesh Wi-Fi system, you can add child nodes wirelessly or create wired connections using these ports.

**Internet port (4)**—Connect an Ethernet cable to this port and to your modem. The internet status light on the front of the router will be blue only when the router is connected to a modem that is connected to the internet. If you plan to use this router as a child node in your EasyMesh system, you can add it wirelessly or use this port to wire it to an ethernet port on parent node that has already been set up.

*Note—Go to Basic Wireless Settings section for details on how to add a child node to an EasyMesh system - wirelessly or wired.*

**USB 2.0 port (5)**—Connect and share a USB drive on your network.

**Power port (6)**—Connect the included AC power adapter to this port.

**Power switch (7)** —Press | (ON) to turn on the router.

4

# Setting Up: Basics

## Where to find more help

In addition to this user guide, you can find help at Linksys.com/support/E8450(documentation, downloads, FAQs, technical support, live chat, forums)

> **Note—***Licenses and notices for third party software used in this product may be viewed on* http://support.linksys.com/en-us/license*. Please contact* http://support.linksys.com/en-us/gplcodecenter *for questions or GPL source code requests.*

## How to install your router

If you're setting up this router as a traditional router or as the parent node for EasyMesh Wi-Fi, follow these steps

1. If replacing an existing router, disconnect that router first.
2. Plug in the router to a power source. Make sure the power switch is in the | (ON) position.
3. Connect your new router to your modem or modem-router.

| **A**  Modem | | **B**  Modem-Router |
|---|---|---|
| Plug one end of the included ethernet cable into the yellow Internet port on your new router. If you have a modem, plug the other end into the **Ethernet (LAN) port** on the modem. | **OR** | Plug one end of the included ethernet cable to the yellow Internet port on your new router. If you have a modem-router, plug the other end into **any available port**. |

> **Note—***Wait until the power light on the front panel of the router stops blinking and is solid blue before moving to Step 4.*

4. Connect to the network name shown in the Quick Start Guide that came with your router. (You can change the network name and password later.) Select the option to automatically connect to this network in the future. If you need help connecting to the network refer to your device documentation on the provided CD.
   > **Note—***You will not have internet access until router setup is complete.*
5. Enter http://myrouter.local in a web browser. Follow the on-screen instructions to complete setup.



You also can enter 192.168.1.1 in a browser to start setup. If you are using a modem-router (gateway) and the modem-router uses 192.168.1.x subnet already, you might need to enter the IP address 10.0.1.1.

**Note**—*If none of those options take you to the setup wizard, go to www.linksys.com/support/setupIP for more help.*

6. Once you are finished with setup, please be sure to register your router so we can keep you informed security updates, product recalls and other things that will improve your experience.

**Register your product**

Once you register we can share important security updates. Product recalls and other things that will improve your experience. All we need is your email. We will only use your email for limited security and customer support purposes.

Email Address

☐ Linksys may also email me to keep up to date with special offers and information from linksys. You can unsubscribe at any time by using the link at the end of any email we send. Read our Privacy Policy here.

Next    Skip

**Note** – *Your router becomes a parent node once you complete the setup. You can change to a traditional Wi-Fi setup by turning off EasyMesh Parent Node on the Basic Wireless Settings screen of the router's settings.*

If you're adding this router to your existing E8450 EasyMesh Wi-Fi, follow these steps.

**Note**—*If you have used this router before, reset it to factory default settings before adding it to your EasyMesh Wi-Fi. You can do this in the Administration tab of the router's settings or by pressing and holding the reset button on the back of the router for 10 seconds.*

- Using a computer or mobile device, connect to your parent router (the one connected to your modem) wirelessly or with an ethernet cable
- Visit myrouter.local in a web browser to log in to the parent router's settings
  - You also can enter 192.168.1.1 in a browser to access the parent router's settings
    **Note**-*If neither of those options take you to the parent router's settings login screen, go to www.linksys.com/support/setupIP for more help.*
- Enter the parent router password. (Default is "admin".)

- Go to Wi-Fi > Basic Wireless Settings and click on Add a new node

> **Note**—*"EasyMesh Parent Node" must be enabled on your parent router setting before you click the "Add a new node" button.*



- Follow the prompts to add the node to your existing EasyMesh Wi-Fi network.

> **Note**—*If you are adding this router to a parent node from another manufacturer, please refer to the manufacturer's instructions. This router can't be added to a Linksys Velop or Max-Stream mesh Wi-Fi system.*

# Advanced Configuration

## How to open the browser-based utility

To access some advanced settings, you need to open the browser-based utility. Make sure you are connected to the router, open a web browser and enter http://myrouter.local in a web browser or go to the IP address 192.168.1.1.



If you are using a modem-router (gateway) and the modem-router uses 192.168.1.x subnet already, you might need to enter the IP address 10.0.1.1.

> **Note**—*If none of those options takes you to router settings, go to www.linksys.com/support/setupIP for more help.*

The router will prompt you for a password.



If you changed the password during setup, enter the new password. Click **LOGIN**. If you didn't change the password, or skipped setup altogether, the default password is "admin".

Complaint, Exhibit 21
724

# Basic Router Settings

This screen allows you to change the router's basic configuration.



# Language

**Select your language—**To change language, select one from the drop-down menu. The language of the browser-based utility will change within five seconds.



Complaint, Exhibit 21
726

## Internet Setup

The Internet Setup section configures the router to your internet connection. This information can be provided by your Internet Service Provider (ISP).

**Internet Connection Type—**Select the type of internet connection your ISP provides from the drop-down menu.



- **Automatic Configuration – DHCP** (default)

  Keep the default only if your ISP supports DHCP or if you connect using a dynamic IP address. (This option usually applies to cable connections.)

- **Static IP**

  Select if you are required to use a fixed IP address to connect to the internet.

- **PPPoE**

  Select if you have a DSL connection and your ISP uses Point-to-Point Protocol over Ethernet (PPPoE).

- **PPTP**

  Point-to-Point Tunneling Protocol (PPTP) is a service that generally applies to connections in Europe. If your PPTP connection supports DHCP or a dynamic IP address, select *Obtain an IP Address Automatically*. If you are required to use a fixed IP address to connect to the internet, select *Specify an IP Address* and configure the options that appear.

Complaint, Exhibit 21
727

- **L2TP**

  Layer 2 Tunneling Protocol (L2TP) is a service that generally applies to connections in Israel.

  *Note—Connect on Demand or Keep Alive are options when choosing PPPoE, PPTP and L2TP. They let you choose whether the router connects to the internet only as needed (useful if your ISP charges for connect time), or if the router should always be connected. Select the appropriate option.*

- **Bridge Mode**

  Bridge Mode disables all router capabilities and turns the router into an access point.  The router will cease to act as a DHCP server and its built-in firewall as well as the NAT features will no longer be in effect.

- **Wireless Bridge**

  A wireless bridge wirelessly connects to your main router and can share the internet connection with devices connected to the bridge's Ethernet ports.

# Basic Wi-Fi Settings



## EasyMesh Settings

If one router isn't providing whole-home Wi-Fi coverage, you can turn on the EasyMesh feature and add more E8450 routers to your network. Once the feature is turned on by checking the box for EasyMesh Parent Node, the router connected to your modem becomes the parent node in your mesh network. Add child nodes by clicking "Add a new node." Then, press the WPS button on your child node for 3 seconds. Connecting a child node should take between 70~80 seconds in most cases. You can check the progress on the parent node's setting screen.

Once the child node is added, click Mesh information to see node and the devices connected to them for the entire mesh network.

If a child node fails to join your network, move the child node closer to the parent node. Follow the prompts on the parent node's settings screen to try again.

Once you add a child node wirelessly, you can connect it with an ethernet cable to ensure a consistent signal. This is called wired backhaul. Make sure the cable comes from one of the ports labeled Ethernet on the parent node and into the port labeled Internet on the child node.

You can turn off Easy Mesh Parent Mode at any time and use the parent node as a traditional router. Any child nodes will be disconnected from your Wi-Fi.

*Note—You can't add an E8450 router to an EasyMesh system if the router has already been set up. If you have used the router before, reset it to factory settings. Press and hold the reset button on the back of the router for 10 seconds or reset it in the Administration tab of the router's settings.*

*If you don't see the EasyMesh option in your router settings, make sure to upgrade to the latest firmware. Firmware version needs to be 1.1.00 or above to support EasyMesh.*

If a child node is too far away from another working node, the power light on the front of the child node will be solid yellow. Move the child node closer to a working node until the child node's power

Complaint, Exhibit 21
729

light is solid blue. If your child node power light blinks yellow, it means the child node lost connection to a working node. Check the closest node first. If the closest node is running normally, move the child node closer to it. If that doesn't work, reset the new child node and try to add it to your mesh system again.

Control all settings in your EasyMesh network through the parent node. Changes apply to all child nodes.

**5GHz Network Mode**—Select the wireless standards your network will support.

- **Mixed** (default)

  Keep the default if you have Wireless-A, Wireless-N, Wireless-AC, or Wireless-AX devices in your network.

- **Wireless-AC Mixed**

  Select if you have Wireless-A, Wireless-N, or Wireless-AC devices in your network.

- **Wireless-A Only**

  Select if you have only Wireless-A devices.

- **Wireless-N Only**

  Select if you have only Wireless-N devices.

- **Disabled**

  Select if you have no Wireless-A, Wireless-N, Wireless-AC and Wireless-AX (5 GHz) devices in your network. 5GHz radio will be off after you choose this option.

  **Note**—*If you are not sure which mode to select, keep the default, Mixed.*

**2.4GHz Network Mode**—Select the wireless standards your network will support.

- **Mixed** (default)

  Keep the default if you have Wireless-B, Wireless-G, Wireless-N 2.4GHz devices in your network.

- **Wireless-B/G Only**

  Select if you have Wireless-B, Wireless-G devices in your network.

- **Wireless-B Only**

  Select if you have only Wireless-B devices.

- **Wireless-G Only**

  Select if you have only Wireless-G devices.

- **Wireless-N Only**

  Select if you have only Wireless-N 2.4G devices.

- **Disabled**

  Select if you have no Wireless-B, Wireless-G, and Wireless-N (2.4 GHz) devices in your network. 2.4GHz radio will be off after you choose this option.

  **Note**—*If you are not sure which mode to select, keep the default, Mixed.*

**Network Name (SSID)**

The Service Set Identifier (SSID) is a name used by devices to connect to a wireless network. SSIDs are case-sensitive and must not exceed 32 characters. The default SSIDs for the 2.4 GHz and 5 GHz networks are LinksysXXXXX and LinksysXXXXX_5GHz, respectively. The Xs represent the last five digits of the router's serial number, which can be found on the bottom of the router. If you changed the SSID, both bands have the new SSIDs. You may give them different names through the browser-based utility.

> **Note**—*If you restore the router's factory default settings (by pressing the Reset button or using the Configuration > Administration > Device Reset screen), the Network Name will return to its default value. Change the Network Name back to its original name, or you will have to reconnect all devices on your wireless network to the new network name.*

**Channel Width**

Keep the default, Auto (20 MHz or 40 MHz) for best performance in a 2.4 GHz network using Wireless-B, Wireless-G and Wireless-N (2.4 GHz) devices. For a channel width of 20 MHz, select 20 MHz only. For the best performance in a 5 GHz network, keep the default Auto (20, 40 or 80 MHz).

**Channel**

Select the channel from the drop-down list. Keep the default, Auto, if you are not sure which channel to select.

**SSID Broadcast**

Keep the default, Enabled, to broadcast the router's SSID. When wireless clients survey the local area for wireless networks to associate with they will detect the SSID broadcast by the router. Attempting to hide your Wi-Fi name does not make your Wi-Fi more secure. Anyone truly interested in accessing your network can find it even if you turn off this feature. If you still do not want to broadcast the router's SSID, select Disabled.

Complaint, Exhibit 21
731

# Wireless Security

The router offers the following wireless security options:

WPA2/WPA3 Mixed Personal, WAP2 Personal, WPA2 Enterprise, WPA3 Personal, WPA3 Enterprise (WPA stands for Wi-Fi Protected Access.)

WPA3 is the strongest security option.

## Security Option Settings

### WPA2 Personal

*If you select WPA2 Personal, each device in your wireless network MUST use WPA2 Personal and the same passphrase.*



If you are not sure whether a device supports WPA2 or WPA3 Personal, select WPA2/WPA3 Mixed Personal option in Security Mode.

**Passphrase**—Enter a passphrase of 8-63 characters. This is the Wi-Fi password that provides access to the network. It can be the same as entered in setup.

### Disabled

If you choose to disable wireless security, you will be informed that wireless security is disabled when you first attempt to access the internet. You will be given the option to enable wireless security or confirm that you understand the risks but still wish to proceed without wireless security.



Complaint, Exhibit 21
732

# Troubleshooting

You can find more help from our award-winning customer support at Linksys.com/support/E8450.

## Your router was not successfully set up

If you could not complete setup in the browser-based interface, you can try the following:

- Press and hold the Reset button on your router with a paperclip or pin until the power light on the front of the router turns off and starts blinking (about 10 seconds). Type 192.168.1.1 in a browser to try setup again.

- If you are using a modem-router (gateway) and the modem-router is using the IP address 192.168.1.x, you might need to enter the IP address 10.0.1.1.
  **Note**—*If none of those options take you to the setup wizard, go to www.linksys.com/support/setupIP for more help.*



- Temporarily disable your computer's firewall (see the security software's instructions for help). Install the router again.
- If you have another computer, use that computer to install the router.

Complaint, Exhibit 21
733

# *Your Internet cable is not plugged in* message

If you get a "Your Internet cable is not plugged in" message when trying to set up your router:

- Make sure that an ethernet or internet cable (or a cable like the one supplied with your router) is securely connected to the yellow Internet port on the back of the router and to the appropriate port on your modem. This port on the modem is usually labeled Ethernet.



- Make sure that your modem is connected to power and is turned on.



| If your internet service is cable, verify that the cable modem's CABLE port is connected to the coaxial cable provided by your ISP. | If your internet service is DSL, make sure that the DSL phone line is connected to the modem's DSL port. |
| --- | --- |

- If your computer was previously connected to your modem with a USB cable, disconnect the USB cable.
- Install the router again.

## *Cannot access your router* **message**

To access your router, you must be connected to your own network. If you currently have wireless internet access, the problem may be that you have accidentally connected to a different wireless network.

To fix the problem on Windows computers, do the following\*:

1. On your Windows desktop, click on the wireless icon in the system tray. A list of available networks will appear.

2. Click your own network name. Click **Connect**. In the example below, the computer was connected to another wireless network named wraith_5GHz. The wireless network name of the Linksys E series router, Damaged_Beez2.4 in this example, is shown selected.



3. If you are prompted to enter a network security key, type your password (security key) into the network *security key* field. Click **OK**.

4. Your computer will connect to the network, and you should be able to access the router.

*\*Depending on your version of Windows, there could be some differences in wording or icons in these steps.*

**19**

To fix the problem on Mac computers, do the following:

1. In the menu bar across the top of the screen, click the Wi-Fi icon. A list of wireless networks will appear.

2. In the example below, the computer was connected to another wireless network named wraith_5GHz. The wireless network name of the Linksys E series router, Damaged_Beez2.4 in this example, is shown selected.



3. Click the wireless network name of your Linksys E series router (Damaged_Beez2.4 in the example).

4. Type your wireless network password (Security Key) into the *Password* field. Click **OK**.

# After setup

## The internet appears to be unavailable

If the internet has difficulty communicating with your router, the problem may appear as a "Cannot find [internet address]" message in your web browser. If you know that the internet address is correct, and if you've tried several valid internet addresses with the same result, the message could mean that there's a problem with your ISP or modem communicating with your router.

Try the following:

• Make sure that the network and power cables are securely connected.

• Make sure that the power outlet that your router is connected to has power.

• Reboot your router.

• Contact your ISP and ask about outages in your area.

The most common method of troubleshooting your router is to turn it off, then back on again. Your router can then reload its custom settings, and other devices (such as the modem) will be able to rediscover the router and communicate with it. This process is called rebooting.

Complaint, Exhibit 21
736

To restart your router using the power cord, do the following:

1. Disconnect the power cord from the router and the modem.

2. Wait 10 seconds and reconnect the power cord to the modem. Make sure it has power.

3. Wait until the modem's online indicator has stopped blinking (about two minutes). Reconnect the power cord to the router.

4. Wait until the blue Power and Internet lights on the front of the router are solid. This takes about two minutes. Then, connect to internet from a computer.

# Specifications

## Linksys E8450

| | |
|---|---|
| Model Name | AX3200 Dual-Band Gigabit WiFi 6 Router |
| Model Number | E8450 |
| Switch Port Speed | 10/100/1000Mbps (Gigabit Ethernet) |
| Radio Frequency | 2.4 GHz and 5 GHz |
| # of Antennas | 4 |
| Ports | Ethernet (1-4), Internet, Power, USB 2.0 |
| Buttons | Wi-Fi Protected Setup, Reset, Power Switch |
| LEDs | Power, Internet, Ethernet (1-4) |
| UPnP | Supported |
| Security Features | WPA2 Personal, WPA3 Personal, WPA2/WPA3 Mixed Personal, WPA2 Enterprise, and WPA3 Enterprise |
| Security Key Bits | Up to 192-bit encryption |
| Storage File System Support | FAT, FAT32, NTFS, HFS+ |

## Environmental

| | |
|---|---|
| Dimensions | 156mm (L) x 77.11mm (W) x 220mm (H) |
| Unit Weight | 638g |
| Power | 12V/2A |
| Certifications | FCC, IC, CE, Wi-Fi (IEEE 802.11 a/b/g/n/ac) |
| Operating Temperature | 32° to 104°F (0° to 40°C) |
| Storage Temperature | -4° to 140°F (-20° to 60°C) |
| Operating Humidity | 10% to 80% relative humidity, non-condensing |
| Storage Humidity | 5% to 90% non-condensing |

Notes:

For regulatory, warranty, and safety information, see the CD that came with your router or go to Linksys.com/support/E8450.

Specifications are subject to change without notice.

Maximum performance derived from IEEE Standard 802.11 specifications. Actual performance can vary, including lower wireless network capacity, data throughput rate, range and coverage. Performance depends on many factors, conditions and variables, including distance from the access point, volume of network traffic, building materials and construction, operating system used, mix of wireless products used, interference and other adverse conditions.

22

LINKSYS and many product names and logos are trademarks of the Belkin group of companies. Third-party trademarks mentioned are the property of their respective owners. Licenses and notices for third party software used in this product may be viewed here: http://support.linksys.com/en-us/license. Please contact http://support.linksys.com/en-us/gplcodecenter for questions or GPL source code requests.

© 2021 Linksys Holdings, Inc. and/or its affiliates. All rights reserved.

# LINKSYS

## GUIDE D'UTILISATION

**AX3200
ROUTEUR DOUBLE BANDE
SANS FIL 6 GIGABIT**

Modèle E8450

# Table des matières

## Vue d'ensemble du produit ...................................................................3

Avant .................................................................................................3
Précédent ..........................................................................................4

## Configuration : Fonctions de base .....................................................5

Où trouver de plus amples renseignements ..................................5
Installation de votre routeur ..........................................................5

## Configuration avancée........................................................................8

Comment ouvrir l'utilitaire Web? ...................................................8
Paramètres de base du routeur ......................................................9
    Langue ...........................................................................................10
    Configuration Internet .................................................................11
Paramètres de base du sans-fil .....................................................13

## Sécurité sans fil .................................................................................17

Paramètres des options de sécurité ............................................17
    WPA2 personnel .........................................................................17
    Désactivé ......................................................................................17

## Dépannage ........................................................................................18

Votre routeur n'a pas été configuré correctement......................18
Message : *Votre câble Internet n'est pas branché* .....................19
Message : *Impossible d'accéder à votre routeur* .......................20
Une fois la configuration terminée ..............................................21
Internet ne semble pas disponible ...............................................21

## Caractéristiques techniques .............................................................23

Linksys E8450 ................................................................................23
Environnement d'exploitation ......................................................23

Complaint, Exhibit 21
741

# Vue d'ensemble du produit

## Avant



**Voyant d'alimentation :** clignote en bleu pendant le démarrage du routeur et pendant le jumelage WPS. Clignote en jaune si le jumelage WPS échoue.

**Voyant d'état Internet :** bleu fixe lorsque connecté à l'Internet et jaune fixe lorsque non connecté. Jaune fixe lorsque connecté correctement au modem, mais qu'aucun signal Internet n'est reçu. Clignote en jaune si aucun câble Ethernet n'est branché dans le port Internet lors d'une installation en tant que routeur traditionnel ou en tant que nœud parent d'un système sans-fil EasyMesh.

**Voyants d'activité Ethernet** : le voyant est bleu fixe si un câble Ethernet est connecté au port correspondant. Le voyant clignote en bleu s'il y a une activité sur le port.

3

# Précédent



**Bouton Wi-Fi Protected Setup™ (WPS) (1)** : appuyez pour configurer facilement la sécurité de l'accès sans fil sur les périphériques réseau compatibles Wi-Fi Protected Setup. Le voyant d'alimentation à l'avant du routeur clignotera en bleu pendant le jumelage WPS.

**Bouton Reset (2) :** maintenez ce bouton enfoncé jusqu'à ce que le voyant d'alimentation commence à clignoter pour réinitialiser le routeur aux paramètres établis par défaut à l'usine.

**Ports Ethernet (3)** : branchez des câbles Ethernet (aussi appelés câbles réseau ou câbles Internet) à ces ports Gigabit Ethernet (10/100/1000) et à d'autres périphériques câblés sur votre réseau. Les voyants d'activité Ethernet à l'avant du routeur seront allumés en bleu quand un câble est connecté à un port Ethernet. Si vous prévoyez d'utiliser ce routeur en tant que nœud parent dans un système sans-fil EasyMesh, vous pouvez connecter des nœuds enfants en mode sans-fil ou utiliser ces ports pour créer des connexions filaires.

**Port Internet (4) :** raccordez un câble Ethernet à ce port et à votre modem. Le voyant d'état Internet à l'avant du routeur ne sera allumé en bleu que lorsque le routeur est connecté à un modem qui est connecté à Internet. Si vous prévoyez d'utiliser ce routeur en tant que nœud enfant dans votre système sans-fil EasyMesh, vous pouvez l'ajouter en mode sans-fil ou utiliser ce port pour le connecter à un port Ethernet d'un nœud parent préalablement configuré.

**Remarque** : *accédez à la section Paramètres sans fil de base pour savoir comment ajouter un nœud enfant à un système EasyMesh en mode sans-fil ou filaire.*

**Port USB 2.0 (5)** : branchez et partagez un périphérique USB sur votre réseau.

**Port d'alimentation (6)** : branchez l'adaptateur c.a. fourni sur ce port.

**Interrupteur d'alimentation (7)** : appuyez sur | (MARCHE) pour mettre le routeur sous tension.

**4**

# Configuration : Fonctions de base

## Où trouver de plus amples renseignements

Outre le présent guide d'utilisation, vous trouverez de l'aide sur Linksys.com/support/E8450 (documentation, téléchargements, FAQ, soutien technique, clavardage en direct, forums)

> **Remarque :** *les licences et la documentation relatives aux logiciels tiers utilisés dans ce produit peuvent être consultées à l'adresse suivante : http://support.linksys.com/en-us/license. Pour toute demande relative au code source LPG ou toute autre question, veuillez communiquer avec nous à l'adresse http://support.linksys.com/en-us/gplcodecenter .*

## Installation de votre routeur

Si vous configurez ce routeur comme un routeur traditionnel ou comme nœud parent de votre sans-fil EasyMesh, suivez la procédure suivante

1. Si vous remplacez un routeur existant, déconnectez d'abord ce dernier.
2. Branchez le routeur à une source d'alimentation. Assurez-vous que l'interrupteur d'alimentation est en position | (MARCHE).
3. Raccordez votre nouveau routeur à votre modem ou routeur-modem.

| **A** Modem | | **B** Routeur-Modem |
|---|---|---|
| Branchez une extrémité du câble Ethernet fourni dans le port Internet jaune sur votre nouveau routeur. Si vous avez un modem, branchez l'autre extrémité dans le **port Ethernet (LAN)** sur le modem. | **OU** | Branchez une extrémité du câble Ethernet fourni dans le port Internet jaune sur votre nouveau routeur. Si vous avez un routeur-modem, branchez l'autre extrémité dans **tout port disponible**. |

> **Remarque :** *patientez jusqu'à ce que le voyant d'alimentation à l'avant du routeur arrête de clignoter et reste allumé en bleu fixe avant de passer à l'étape 4.*

4. Connectez-vous au nom de réseau indiqué dans le Guide de démarrage rapide fourni avec votre routeur. (Vous pourrez modifier le nom et le mot de passe du réseau ultérieurement.) Sélectionnez l'option permettant de se connecter automatiquement à ce réseau à l'avenir. Si vous avez besoin d'aide pour vous connecter au réseau, reportez-vous à la documentation de votre appareil sur le CD fourni.

> **Remarque :** *vous n'aurez pas accès à Internet tant que le routeur n'aura pas été intégralement configuré.*

Complaint, Exhibit 21
744

5. Entrez http://myrouter.local dans un navigateur Web. Suivez les directives à l'écran pour terminer la configuration.



Vous pouvez également entrer 192.168.1.1 dans un navigateur pour commencer la configuration. Si vous utilisez un router-modem (passerelle) et que le router-modem utilise déjà le sous-réseau 192.168.1.x, vous devrez peut-être saisir l'adresse IP 10.0.1.1.

**Remarque** : *si aucune de ces options n'entraîne l'ouverture de l'assistant de configuration, accédez à www.linksys.com/support/setupIP pour obtenir de l'aide.*

6. Une fois que vous avez terminé la configuration, n'oubliez pas d'enregistrer votre routeur afin que nous puissions vous tenir informé des mises à jour de sécurité, des rappels de produits et d'autres éléments qui vous aideront à profiter d'une meilleure expérience.



**Remarque** : *votre routeur devient un nœud parent une fois la configuration terminée. Vous pouvez remplacer cette configuration par une configuration sans-fil traditionnelle en désactivant le nœud parent EasyMesh dans l'écran des Paramètres sans fil de base des paramètres du routeur.*

Si vous ajoutez ce routeur à votre sans-fil E8450 EasyMesh existant, suivez les étapes suivantes.

**6**

*Remarque : si vous avez déjà utilisé ce routeur, rétablissez ses paramètres d'usine avant de l'ajouter à votre sans-fil EasyMesh. Pour faire cela, ouvrez l'onglet Administration des paramètres du routeur ou appuyez pendant 10 secondes sur le bouton de réinitialisation situé à l'arrière du routeur.*

- Avec un ordinateur ou un appareil mobile, connectez-vous à votre routeur parent (celui qui est connecté à votre modem) en mode sans-fil ou avec un câble Ethernet
- Accédez à myrouter.local dans un navigateur pour vous connecter à la page des paramètres du routeur parent.
  - ○ Vous pouvez également saisir 192.168.1.1 dans un navigateur pour accéder aux paramètres de votre routeur.

    *Remarque : si aucune de ces options ne vous mène à l'écran de connexion des paramètres du routeur parent, accédez à www.linksys.com/support/setupIP pour obtenir de l'aide.*

- Saisissez le mot de passe du routeur parent. (Par défaut, ce mot de passe est « admin ».)
- Accédez à Wi-Fi > Paramètres sans fil de base (Basic Wireless Settings) et cliquez sur Ajouter un nouveau nœud (Add a new node).

    *Remarque : « Nœud parent EasyMesh » (EasyMesh Parent Node) doit être activé dans les paramètres du routeur parent avant de cliquer sur le bouton Ajouter un nouveau nœud.*



- Suivez les invites pour ajouter le nœud à votre sans-fil EasyMesh existant.

*Remarque : si vous ajoutez ce routeur à un nœud parent d'un autre fabricant, veuillez suivre les instructions de ce fabricant. Ce routeur ne peut pas être ajouté à un système sans-fil Linksys Velop ou réseau maillé Max-Stream.*

**7**

# Configuration avancée

## Comment ouvrir l'utilitaire Web?

Pour accéder à certains paramètres avancés, vous devez ouvrir l'utilitaire Web. Assurez-vous d'être connecté au routeur, ouvrez un navigateur Web et saisissez http://myrouter.local ou accédez à l'adresse IP 192.168.1.1.



Si vous utilisez un router-modem (passerelle) et que le router-modem utilise déjà le sous-réseau 192.168.1.x, vous devrez peut-être saisir l'adresse IP 10.0.1.1.

> **Remarque** : *si aucune de ces options n'entraîne l'ouverture des paramètres du routeur, accédez à www.linksys.com/support/setupIP pour obtenir de l'aide.*

Le routeur vous demandera votre mot de passe.



Si vous avez modifié le mot de passe au cours de la configuration, entrez le nouveau mot de passe. Cliquez sur « **CONNEXION** ». Si vous n'avez pas modifié le mot de passe, ou si vous avez ignoré la configuration, le mot de passe par défaut est « admin ».

Complaint, Exhibit 21
747

# Paramètres de base du routeur

Cet écran vous permet de modifier la configuration de base du routeur.



Complaint, Exhibit 21
748

## Langue

**Sélectionnez votre langue :** pour changer de langue, sélectionnez-en une dans le menu déroulant. La langue de l'utilitaire basé sur le navigateur sera modifiée dans les cinq secondes qui suivent.



Complaint, Exhibit 21
749

## Configuration Internet

La section Configuration Internet permet de configurer le routeur en fonction du type de connexion Internet utilisé. Ces informations peuvent être fournies par votre fournisseur d'accès Internet (FAI).

**Type de connexion Internet :** sélectionnez dans le menu déroulant le type de connexion Internet fournie par votre FAI.



- **Configuration automatique – DHCP** (par défaut)

  Conservez le type de connexion par défaut uniquement si votre service Internet utilise le protocole DHCP ou une adresse IP dynamique. (Cette option s'applique généralement aux connexions par câble.)

- **Adresse IP statique**

  Sélectionnez cette option si vous devez utiliser une adresse IP fixe pour vous connecter à Internet.

- **PPPoE**

  Sélectionnez cette option si vous disposez d'une connexion DSL et que votre FAI utilise le protocole PPPoE.

- **PPTP**

  Le protocole PPTP (Point-to-Point Tunneling Protocol) (protocole Point-à-point de tunnelisation) est un service Internet utilisé généralement en Europe. Si votre connexion PPTP prend en charge le protocole DHCP ou si vous vous connectez au moyen d'une adresse IP dynamique, sélectionnez *Obtenir automatiquement une adresse IP*. Si vous devez utiliser une adresse IP fixe pour vous connecter à Internet, sélectionnez *Spécifier une adresse IP* et configurez les options qui apparaissent.

**11**

- **L2TP**

  Le protocole L2TP (Layer 2 Tunneling Protocol) (protocole de tunnelisation de niveau 2) est un service Internet utilisé généralement en Israël.

  *Remarque : les options Connexion à la demande ou Maintenir la connexion sont disponibles lorsque vous choisissez PPPoE, PPTP et L2TP. Cela vous permet de choisir si le routeur se connecte à Internet uniquement en fonction de vos besoins (utile si votre FAI facture le temps de connexion), ou si le routeur doit toujours être connecté. Sélectionnez l'option appropriée.*

- **Mode pont**

  Le mode Pont désactive toutes les fonctions du routeur et transforme le routeur en point d'accès.  Le routeur cessera de faire office de serveur DHCP et son coupe-feu intégré ainsi que les fonctions NAT ne seront plus activées.

- **Pont sans fil**

  Un pont sans fil se connecte à votre routeur principal par liaison sans fil et peut partager la connexion Internet avec des appareils connectés aux ports Ethernet du pont.

Complaint, Exhibit 21
751

# Paramètres de base du sans-fil



## Paramètres EasyMesh

Si un routeur ne couvre pas la totalité de votre maison, vous pouvez activer la fonction EasyMesh et ajouter davantage de routeurs E8450 à votre réseau sans-fil. Une fois que la fonction est activée en cochant la case Nœud parent EasyMesh, le routeur connecté à votre modem devient le nœud parent de votre réseau maillé. Ajoutez des nœuds enfants en cliquant sur Ajouter un nouveau nœud. Puis, appuyez pendant 3 secondes sur le bouton WPS de votre nœud enfant. La connexion à un nœud enfant prendra entre 70 et 80 secondes dans la plupart des cas. Vous pouvez vérifier la progression sur l'écran des paramètres du nœud parent.

Une fois le nœud enfant ajouté, cliquez sur Information sur le réseau maillé (Mesh information) pour voir le nœud et les appareils qui y sont connectés dans l'ensemble du réseau maillé.

Si un nœud enfant ne parvient pas à rejoindre votre réseau, déplacez le nœud enfant pour le rapprocher du nœud parent. Suivez les invites sur l'écran des paramètres du nœud parent pour réessayer.

Une fois que vous avez ajouté un nœud enfant en mode sans-fil, vous pouvez le raccorder à l'aide d'un câble Ethernet pour garantir la constance du signal. Vous établirez ainsi une liaison secondaire de type filaire. Assurez-vous que le câble vienne de l'un des ports étiquetés « Ethernet » du nœud parent et qu'il soit branché dans le port étiqueté « Internet » du nœud enfant.

Vous pouvez désactiver à tout moment le mode parent EasyMesh et utiliser le nœud parent comme un routeur traditionnel.  Tout nœud enfant sera déconnecté de votre sans-fil.

*Remarque : l'ajout d'un routeur E8450 à un système EasyMesh est impossible si le routeur n'a pas été préalablement configuré. Si vous avez déjà utilisé ce routeur, rétablissez ses paramètres d'usine. Appuyez pendant 10 secondes sur le bouton de réinitialisation (Reset) situé à l'arrière du routeur, ou activez la réinitialisation depuis l'onglet Administration des paramètres du routeur.*

**13**

*Si vous ne voyez pas l'option EasyMesh dans les paramètres de votre routeur, assurez-vous de le mettre à jour à la dernière version du micrologiciel. La version du micrologiciel requise est 1.1.0.0. ou supérieure pour prendre en charge la fonction EasyMesh.*

Si un nœud enfant est trop éloigné d'un autre nœud en cours de fonctionnement, le voyant d'alimentation situé à l'avant du nœud enfant sera jaune fixe. Déplacez le nœud enfant pour le rapprocher d'un autre nœud en cours de fonctionnement jusqu'à ce que le voyant d'alimentation du nœud enfant soit bleu fixe. Si le voyant d'alimentation de votre nœud enfant clignote en jaune, cela signifie que le nœud enfant a perdu la connexion avec un nœud en cours de fonctionnement. Vérifiez le nœud le plus proche en premier. Si le nœud le plus proche fonctionne normalement, déplacez le nœud enfant pour le rapprocher. Si cela ne fonctionne pas, réinitialisez le nouveau nœud enfant et réessayez de l'ajouter à votre système maillé.

Contrôlez tous les paramètres de votre réseau EasyMesh par l'intermédiaire du nœud parent. Les changements seront appliqués à tous les nœuds enfants.

**Mode réseau 5 GHz :** sélectionnez les normes sans fil prises en charge par votre réseau.

- **Mixte** (par défaut)

  Conservez la valeur par défaut si vous avez des périphériques sans fil A, sans fil N, sans fil AC ou sans fil AX sur votre réseau.

- **Sans fil AC mixte**

  Sélectionnez si vous avez des périphériques sans fil A, sans fil N ou sans fil AC sur votre réseau.

- **Sans fil A seulement**

  Sélectionnez cette option si vous n'avez que des appareils sans fil A.

- **Sans fil N seulement**

  Sélectionnez si vous n'avez que des appareils sans fil N.

- **Désactivé**

  Sélectionnez si vous n'avez pas de dispositifs sans fil A, sans fil N, sans fil AC et sans fil AX (5 GHz) sur votre réseau. La bande de fréquences 5 GHz sera désactivée après sélection de cette option.

  > **Remarque :** *si vous ne savez pas quel mode choisir, conservez celui par défaut, soit Mixte.*

**Mode réseau 2,4GHz :** sélectionnez les normes sans fil prises en charge par votre réseau.

- **Mixte** (par défaut)

  Conservez la valeur par défaut si vous avez des périphériques sans fil B, sans fil G, sans fil N 2,4 GHz sur votre réseau.

- **Sans fil B/G seulement**

  Sélectionnez si vous avez des périphériques sans fil B, sans fil G sur votre réseau.

Complaint, Exhibit 21
753

- **Sans fil B seulement**

  Sélectionnez si vous n'avez que des appareils sans fil B.

- **Sans fil G seulement**

  Sélectionnez si vous n'avez que des appareils sans fil G.

- **Sans fil N seulement**

  Sélectionnez si vous n'avez que des appareils sans fil N 2,4 GHz.

- **Désactivé**

  Sélectionnez cette option si vous n'avez pas de dispositifs sans fil B, sans fil G et sans fil N (2,4 GHz) sur votre réseau. La bande de fréquences 2,4GHz sera désactivée après sélection de cette option.

  > **Remarque :** *si vous ne savez pas quel mode choisir, conservez celui par défaut, soit Mixte.*

**Nom du réseau (SSID)**

Le nom de réseau sans fil (SSID) est un identifiant utilisé par les périphériques pour se connecter à un réseau sans fil. Les identifiants SSID sont sensibles à la casse et ne doivent pas dépasser 32 caractères. Les identifiants SSID par défaut pour les réseaux 2,4 GHz et 5 GHz sont respectivement LinksysXXXXX et LinksysXXXXX_5GHz. Les X représentent les cinq derniers chiffres du numéro de série du routeur, qui se trouvent au bas du routeur. Si vous avez changé le SSID, les nouveaux SSID s'appliquent aux deux bandes. Vous pouvez leur donner des noms différents avec l'utilitaire Web.

> **Remarque :** *si vous restaurez les paramètres par défaut du routeur (en appuyant sur le bouton Reset, réinitialisation, ou à partir de l'écran Configuration > Administration > Device Reset, réinitialisation de périphérique), le nom de réseau reviendra à sa valeur par défaut. Redonnez au Nom du réseau son nom d'origine, faute de quoi vous devrez reconnecter tous les appareils présents sur votre réseau sans fil au nouveau nom de réseau.*

**Largeur du canal**

Conservez la valeur par défaut, Auto (20 MHz ou 40 MHz), pour une performance optimale dans un réseau 2,4 GHz utilisant des périphériques sans fil B, sans fil G et sans fil N (2,4 GHz). Pour une largeur de canal de 20 MHz, sélectionnez 20 MHz seulement. Pour des performances optimales sur un réseau 5 GHz, conservez la valeur par défaut, soit Auto (20, 40 ou 80 MHz).

**Canal**

Sélectionnez le canal dans le menu déroulant. Conservez la valeur par défaut, Auto, si vous ne savez pas quel canal choisir.

**Diffusion SSID**

Conservez la valeur par défaut, Activé, pour diffuser le SSID du routeur. Lorsque les périphériques clients sans fil rechercheront des réseaux sans fil auxquels s'associer, ils détecteront le SSID diffusé par le routeur. Essayer de cacher le nom de votre sans-fil ne rend pas votre réseau sans-fil plus sécurisé. Toute personne souhaitant vraiment accéder à votre réseau pourra le trouver même si vous désactivez cette fonction. Si vous ne voulez toujours pas diffuser le SSID du routeur, sélectionnez Désactivé.

# Sécurité sans fil

Le routeur offre les options de sécurité sans fil suivantes :

WPA2/WPA3 personnel mode mixte, WAP2 personnel, WPA2 entreprise, WPA3 personnel, WPA3 entreprise (WPA signifie Wi-Fi Protected Access, ou accès sans fil sécurisé).

WPA3 fournit l'option de sécurité la plus forte.

## Paramètres des options de sécurité

### WPA2 personnel

*Si vous sélectionnez WPA2 Personnel, chaque appareil de votre réseau sans fil DOIT utiliser WPA2 Personnel et la même phrase de passe.*



Si vous ignorez si un périphérique prend en charge WPA2 ou WPA3 personnel, sélectionnez l'option WPA2/WPA3 personnel mode mixte dans mode de sécurité.

**Phrase de passe** : entrez une phrase de passe de 8 à 63 caractères. C'est le mot de passe Wi-Fi qui donne accès au réseau. Il peut être identique à celui saisi dans la configuration.

### Désactivé

Si vous choisissez de désactiver la sécurité sans fil, vous serez informé que la sécurité sans fil est désactivée lors de votre première connexion à Internet. Vous pourrez choisir d'activer la sécurité sans fil ou de confirmer que vous avez bien compris les risques encourus et que vous souhaitez tout de même continuer sans sécurité sans fil.



**17**

# Dépannage

Pour obtenir de l'aide supplémentaire, communiquez avec notre soutien à la clientèle primé sur Linksys.com/support/E8450.

## Votre routeur n'a pas été configuré correctement

Si vous n'avez pas pu terminer la configuration dans l'interface basée sur le navigateur, vous pouvez essayer la procédure suivante :

* Maintenez enfoncé le bouton « Reset » (réinitialisation) de votre routeur à l'aide d'un trombone ou d'une épingle jusqu'à ce que le voyant d'alimentation à l'avant du routeur s'éteigne et commence à clignoter (environ 10 secondes). Saisissez 192.168.1.1 dans un navigateur pour réessayer la configuration.

* Si vous utilisez un router-modem (passerelle) et que le router-modem utilise l'adresse IP 192.168.1.x, vous devrez peut-être saisir l'adresse IP 10.0.1.1.
  **Remarque** : *si aucune de ces options n'entraîne l'ouverture de l'assistant de configuration, accédez à www.linksys.com/support/setupIP pour obtenir de l'aide.*



* Désactivez temporairement le pare-feu de votre ordinateur (pour obtenir de l'aide, reportez-vous aux instructions du logiciel de sécurité). Installez de nouveau le routeur.
* Si vous avez un autre ordinateur, utilisez-le pour installer le routeur.

**18**

## Message : *Votre câble Internet n'est pas branché*

Si le message « Votre câble Internet n'est pas branché » apparaît lorsque vous êtes en train de configurer votre routeur :

- Vérifiez qu'un câble Ethernet ou Internet (ou un câble comme celui fourni avec votre routeur) est bien branché au port Internet jaune à l'arrière de votre routeur et au port approprié sur votre modem. Ce port du modem est généralement étiqueté Ethernet.



- Vérifiez que votre modem est branché à une source d'alimentation et qu'il est sous tension.



| | |
|---|---|
| Si vous avez un accès Internet par le câble, vérifiez que le port CÂBLE du modem-câble est raccordé au câble coaxial fourni par votre FAI. | Si vous avez un accès Internet DSL, assurez-vous que la ligne téléphonique DSL est raccordée au port DSL du modem. |

- Si votre ordinateur était connecté à votre modem par un câble USB, déconnectez le câble USB.
- Installez de nouveau le routeur.

## Message : *Impossible d'accéder à votre routeur*

Pour accéder à votre routeur, vous devez être connecté à votre propre réseau. Si vous disposez d'un accès Internet sans fil, vous vous êtes peut-être connecté accidentellement à un autre réseau sans fil.

Pour régler le problème sur les ordinateurs sous Windows, suivez les instructions suivantes* :

1. Sur votre bureau Windows, cliquez sur l'icône sans-fil de la barre d'état système. Une liste des réseaux détectés apparaîtra.

2. Cliquez sur le nom de votre propre réseau. Cliquez sur **Connexion**. Dans l'exemple ci-dessous, l'ordinateur était connecté à un autre réseau sans-fil appelé wraith_5GHz. Le nom du réseau sans fil du routeur Linksys série E, Damaged_Beez2.4 dans cet exemple, est sélectionné.



3. Si vous êtes invité à saisir une clé de sécurité réseau, entrez votre mot de passe (clé de sécurité) dans le champ *Network security key* (Clé de sécurité réseau). Cliquez sur **OK**.

4. Votre ordinateur se connectera au réseau et vous devriez pouvoir accéder au routeur.

*Selon la version Windows que vous utilisez, la description ou les icônes représentant ces étapes pourraient être légèrement différentes.*

**20**

Pour corriger le problème sur les ordinateurs Mac, faites ce qui suit :

1. Dans la barre de menu en haut de l'écran, cliquez sur l'icône du sans-fil. Une liste des réseaux sans fil apparaîtra.

2. Dans l'exemple ci-dessous, l'ordinateur était connecté à un autre réseau sans-fil appelé wraith_5GHz. Le nom du réseau sans fil du routeur Linksys série E, Damaged_Beez2.4 dans cet exemple, est sélectionné.



3. Cliquez sur le nom de réseau sans-fil du routeur Linksys série E (Damaged_Beez2.4 dans l'exemple).

4. Entrez votre mot de passe de réseau sans fil (Clé de sécurité) dans le champ *Password* (Mot de passe). Cliquez sur **OK**.

# Une fois la configuration terminée

## Internet ne semble pas disponible

Si Internet a de la difficulté à communiquer avec votre routeur, le problème pourrait apparaître sous forme de message « [adresse Internet] introuvable » dans votre navigateur Web. Si vous savez que l'adresse Internet est correcte, et que vous avez essayé plusieurs adresses Internet valides avec le même résultat, cela pourrait indiquer que votre FAI ou votre modem ne peut pas communiquer avec votre routeur.

Essayez ce qui suit :

• Assurez-vous que les câbles réseau et d'alimentation sont correctement branchés.

• Assurez-vous que la prise de courant sur laquelle votre routeur est branché est alimentée en courant.

• Redémarrez le routeur.

• Communiquez avec votre FAI pour savoir s'il y a des pannes dans votre secteur.

**21**

La méthode la plus courante pour faire le dépannage de votre routeur est de l'éteindre, puis de le rallumer. Votre routeur peut alors recharger ses paramètres personnalisés, ce qui permettra aux autres périphériques (comme le modem) de le redécouvrir et de communiquer avec lui. C'est ce qu'on appelle le « redémarrage ».

Pour redémarrer votre routeur à l'aide du cordon d'alimentation, procédez comme suit :

1. Débranchez le cordon d'alimentation du routeur et du modem.

2. Attendez 10 secondes, puis rebranchez-le sur le modem. Assurez-vous qu'il est sous tension.

3. Attendez que le voyant « en ligne » du modem cesse de clignoter (environ deux minutes). Rebranchez le cordon d'alimentation sur le routeur.

4. Patientez jusqu'à ce que le voyant d'alimentation bleu et les voyants Internet à l'avant du routeur restent allumés. Cela prendra environ deux minutes. Puis, connectez-vous à Internent à partir d'un ordinateur.

Complaint, Exhibit 21
761

# Caractéristiques techniques

## Linksys E8450

| | |
|---|---|
| Nom du modèle | AX3200 Routeur double bande sans fil 6 Gigabit |
| Numéro du modèle | E8450 |
| Vitesse du port du commutateur | 10/100/1000 Mbit/s (Gigabit Ethernet) |
| Fréquence radio | 2,4 GHz et 5 GHz |
| Nombre d'antennes | 4 |
| Ports | Ethernet (1-4), Internet, Alimentation, USB 2.0 |
| Boutons | Wi-Fi Protected Setup, Reset (réinitialisation), alimentation |
| Voyants DEL | Alimentation, Internet, Ethernet (1 à 4) |
| UPnP | Pris en charge |
| Fonctions de sécurité | WPA2 personnel, WPA3 personnel, WPA2/WPA3 personnel mode mixte, WPA2 entreprise, et WPA3 entreprise |
| Bits de clé de sécurité | Cryptage de données jusqu'à 192 bits |
| Systèmes d'allocation de fichiers de l'unité de stockage | FAT, FAT32, NTFS, HFS+ |

## Environnement d'exploitation

| | |
|---|---|
| Dimensions | 156 mm (L) x 77,11 mm (l) x 220 mm (H) |
| Poids unitaire | 638 g |
| Alimentation | 12 V, 2A |
| Certifications | FCC, IC, CE, Wi-Fi (IEEE 802.11 a/b/g/n/ac) |
| Température de fonctionnement : | 32 °F à 104 °F (0 °C à 40 °C) |
| Température de stockage : | -4°F à 140 °F (-20 °C à 60 °C) |
| Humidité (marche) | 10 % à 80 % d'humidité relative, sans condensation |
| Humidité (entreposage) | 5 % à 90 %, sans condensation |

Remarques :

Pour en savoir plus à propos de la conformité aux normes, la garantie et la sécurité, consultez le CD fourni avec votre routeur ou rendez-vous sur Linksys.com/support/E8450.

Les spécifications peuvent changer sans préavis.

Les performances maximales sont conformes à la norme IEEE 802.11. Les performances réelles peuvent varier, notamment une capacité de réseau sans fil, un taux de débit de données et une portée moindre. La performance dépend de nombreux facteurs, conditions et variables, dont l'éloignement du point d'accès, le volume du trafic réseau, les matériaux et la construction de l'édifice, le système d'exploitation utilisé, la combinaison des produits sans fil utilisés, les interférences ainsi que d'autres conditions défavorables.

LINKSYS et de nombreux noms de produits et logos sont des marques de commerce du groupe de sociétés Belkin. Les autres marques mentionnées sont la propriété de leur détenteur respectif. Les licences et la documentation relatives aux logiciels tiers utilisés dans ce produit peuvent être consultées à l'adresse suivante : http://support.linksys.com/en-us/license. Pour toute demande relative au code source LPG ou toute autre question, veuillez communiquer avec nous à l'adresse http://support.linksys.com/en-us/gplcodecenter.

© Linksys Holdings, Inc. ou ses sociétés affiliées, 2021. Tous droits réservés.

# LINKSYS

ユーザーガイド

AX3200
デュアル バンド ギガビット
WiFi 6 ルーター

モデル E8450

# 目次

製品の概要 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  前面 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  戻る . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

セットアップ: 基本 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  他のヘルプ トピックの検索 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  ルーターをインストールする方法 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

詳細構成 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
  ブラウザー ベースのユーティリティを開く方法 . . . . . . . . . . . . . . . . . . . . . . . . 8
  基本的なルーター設定 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Language (言語) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Internet Setup (インターネット セットアップ) . . . . . . . . . . . . . . . . . . . . 11
  基本的な Wi-Fi 設定 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Wireless Security (ワイヤレス セキュリティ) . . . . . . . . . . . . . . . . . . . 16
  セキュリティ オプションの設定 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    WPA2 パーソナル . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    Disabled (無効) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

トラブルシューティング . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
  ご使用のルーターのセットアップが正常に完了していない . . . . . . . . . . . . . . . . 17
  *Your Internet cable is not plugged in* (ご使用のインターネット ケーブルがつながれていません) というメッセージ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
  *Cannot access your router* (ルーターにアクセスできません) というメッセージ . . . . . . . . . 19
  セットアップ後 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
  インターネットが利用不可のようです . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

仕様 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
  Linksys E8450 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
  環境 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

# 製品の概要

## 前面



電源ライト−ルーターの起動時と WPS のペアリング実行中に青く点滅します。WPS のペアリングに失敗した場合は黄色く点滅します。

インターネット状態ライト−インターネットに接続中は青く点灯し、接続されていない場合は黄色く点灯します。モデムに適切に接続されていても、インターネット シグナルを受信していない場合は黄色く点灯します。 従来のルーターとして、または EasyMesh Wi-Fi システムの親ノードとして設定されている状態で、イーサネット ケーブルがインターネット ポートに差し込まれていない場合は、黄色く点滅します。

イーサネット アクティビティ ライト−イーサネット ケーブルがポートに接続されると、そのポートに対応するライトが青く点灯します。 ポートでアクティビティが発生している場合は青く点滅します。

3

戻る



Wi-Fi 保護セットアップ™（WPS）ボタン（1）− このボタンを押すと、Wi-Fi 保護セットアップが有効なネットワーク デバイスでワイヤレス セキュリティを簡単に構成できます。 WPS のペアリングの実行中は、ルーター前面の電源ライトが青く点滅します。

リセット ボタン（2）− このボタンを、電源 LED が点滅するまで長押しすると、ルーターがファクトリ出荷時の設定にリセットされます。

イーサネット ポート（3）− イーサネット ケーブル（ネットワーク ケーブルまたはインターネット ケーブルとも呼ばれます）の一方の端ををこれらのギガビット イーサネット（10/100/1000）ポートに接続し、もう一方の端を、ネットワーク内のその他の有線接続デバイスに接続します。 ケーブルがイーサネット ポートに接続されると、ルーター前面のイーサネット アクティビティ ライトが青くなります。このルーターを EasyMesh Wi-Fi システムで親ノードとして使用する場合は、子ノードをワイヤレスで追加することも、イーサネット ポートを使用して有線接続することもできます。

インターネット ポート（4）− イーサネット ケーブルの一方の端をこのポートに、もう一方の端を、ご使用のモデムに接続します。インターネットに接続されているモデムにルーターが接続されると、ルーター前面のインターネット状態ライトが青くなります。このルーターを EasyMesh システムで子ノードとして使用する場合は、ワイヤレスで追加することも、このポートを使用してセットアップ済み親ノードのイーサネットポートに有線接続することもできます。

メモ − ワイヤレスか有線かにかかわらず、子ノードを EasyMesh システムに追加する方法の詳細は、［Basic Wireless Settings］（基本的なワイヤレス設定）セクションをご覧ください。

USB 2.0 ポート（5）−USB ドライブを接続し、ネットワークで共有します。

電源ポート（6） − 付属の AC 電源アダプターをこのポートに接続します。

電源スイッチ（7）−（縦棒マーク）を押して、ルーターの電源をオンにします。

**4**

# セットアップ：基本

## 他のヘルプ トピックの検索

このユーザー ガイドに加えて、Linksys.com/support/E8450（説明書、ダウンロード、FAQ、テクニカル サポート、ライブ チャット、フォーラム）をご利用ください

メモーライセンスおよび本製品に使用されるサードパーティソフトウェアについては、こちらからご覧いただけます http://support.linksys.com/en-us/license ご質問がある場合、または GPL ソースコードのリクエストについては、http://support.linksys.com/en-us/gplcodecenter をご確認ください。

## ルーターをインストールする方法

このルーターを従来のルーターまたは EasyMesh Wi-Fi の親ノードとしてセットアップする場合は、以下の手順に従ってください。

1. 既存のルーターを交換する場合には、ルーターをまず切断します。
2. ルーターを電源に接続します。電源スイッチが｜（オン）になっていることを確認してください。
3. 新しいルーターをご使用のモデムまたはモデム ルーターに接続します。

| A　モデム | | B　モデム ルーター |
|---|---|---|
| 同梱されているイーサネット ケーブルの一方の端を新しいルーターの黄色のインターネット ポートにつなげます。 モデムがある場合は、もう一方の端をモデムのイーサネット（LAN）ポートにつなげます。 | または | 同梱されているイーサネット ケーブルの一方の端を新しいルーターの黄色のインターネット ポートにつなげます。 モデム ルーターがある場合は、もう一方の端を使用可能なポートにつなげます。 |

メモ—ルーター前面の電源ライトの点滅が止まり、青の点灯に変わるまで待ってから、ステップ 4 に進みます。

4. ルーターに同梱されているクイック スタート ガイドに示されているネットワーク名に接続します。（後でネットワーク名とパスワードを変更できます。）今後このネットワークに自動的に接続できるように、オプションを選択します。ネットワークに接続する際にヘルプが必要な場合は、同梱 CD に収録されているデバイス取扱説明書を参照してください。
   メモ – ルーターのセットアップが完了するまで、インターネットにアクセスできません。
5. Web ブラウザーに http://myrouter.local と入力します。セットアップを完了するには画面の指示に従ってください。



Complaint, Exhibit 21
768

ブラウザーに 192.168.1.1 と入力して、セットアップを起動することもできます。 モデム ルーター（ゲートウェイ）を使用していて、そのモデム ルーターによってすでに 192.168.1.x サブネットが使用されている場合は、IP アドレス 10.0.1.1 を入力する必要があります。

メモ – これらのオプションを使用してもセットアップウィザードに進めない場合は、www.linksys.com/support/setupIP にアクセスしてヘルプを参照してください。

6. セットアップが完了したら、ルーターを必ず登録してください。それによって、弊社はセキュリティ アップデート、製品リコールなどについて情報を通知し、お客様のユーザー エクスペリエンスを向上させることができます。

**Register your product**

Once you register we can share important security updates. Product recalls and other things that will improve your experience. All we need is your email. We will only use your email for limited security and customer support purposes.

Email Address

[                                                        ]

☐ Linksys may also email me to keep up to date with special offers and information from linksys. You can unsubscribe at any time by using the link at the end of any email we send. Read our Privacy Policy here.

| Next | Skip |

メモ　セットアップが完了すると、ルーターは親ノードになります。ルーターの設定の [Basic Wireless Settings]（基本的なワイヤレス設定）画面で [EasyMesh Parent Node]（EasyMesh 親ノード）をオフにすることで、従来の Wi-Fi セットアップに変更できます。

このルーターを既存の E8450 EasyMesh Wi-Fi に追加する場合は、以下の手順に従ってください。

メモ　このルーターを以前使用していた場合は、EasyMesh Wi-Fi に追加する前に出荷時の既定の設定にリセットしてください。ルーターの設定の [Administration]（管理）タブからでも、ルーター背面のリセット ボタンを 10 秒間長押しすることでもリセットできます。

• コンピューターまたはモバイル デバイスを使用して、親ルーター（モデムに接続されているルーター）にワイヤレス接続するか、イーサネット ケーブルを使用して有線接続します。

• Web ブラウザーで myrouter.local にアクセスし、親ルーターの設定にログインします。

    ○ ブラウザーに 192.168.1.1 と入力することでも、親ルーターの設定にアクセスできます。

    メモ – どちらのオプションを使用しても親ルーター設定のログイン画面に進めない場合は、www.linksys.com/support/setupIP にアクセスしてヘルプを参照してください。

• 親ルーターのパスワードを入力します(デフォルトは「admin」)。

- ［Wi-Fi］＞［Basic Wireless Settings］（基本的なワイヤレス設定）の順に移動して、［Add a new node］（新しいノードを追加）をクリックします。

  メモ － ［Add a new node］（新しいノードを追加）ボタンをクリックする前に、親ルーター設定で［EasyMesh Parent Node］（EasyMesh 親ノード）を有効にしておく必要があります。



- プロンプトに従って、ノードを既存の EasyMesh Wi-Fi ネットワークに追加します。

  メモ － このルーターを別のメーカー製の親ノードに追加する場合は、その製品の取扱説明書を参照してください。 このルーターは Linksys Velop または Max-Stream のメッシュWi-Fi システムには追加できません。

7

# 詳細構成

## ブラウザー ベースのユーティリティを開く方法

一部の高度な設定にアクセスするには、ブラウザー ベースのユーティリティを開く必要があります。ルーターに接続されていることを確認して、Web ブラウザーを開き、ブラウザーに http://myrouter.local または IP アドレス 192.168.1.1 を入力して Enter キーを押してください。



モデム ルーター（ゲートウェイ）を使用していて、そのモデム ルーターによってすでに 192.168.1.x サブネットが使用されている場合は、IP アドレス 10.0.1.1 を入力する必要があります。

メモ － これらのオプションを使用してもルーターの設定に進めない場合は、www.linksys.com/support/setupIP にアクセスしてヘルプを参照してください。

ルーターがパスワードの入力を求めるダイアログを表示します。



セットアップ中にパスワードを変更した場合は、新しいパスワードを入力します。LOGIN（ログイン）をクリックします。パスワードを変更していない場合、あるいはセットアップ全体をスキップした場合、既定のパスワードは "admin" です。

8

# 基本的なルーター設定

この画面により、ルーターの基本的な構成を変更できます。



Complaint, Exhibit 21
772

## Language（言語）

Select your language（ご使用の言語を選択）— 言語を変更するには、ドロップダウン メニューからいずれか 1 つを選択してください。ブラウザー ベースのユーティリティの言語が 5 秒以内に変更されます。



10

# Internet Setup（インターネット セットアップ）

［Internet Setup］（インターネット セットアップ）セクションで、インターネット接続に対してルーターを構成します。この情報はインターネット サービス プロバイダー（ISP）から入手してください。

Internet Connection Type（インターネット接続の種類）- ISP が提供するインターネット接続のタイプをドロップダウン メニューから選択してください。



- Automatic Configuration（自動構成）- DHCP（既定値）

  あなたの ISP が DHCP をサポートするか、動的 IP アドレスを使用して接続する場合のみ、既定値をそのまま使用してください。（このオプションは通常、ケーブル接続で使用します。）

- 静的 IP

  固定 IP アドレスを使用してインターネットに接続する必要がある場合に選択してください。

- PPPoE

  DSL 接続があり、あなたの ISP が Point-to-Point Protocol over Ethernet（PPPoE）を使用している場合に選択してください。

- PPTP

  Point-to-Point トンネリング プロトコル（PPTP）は欧州で一般的に接続に適用されるサービスです。PPTP 接続が DHCP か動的 IP アドレスをサポートする場合は、［Obtain an IP Address Automatically］（自動的に IP アドレスを取得）を選択します。固定 IP アドレスを使用してインターネットに接続する必要がある場合は［Specify an IP Address］（IP アドレスを指定）を選択し、表示されるオプションを構成します。

**11**

- L2TP

  レイヤー 2 トンネリング プロトコル (L2TP) は、イスラエルで通常接続に適用されるサービスです。

  メモ － [Connect on Demand] (オンデマンドで接続) または [Keep Alive] (キープ アライブ) は、PPPoE、PPTP、L2TP を選択する場合のオプションです。ルーターにインターネットに必要な場合のみ接続させる (あなたの ISP が接続時間に対して課金する場合に役立ちます) か、ルーターに常に接続させる必要があるかどうかを、これらにより選択できます。適切なオプションを選択します。

- ブリッジ モード

  ブリッジ モードは、すべてのルーター機能を無効にし、ルーターをアクセス ポイントに変換します。 ルーターが DHCP サーバーとして作動するのをやめ、そのビルトイン ファイアウォールと NAT の機能が有効ではなくなります。

- ワイヤレス ブリッジ

  ワイヤレス ブリッジはご使用のメイン ルーターにワイヤレス接続され、ブリッジのイーサネットポートに接続されているデバイスとインターネット接続を共有できます。

**12**

## 基本的な Wi-Fi 設定



EasyMesh 設定

1 台のルーターでは家全体の Wi-Fi をカバーできない場合、EasyMesh 機能をオンにして、ネットワークに E8450 ルーターを追加することでカバーできます。［EasyMesh Parent Node］（EasyMesh 親ノード）のチェックボックスをオンにしてこの機能を有効にすると、モデムに接続されているルーターはメッシュ ネットワークの親ノードになります。［Add a new node］（新しいノードを追加）をクリックして子ノードを追加します。次に、子ノードの WPS ボタンを 3 秒間押します。子ノードの接続には多くの場合 70 ～ 80 秒ほどかかります。進捗状況は親ノードの設定画面で確認できます。

子ノードが追加されたら、［Mesh information］（メッシュ情報）をクリックして、メッシュ ネットワーク全体で接続されているノードとデバイスを確認してください。

ネットワークへの追加に失敗した子ノードがある場合は、その子ノードを親ノードに近づけてください。親ノードの設定画面に表示されるプロンプトに従って、もう一度お試しください。

ワイヤレスで追加できた子ノードを、さらにイーサネット ケーブルを使用して接続すると、確実に安定したシグナルが得られます。これを「ワイヤード バックホール」といいます。ケーブルの一方の端を親ノードの「Ethernet」と書かれているポートに接続し、もう一方の端を子ノードの「Internet」と書かれているポートに接続してください。

必要に応じて、いつでも［Easy Mesh Parent Mode］（Easy Mesh 親ノード）をオフにして、親ノードを従来のルーターとして使用することができます。　子ノードはすべて Wi-Fi から切断されます。

メモ– セットアップ済みの E8450 ルーターを EasyMesh システムに追加することはできません。ルーターを以前使用していた場合は、ファクトリ出荷時の設定にリセットしてください。ルーター背面のリセット ボタンを 10 秒間長押しすることでも、ルーターの設定の［Administration］（管理）タブからでもリセットできます。

ルーター設定に EasyMesh オプションが表示されない場合は、最新のファームウェアにアップグレードしてください。EasyMesh をサポートするには、ファームウェア バージョン 1.1.00 以上が必要です。

子ノードが動作中の別のノードから離れすぎている場合は、その子ノードの前面にある電源ライトが黄色く点灯します。子ノードの電源ライトが青く点灯するまで、子ノードを動作中のノードに近づけてください。

子ノードの電源ライトが黄色く点滅する場合は、子ノードと動作中のノードとの接続が切断されたことを意

**13**

味します。まず一番近くにあるノードを確認してください。一番近くのノードが正常に動作している場合は、子ノードをその近くに移動させてください。それでも動作しない場合は、新しい子ノードをリセットして、メッシュ システムへの追加を再度お試しください。

EasyMesh ネットワークの設定は、すべて親ノードからコントロールできます。変更は子ノードすべてに適用されます。

5GHz Network Mode－（ネットワーク モード）ご使用のネットワークがサポートするワイヤレス規格を選択します。

- Mixed（混在）（既定値）

  Wireless-A、Wireless-N、Wireless-AC、Wireless-AX のデバイスがご使用のネットワークにある場合は既定値をそのまま使用してください。

- Wireless-AC 混在

  ご使用のネットワークに Wireless-A、Wireless-N、Wireless-AC のデバイスがある場合に選択します。

- Wireless-A Only（Wireless-A のみ）

  Wireless-A のデバイスしかない場合に選択します。

- Wireless-N のみ

  Wireless-N のデバイスしかない場合に選択します。

- 無効

  ご使用のネットワークに Wireless-A、Wireless-N、Wireless-AC、Wireless-AX（5 GHz）のデバイスがない場合に選択します。このオプションを選択すると、5GHz 無線がオフになります。

  メモ－どのモードを選択すべきかわからない場合は、既定値の［Mixed］をそのまま使用してください。

2.4GHz Network Mode－（ネットワーク モード）ご使用のネットワークがサポートするワイヤレス規格を選択します。

- Mixed（混在）（既定値）

  Wireless-B、Wireless-G、Wireless-N の 2.4GHz デバイスがご使用のネットワークにある場合は既定値をそのまま使用してください。

- Wireless-B/G のみ

  ご使用のネットワークに Wireless-B、Wireless-G のデバイスがある場合に選択します。

- Wireless-B のみ

  Wireless-B のデバイスしかない場合に選択します。

- Wireless-G のみ

  Wireless-G のデバイスしかない場合に選択します。

- Wireless-N のみ

  Wireless-N 2.4G のデバイスしかない場合に選択します。

- Disabled（無効）

  ご使用のネットワークに Wireless-B、Wireless-G、Wireless-N（2.4 GHz）のデバイスがない場合に選択します。このオプションを選択すると、2.4GHz 無線がオフになります。

  メモ－どのモードを選択すべきかわからない場合は、既定値の［Mixed］をそのまま使用してください。

**14**

Network Name（ネットワーク名）（SSID）

サービス セット識別子（SSID）は、ワイヤレス ネットワークに接続するために、デバイスが使用する名前です。SSID は大文字と小文字の区別があり、32 文字を超えないようにする必要があります。2.4 GHz および 5 GHz のネットワークに対する既定値の SSID は、それぞれ LinksysXXXXX および LinksysXXXXX_5GHz です。X はルーターのシリアル番号の最後の 5 桁を示します。これらはルーター本体の裏側に記載されています。SSID を変更すると、両方のバンドに新しい SSID が用意されます。ブラウザー ベースのユーティリティを使用して別の名前を付けることができます。

> メモ − ルーターのファクトリ出荷時の既定値設定を復元する（リセット ボタンを押すか、[Configuration]（構成）> [Administration]（管理）> [Device Reset]（デバイス リセット）画面を使用します）と、ネットワーク名は既定値に戻ります。ネットワーク名を元の名前に変更してください。これを行わないと、ご使用のワイヤレス ネットワークにあるすべてのデバイスを新しいネットワーク名に再度接続しなければならなくなります。

Channel Width（チャネル幅）

Wireless-B、Wireless-G、Wireless-N（2.4 GHz）のデバイスを使用して 2.4 GHz のネットワークで最高のパフォーマンスを確保するには、既定値の [Auto（20 MHz or 40 MHz）] をそのまま使用してください。20 MHz のチャネル幅に対しては [20 MHz only] を選択してください。5 GHz のネットワークで最高のパフォーマンスを確保するには、既定値 [Auto（20, 40 or 80 MHz）] をそのまま使用してください。

Channel（チャネル）

ドロップダウン リストからチャネルを選択します。どのチャネルを選択すべきかわからない場合は、既定値の [Auto]（自動）をそのまま使用してください。

SSID Broadcast（SSID ブロードキャスト）

ルーターの SSID をブロードキャストするには、既定値の [Enabled]（有効）をそのまま使用してください。ワイヤレス クライアントが関連付けるワイヤレス ネットワークのローカルの領域を調査する場合、SSID のブロードキャストをルーターにより検出します。Wi-Fi の名前を非表示にしても安全性が高まるわけではありません。この機能をオフにしていても、あなたのネットワークにアクセスしたい人には、あなたのネットワークは見えてしまいます。それでもルーターの SSID をブロードキャストしたくない場合は、[Disabled]（無効）を選択します。

15

# Wireless Security（ワイヤレス セキュリティ）

ルーターは、次のワイヤレス セキュリティのオプションを提供します。

WPA2/WPA3 Mixed Personal、WAP2 Personal、WPA2 Enterprise、WPA3 Personal、WPA3 Enterprise（WPA は Wi-Fi Protected Access の略語です）。

WPA3 が最強のセキュリティ オプションです。

## セキュリティ オプションの設定

### WPA2 パーソナル

WPA2 パーソナルを選択した場合は、ご使用のワイヤレス ネットワークの各デバイスは、WPA2 パーソナルと同じパスフレーズを使用する必要があります。



デバイスが WPA2 と WPA3 パーソナルのどちらをサポートしているかわからない場合は、[Security Mode]（セキュリティ モード）で WPA2/WPA3 Mixed Personal オプションを選択します。

Passphrase（パスフレーズ）- 8 ～ 63 文字のパスフレーズを入力します。これは、ネットワークへのアクセスを提供する Wi-Fi パスワードです。これはセットアップで入力したものと同じでも問題ありません。

### Disabled（無効）

ワイヤレス セキュリティを無効にする場合、インターネットに初めてアクセスしようとする際に、ワイヤレス セキュリティが無効にされていることが通知されます。ワイヤレス セキュリティを有効にするか、リスクを理解した上でワイヤレス セキュリティなしで先に進むことを希望するかを確認するオプションが提示されます。



**16**

# トラブルシューティング

Linksys.com/support/E8450 にアクセスすると、定評ある弊社のカスタマー サポートのヘルプをさらにご覧いただけます。

## ご使用のルーターのセットアップが正常に完了していない

ブラウザー ベースのインターフェイスでセットアップを完了できなかった場合は、次を実行してみてください。

- クリップかピンでご使用のルーターのリセット ボタンを長押しし、ルーター前面の電源ライトが一度消えて再度点滅し始めるまで待ちます（約 10 秒）。ブラウザーに 192.168.1.1 と入力して、セットアップを再試行します。

- モデム ルーター（ゲートウェイ）を使用していて、そのモデム ルーターによって IP アドレス 192.168.1.x が使用されている場合は、IP アドレス 10.0.1.1 を入力する必要があります。

  メモ — これらのオプションを使用してもセットアップウィザードに進めない場合は、www.linksys.com/support/setupIP にアクセスしてヘルプを参照してください。



- ご使用のコンピューターのファイアウォールを一時的に無効にします（ヘルプについてはセキュリティ ソフトウェアの指示を参照してください）。ルーターをもう一度インストールしてください。
- 別のコンピューターがある場合は、そのコンピューターを使用して、ルーターをインストールしてください。

**17**

# *Your Internet cable is not plugged in*（ご使用のインターネット ケーブルがつながれていません）というメッセージ

ルーターのセットアップの試行時に「ご使用のインターネット ケーブルがつながれていません」というメッセージが表示された場合:

- イーサネットまたはインターネットのケーブル（またはルーターに同梱されているケーブルなど）がルーターの背面にある黄色のインターネット ポートやモデムの適切なポートにしっかりと接続されていることを確認してください。モデムにあるこのポートには通常、イーサネットのラベルが貼られています。



- ご使用のモデムが電源に接続されていて、オンになっていることを確認してください。



| ご使用のインターネット サービスがケーブルの場合、ケーブル モデムのケーブル ポートが ISP が提供する同軸ケーブルに接続されていることを確認してください。 | ご使用のインターネット サービスが DSL の場合、DSL の電話回線がモデムの DSL ポートに接続されていることを確認して |
|---|---|

**18**

| | くださいください。 |
|---|---|

- ご使用のコンピューターが前に USB ケーブルでモデムに接続されていた場合は、USB ケーブルを切断してください。
- ルーターをもう一度インストールしてください。

## *Cannot access your router*（ルーターにアクセスできません）というメッセージ

ルーターにアクセスするには、自分のネットワークに接続されている必要があります。現時点でワイヤレスインターネット アクセスがある場合、別のワイヤレス ネットワークに誤って接続されているという問題の可能性があります。

Windows コンピューターで問題を解決するには、次の操作を行ってください。*

1. Windows のデスクトップで、システム トレイのワイヤレス アイコンをクリックします。使用可能なネットワークのリストが表示されます。

2. 自分のネットワーク名をクリックします。［接続］をクリックします。 以下の例では、コンピューターは wraith_5GHz という別のワイヤレス ネットワークに接続されていました。 この例では、Damaged_Beez2.4 という Linksys E シリーズ ルーターのワイヤレス ネットワークの名前が選択されています。



3. ネットワーク セキュリティ キーの入力を求めるダイアログが表示されたら、パスワード（セキュリティ キー）をネットワーク［セキュリティ キー］のフィールドに入力します。［OK］をクリックします。

4. ご使用のコンピューターがネットワークに接続され、ルーターにアクセスできるようになるはずです。

* Windows のバージョンによっては、これらの手順で表示されるテキストやアイコンが一部異なることがあります。

19

Mac コンピューターで問題を解決するには、次の操作を行ってください。

1. 画面の上部にあるメニュー バーで、Wi-Fi アイコンをクリックします。ワイヤレス ネットワークのリストが表示されます。

2. 以下の例では、コンピューターは wraith_5GHz という別のワイヤレス ネットワークに接続されていました。この例では、Damaged_Beez2.4 という Linksys E シリーズ ルーターのワイヤレス ネットワークの名前が選択されています。



3. Linksys E シリーズ ルーターのワイヤレス ネットワークの名前（Damaged_Beez2.4 など）をクリックします。

4. ワイヤレス ネットワーク パスワード（セキュリティ キー）を［パスワード］フィールドに入力します。［OK］をクリックします。

## セットアップ後

## インターネットが利用不可のようです

インターネットでルーターとの通信に障害がある場合、Web ブラウザーで「［インターネット アドレス］を検索できません」というメッセージで問題が表示されることがあります。インターネット アドレスが正しいことが分かっていて、有効なインターネット アドレスで何回か試行しても同じ結果しか得られない場合は、ISP あるいはルーターと通信を行っているモデムに問題がある可能性があります。

次を試してください:

- ネットワーク ケーブルと電源ケーブルがしっかりと接続されているか確認してください。

- ルーターを接続している電源コンセントに電気が通じているか確認してください。

- ルーターをリブートします。

- ISP に連絡し、お住まいの地域で停電が発生していないか確認してください。

ルーターの最も一般的なトラブルシューティングのメソッドは、ルーターをオフにしてから再度オンにすることです。これを行うことにより、ルーターがカスタムな設定を再度読み込むことができ、他のデバイス（モデムなど）がルーターを再度検出し、ルーターと通信できるようになります。このプロセスはリブートと呼ばれます。

**20**

電源コードを使用してルーターを再起動するには、次の操作を行ってください。

1. 電源コードをルーターおよびモデムから外します。

2. 10 秒待ってから、モデムに電源コードを再度つなげます。電気が通じていることを確認してください。

3. モデムのオンライン インジケーターの点滅が停止するまで待機します（およそ 2 分）。ルーターに電源コードを再度つなげます。

4. ルーター前面の青い電源ライトとインターネット ライトが点灯するまで待ちます。これには約 2 分かかります。点灯したら、コンピューターからインターネットへの接続を試行します。

# 仕様

## Linksys E8450

| モデル名 | AX3200 デュアル バンド ギガビット WiFi 6 ルーター |
|---|---|
| モデル番号 | E8450 |
| スイッチポート速度 | 10/100/1000Mbps（ギガビット イーサネット） |
| 周波数 | 2.4 GHz および 5 GHz |
| アンテナ数 | 4 |
| ポート | イーサネット（1 〜 4）、インターネット、電源、USB 2.0 |
| ボタン | Wi-Fi 保護セットアップ、リセット、電源スイッチ |
| LED | 電源、インターネット、イーサネット（1〜4） |
| UPnP | サポートあり |
| セキュリティ機能 | WPA2 Personal、WPA3 Personal、WPA2/WPA3 Mixed Personal、WPA2 Enterprise、WPA3 Enterprise |
| セキュリティ キー（Bit） | 最大 192 ビット暗号 |
| ストレージのファイル システム サポート | FAT、FAT32、NTFS、HFS+ |

## 環境

| 寸法 | 156mm（長）x 77.11mm（幅）x 220mm（高） |
|---|---|
| ユニット重量 | 638g |
| 電源 | 12V/2A |
| 認証 | FCC、IC、CE、Wi-Fi（IEEE 802.11 a/b/g/n/ac） |
| 動作温度 | 32° 〜 104° F（0° 〜 40° C） |
| 保管温度 | –4° 〜 140° F（–20° 〜 60° C） |
| 動作湿度 | 10% 〜 80% 相対湿度（結露のない環境） |
| 保管湿度 | 5 〜 90%（結露のない環境） |

メモ：
規制、保証、安全に関する情報については、ルーターに同梱されている CD を確認するか、Linksys.com/support/E8450 にアクセスしてください。

仕様は予告なしに変更されることがあります。

最大パフォーマンスは IEEE 標準 802.11 仕様を由来とします。ワイヤレスネットワーク、データスループットレートや範囲、カバーの能力が低い場合には、実際のパフォーマンスは異なる場合があります。パフォーマンスは、アクセスポイントからの距離、ネットワークのトラフィック量、建物の建築資材および建設状況、使用されているオペレーティングシステム、混在して使用されるワイヤレス製品、干渉およびその他の悪条件を含む多くの要因、条件および変数に依存します。

22

LINKSYS、その他の製品名およびロゴは、Belkin グループ企業の商標です。 記載されているサード パーティの商標は、それぞれの所有者に帰属するものです。 本製品に使用されるサード パーティ ソフトウェアのライセンスおよび通知については、こちらから確認できます: http://support.linksys.com/en-us/license. ご質問がある場合、または GPL ソースコードのリクエストについては、http://support.linksys.com/en-us/gplcodecenter をご確認ください。

© Linksys Holdings, Inc. およびその関連会社。無断複写・転載を禁じます。

23

# LINKSYS

《用户指南》

AX3200
双频千兆位
WiFi 6 路由器

型号 E8450

# 目录

产品概览 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    前部 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    返回 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

设置：基本信息 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    如何查找更多帮助 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    如何安装您的路由器 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

高级配置 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    如何使用基于浏览器的实用工具 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    基本路由器设置 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
      语言 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
      互联网设置 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    基本 Wi-Fi 设置 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

无线安全 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    安全选项设置 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
      WPA2 个人版 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
      已禁用 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

故障排除 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    您的路由器设置失败 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    消息：*未插入网线* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
    消息：*无法访问您的路由器* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    安装完成后 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    互联网似乎不可用 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

规格 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    Linksys E8450 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    环境要求 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Complaint, Exhibit 21
788

# 产品概览

## 前部



电源指示灯 –路由器启动以及 WPS 配对过程中闪烁蓝光。如果 WPS 配对失败，则闪烁黄光。

互联网状态指示灯 – 连接到互联网时常亮蓝光，未连接时常亮黄光。 正确连接到调制解调器，但没有互联网信号时，呈黄色常亮。当设置为传统路由器或 EasyMesh Wi-Fi 系统的父节点，但没有以太网电缆插入 Internet 端口时，则呈黄色闪烁。

以太网活动指示灯 – 如果将以太网线缆连接到对应端口，每个指示灯将常亮蓝光。如果端口上有活动，指示灯将闪烁蓝光。

3

返回



Wi-Fi Protected Setup™ (WPS) 按钮（1）- 按下即可在启用了 Wi-Fi Protected Setup 的网络设备上轻松配置无线安全性。 WPS 配对处于活动状态时，路由器正面的电源指示灯将闪烁蓝光。

重置按钮（2）- 长按按钮，直到电源 LED 开始闪烁，以将路由器重置为出厂设置。

以太网端口（3）- 将以太网线缆（也称为网线）连接到这些千兆以太网（10/100/1000）端口和网络上的其他有线设备。将线缆连接到一个以太网端口时，路由器正面的以太网活动指示灯将变为蓝色。如果打算将此路由器用作 EasyMesh Wi-Fi 系统的父节点，则可以无线添加子节点，或使用这些端口创建有线连接。

互联网端口（4）- 将以太网缆线连接到此端口和调制解调器。 仅将路由器连接到已连接到 Internet 的调制解调器时，路由器正面的 Internet 状态指示灯才会变为蓝色。如果打算将此路由器用作 EasyMesh 系统的子节点，则可以无线添加，或使用此端口将其有线连接到已设置的父节点上的以太网端口。

注意-转到"基本无线设置"部分，详细了解如何通过无线或有线的方式将子节点添加到 EasyMesh 系统。

USB 2.0 端口（5）- 在您的网络上连接并共享 U 盘。

电源端口（6）- 将附带的交流电源适配器连接到此端口。

电源开关（7）- 按 │（开）打开路由器。

4

# 设置：基本信息

## 如何查找更多帮助

除了本用户指南之外，您还可以访问 Linksys.com/support/E8450 查看帮助（文档、下载、常见问题解答、技术支持、实时聊天、论坛）。

> 注意：本产品所使用的第三方软件之许可和通知可从以下链接查看：http://support.linksys.com/en-us/license。请联系http://support.linksys.com/en-us/gplcodecenter，以获取问题或 GPL 源代码请求。

## 如何安装您的路由器

如果要将此路由器设置为传统路由器或 EasyMesh Wi-Fi 的父节点，请按照以下步骤进行操作

1. 如需更换现有的路由器，则首先断开路由器。
2. 将路由器插入电源。确保电源开关处于 ｜（开）位置。
3. 将您的新路由器连接至您的调制调节器或路由器。

| A    调制解调器 | 或者 | B    调制解调器路由器 |
|---|---|---|
| 将包含的以太网缆线一端插入您新路由器的黄色互联网端口。如果您有调制解调器，请将另一端插入调制解调器的以太网 (LAN) 端口。 | | 将以太网缆线一端插入您新路由器的黄色互联网端口。如果您有调制解调器路由器，请将另一端插入任何闲置端口。 |

> 注意 – 等待路由器前面板上的电源指示灯停止闪烁并常亮蓝光之后再执行第 4 步。

4. 连接到您的路由器随附的《快速入门指南》中所示的网络名称。（您可以稍后更改网络名称和密码。）选择此选项可在日后自动连接该网络。如果您需要获得连接网络方面的帮助，请参考随附 CD 上的设备文件。
   > 注意——在路由器设置完成之前，您将无法访问互联网。

5. 打开网页浏览器访问 http://myrouter.local。遵循屏幕上的指示，以完成设置流程。



> 您还可以在浏览器中输入 192.168.1.1，以开始设置。如果您正在使用的是光猫路由一体机（网关），并且其已经使用 192.168.1.x 子网，则可能需要输入 IP 地址 10.0.1.1。
>
> **注意**-如果尝试所有方案后仍不能进入设置向导，请访问 www.linksys.com/support/setupIP 获取更多帮助。

6. 安装完成之后，请确保注册您的路由器，这样您能够随时获取相关安全更新、产品召回以及能够改进您体验的其他事宜。



注意－完成设置后，路由器将成为父节点。您可以在路由器设置的"基本无线设置"屏幕中关闭 "EasyMesh 父节点"，更改为传统的 Wi-Fi 设置。

如果要将此路由器添加到现有的 E8450 EasyMesh Wi-Fi，请按照以下步骤进行操作。

注意－如果以前使用过此路由器，请先将其恢复出厂默认设置，然后再将其添加到 EasyMesh Wi-Fi。可在路由器设置的"管理"选项卡中进行操作，或长按路由器背面的"重置"按钮 10 秒。

- 使用计算机或移动设备，通过无线或以太网线缆连接到父路由器（即连接到调制解调器的路由器）

- 在网络浏览器中访问 myrouter.local， 登录到父路由器的设置
  - o 您也可以在浏览器中输入 192.168.1.1 来访问主路由器的设置
    注意－如果尝试所有方案后仍不能进入父路由器的设置登录屏幕，请访问 www.linksys.com/support/setupIP 获取更多帮助。

- 输入父路由器密码。（默认为"admin"。）

- 前往"Wi-Fi">"基本无线设置"，然后单击"添加新节点"
  注意－必须先在父路由器设置中启用"EasyMesh 父节点"，再单击"添加新节点"。

**6**



- 按照提示将节点添加到现有的 EasyMesh Wi-Fi 网络。

  注意-如果要将此路由器添加到其他制造商的父节点，请参阅相应制造商的说明。无法将此路由器添加到 Linksys Velop 或 Max-Stream 网状 Wi-Fi 系统。

7

# 高级配置

## 如何使用基于浏览器的实用工具

如欲访问某些高级设置，您需要打开基于浏览器的实用工具。确保已成功连接到路由器，打开网页浏览器并输入 http://myrouter.local，或者前往 IP 地址 192.168.1.1。



如果您正在使用的是光猫路由一体机（网关），并且其已经使用 192.168.1.x 子网，则可能需要输入 IP 地址 10.0.1.1。

　　　　注意–如果尝试所有方案后仍不能进入路由器设置，请访问 www.linksys.com/support/setupIP 获取更多帮助。

路由器将提示您输入密码。



如果您在设置过程中更改了密码，请输入新密码。点击"登录"。如果您未更改密码或完全跳过了设置，默认密码为"admin"。

# 基本路由器设置

该窗口允许您更改路由器的基本配置。



语言

选择您的语言——如需更改语言，请从下拉菜单中选择一种语言。基于浏览器工具的语言将在5秒钟内进行变更。



Complaint, Exhibit 21
796

互联网设置

"互联网设置"部分可使用您的互联网连接信息配置路由器。此信息由您的互联网服务提供商（ISP）提供。

互联网连接类型——从下拉菜单中选择您的ISP提供商所提供的互联网连接类型。



- 自动配置 – DHCP（默认）

  只有在互联网服务提供商支持 DHCP 或使用动态 IP 地址连接网络时，才保持默认设置。（这一选项通常适用于网线连接。）

- 静态IP

  如果您需要使用固定的IP地址连接至互联网，请选择此项。

- PPPoE

  如果您拥有一个DSL设备且您的ISP使用以太网点对点协议（PPPoE），请选择此项。

- PPTP

  点对点隧道协议（PPTP）是一项通常适用于欧洲地区互联网连接的服务。如果您的PPTP连接支持DHCP或动态IP地址，请选择自动获取IP地址。如果您需要使用固定IP地址连接互联网，请选择指定IP地址并配置所显示的选项。

- L2TP

  第二层隧道协议（L2TP）是以色列常用连接服务协议。

  请注意：“按需连接”或“保持连接”是选择PPPoE、PPTP和L2TP时的选择。其可允许您选择路由器仅按需连接至互联网（如果您的ISP按连接时间收费的话），或者始终保持连接。选择恰当的选项。

- 桥接模式

  桥接模式将禁用所有路由器功能，并将路由器变为一个接入点。 路由器将不再作为一个DHCP服务器；并且，其内置防火墙及NAT功能也将失效。

- 无线网桥

  无线网桥可通过无线的方式连接至您的主路由器，并与连接至网桥以太网端口的设备分享互联网连接。

# 基本 Wi-Fi 设置



## EasyMesh 设置

如果一台路由器的 Wi-Fi 信号不能覆盖全家，可以开启"EasyMesh"功能，并在网络中添加更多 E8450 路由器。选中"EasyMesh 父节点"框并启此功能后，连接到调制解调器的路由器将成为网状网络中的父节点。通过单击"添加新节点"来添加子节点。然后，长按子节点上的 WPS 按钮 3 秒钟。在大多数情况下，连接子节点大约需要 70 到 80 秒的时间。您可以在父节点的设置屏幕中查看进度。

添加子节点后，单击"网状信息"可查看整个网状网络的节点及其连接的设备。

如果子节点无法加入网络，请将子节点移到更靠近父节点的位置。按照父节点设置屏幕上的提示重试。

无线添加子节点后，可以使用以太网线缆连接，确保信号稳定。这称为有线回程。确保线缆从父节点上的以太网端口插入子节点上的 Internet 端口。

您可以随时关闭"Easy Mesh 父节点"功能，将父节点作为传统路由器使用。 所有子节点都将与您的 Wi-Fi 断开连接。

注意—如果 E8450 路由器已完成设置，则无法将其添加到 EasyMesh 系统中。如果以前使用过此路由器，请将其恢复为出厂设置。长按路由器背面的"重置"按钮 10 秒，或在路由器设置的"管理"选项卡中进行重置。

如果在路由器设置中没有看到"EasyMesh"选项，请确保升级到最新固件。固件版本须为 1.1.00 或更高版本才能支持 EasyMesh。

如果子节点距离另一个工作节点太远，则子节点前面的电源指示灯将呈黄色常亮。将子节点靠近工作节点，直到子节点的电源指示灯呈蓝色常亮。如果子节点电源指示灯呈黄色闪烁，则表示该子节点与工作节点失去连接。首先检查最近的节点。如果最近的节点正常运行，则将子节点移近些。如果无效，请重置新的子节点，然后尝试再次将其添加到网状系统中。

通过父节点控制 EasyMesh 网状网络中的所有。更改适用于所有子节点。

5GHz 网络模式 – 选择您的网络支持的无线标准。

- 混合（默认）

  如果您的网络中有 Wireless-A、Wireless-N、Wireless-AC 或 Wireless-AX 设备，请保留默认设置。

- 混合 Wireless-AC

  如果您的网络中有 Wireless-A、Wireless-N 或 Wireless-AC 设备，请选择该选项。

12

- 仅使用Wireless-A

  如果您只有Wireless-A设备，请选择此项。

- 仅 Wireless-N

  如果您只有 Wireless-N 设备，请选择该选项。

- 已禁用

  如果您的网络中没有 Wireless-A、Wireless-N、Wireless-AC 和 Wireless-AX (5 GHz) 设备，请选择该选项。选择该选项后，将关闭 5 GHz 无线电。

  注意 – 如果不确定要选择哪种模式，请保留默认设置"混合"。

2.4GHz 网络模式 – 选择您的网络支持的无线标准。

- 混合（默认）

  如果您的网络中有 Wireless-B、Wireless-G、Wireless-N 2.4GHz 设备，请保留默认设置。

- 仅 Wireless-B/G

  如果您的网络中有 Wireless-B、Wireless-G 设备，请选择该选项。

- 仅 Wireless-B

  如果您只有 Wireless-B 设备，请选择该选项。

- 仅 Wireless-G

  如果您只有 Wireless-G 设备，请选择该选项。

- 仅 Wireless-N

  如果您只有 Wireless-N 2.4G 设备，请选择该选项。

- 已禁用

  如果您的网络中没有Wireless-N（2.4 GHz）、Wireless-G和Wireless-B设备，请保持默认设置。选择该选项后，将关闭 2.4GHz 无线电。

  注意 – 如果不确定要选择哪种模式，请保留默认设置"混合"。

网络名称（SSID）

服务设备标识符（SSID）是设备用于连接无线网络的名称。SSID区分大小写，并不可超过32个字符。2.4 GHz和 5 GHz网络默认的SSID分别是LinksysXXXXX和LinksysXXXXX_5GHz。X代表路由器序列号最后5位数，可在路由器底部找到。如果您更改SSID，两个频段都会显示新的SSID。您可通过基于浏览器的工具给它们设置新的名称。

注意 – 如果您恢复路由器的出厂默认设置（按"重置"按钮或使用"配置">"管理">"设备重置"屏幕），网络名称将恢复为默认值。将网络名称更改为原来的名称，否则，您需要将无线网络中所有设备重新连接至新的网络名称。

信道宽度

为了让使用 Wireless-B、Wireless-G 和 Wireless-N (2.4 GHz) 设备的 2.4 GHz 网络获得最佳性能，请保留默认设置"自动"（20 MHz 或 40 MHz）。对于 20 MHz 的信道宽度，仅可选择 20 MHz。为了使 5 GHz 网络获得最佳性能，请保留默认设置"自动"（20 MHz、40 MHz 或 80 MHz）。

信道

从下拉列表中选择信道。如果您不知道要选择哪个信道，请保持默认设置"自动"。

SSID广播

请保持默认设置"启用"，以广播路由器的SSID。在搜索局部地区要关联的无线网络时，无线客户端可以检测到路由器广播的SSID。尝试隐藏您的Wi-Fi网络名称并不能增强您Wi-Fi网络的安全性。即使您关闭了项功能，如果某人真的想要访问您的网络，他们也能够找到该网络名称。如果您依然不希望广播路由器的SSID，请选择"禁用"。

# 无线安全

路由器可提供以下无线安全选项：

WPA2/WPA3 混合个人版、WAP2 个人版、WPA2 企业版、WPA3 个人版、WPA3 企业版（"WPA"代表"Wi-Fi 防护访问"。）

WPA3 是更强大的安全选项。

## 安全选项设置

### WPA2 个人版

如果您选择"WPA2 个人版"，无线网络中的每个设备都必须使用"WPA2 个人版"配置和同样的密码。



如果不确定设备是否支持 WPA2 或 WPA3 个人版，请在安全模式下选择 WPA2/WPA3 混合个人版选项。

密码——请输入由8-63个字符组成的密码。这是用于提供网络访问权限的Wi-Fi密码。其可以和设置时所输入的密码一致。

### 已禁用

如果您选择禁用无线安全，您将会在首次尝试访问互联网时收到提示信息，说明无线安全已禁用。将向您提供选项来启用无线安全或确认您已经了解相关风险但是仍然希望禁用无线安全并继续。



Complaint, Exhibit 21
801

# 故障排除

您可以访问 Linksys.com/support/E8450，在我们备受赞誉的客户支持中查看更多帮助。

## 您的路由器设置失败

如果您无法在基于浏览器的界面中完成设置，您可以尝试以下步骤：

- 用回形针或别针长按路由器上的"重置"按钮，直到路由器正面的电源指示灯熄灭并开始闪烁（约 10 秒）。在浏览器中输入 192.168.1.1，然后再次尝试设置。

- 如果您正在使用的是光猫路由一体机（网关），并且其正在使用 192.168.1.x IP 地址，则可能需要输入 IP 地址 10.0.1.1。

  注意—如果尝试所有方案后仍不能进入设置向导，请访问 www.linksys.com/support/setupIP 获取更多帮助。



- 临时禁用您计算机的防火墙（请参考安全软件指南，以获得更多帮助）。重新安装路由器。
- 如果您拥有另一台计算机，则可使用该计算机设置路由器。

**16**

## 消息：*未插入网线*

如果您在尝试设置路由器时收到"您的网线未插入"的提示消息：

- 请确保以太网线或网线（或一条类似路由器所随附的缆线）牢固地连接到路由器背后的黄色互联网端口以及调制解调器的适当端口上。调制解调器的端口通常标记为以太网端口。



Internet Port

- 请确保您的调制解调器接上电源并处于开启状态。



| 如果您的互联网服务是缆线接入，请确认您的互联网服务提供商（ISP）所提供的同轴缆线连接到缆线调制解调器的缆线端口上。 | 如果您的互联网服务是DSL接入，请确保DSL电话线连接到调制解调器的DSL端口上。 |
|---|---|

- 如果您的计算机之前曾使用USB缆线连接到您的调制解调器，请断开该USB缆线。
- 重新安装路由器。

**17**

## 消息：*无法访问您的路由器*

如需访问您的路由器，您必须连接到您自己的网络。如果您使用无线互联网连接，问题的原因可能是您意外连接到其他无线网络。

在Windows计算机上解决问题，请遵循以下步骤*：

1. 请在您的Windows桌面上点击系统托盘中的无线图标。出现一个可用网络列表。

2. 点击您自己的网络名称。请单击连接。在以下示例中，计算机已连接到另一个名为"wraith_5GHz"的无线网络。在此示例中，我们选择了名为"Damaged_Beez2.4"的Linksys E系列路由器的无线网络。



3. 如果您收到到输入网络安全密钥的提示，请将您的密码（安全密钥）输入到网络安全密钥对话框中。}点击"OK（确定）"。

4. 您的计算机将连接到网络，现在您可以访问路由器。

*根据您的计算机版本，在这些步骤中的用词或图标可能会存在差异。

如需在Mac计算机上解决问题，请遵循以下步骤：

1. 在屏幕上方的菜单栏中点击Wi-Fi图标。出现一个无线网络列表。

2. 在以下示例中，计算机已连接到另一个名为"wraith_5GHz"的无线网络。在此示例中，我们选择了名为"Damaged_Beez2.4"的Linksys E系列路由器的无线网络。

**18**



3. 点击您的Linksys E系列路由器无线网络名称（在此示例中为"Damaged_Beez2.4"）。

4. 在"密码"栏中输入您的无线网络密码（安全密钥）。点击"OK（确定）"。

# 安装完成后

## 互联网似乎不可用

如果您的路由器无法连接到互联网，则您的网页浏览器将会出现提示信息"无法找到[互联网地址]"。如果您确定该互联网地址正确，并且，如果您已经多次尝试了有效的互联网地址但结果相同的话，则该信息将意味着您的路由器无法连接到您的ISP或调制解调器。

请尝试以下步骤：

- 确保网络和电源线均安全连接。
- 确保您路由器的电源插座正确连接。
- 重启您的路由器。
- 联系您所在区域的ISP，并咨询有关服务中断情况。

检修您路由器的最常用方法是关闭电源，然后重启。然后您的路由器可以重载其自定义设置，而其他设备（例如调制解调器）将可以重新发现路由器并且与其连接。此过程称为"重启"。

如需通过电源线重启您的路由器，请遵循以下步骤：

1. 断开路由器和调制解调器的电源线。

2. 等待 10 秒，然后将电源线重新连接到调制解调器。确保通电正常。

3. 等待直到调制解调器的在线指示灯停止闪烁（大概2分钟）。重新连接路由器的电源线。

4. 等待路由器正面的电源指示灯和 Internet 指示灯常亮蓝光。这大约需要两分钟。然后在计算机上连接到 Internet。

**19**

# 规格

## Linksys E8450

| | |
|---|---|
| 型号名称 | AX3200 双频千兆位 WiFi 6 路由器 |
| 型号编号 | E8450 |
| 交换机端口速度 | 10/100/1000Mbps（千兆以太网） |
| 无线电频率 | 2.4 GHz 和 5 GHz |
| 天线数量 | 4 |
| 端口 | 以太网（1-4）端口、Internet 端口、电源端口、USB 2.0 端口 |
| 按钮 | Wi-Fi Protected Setup、重置、电源开关 |
| LED 指示灯 | 电源、互联网、以太网（1-4） |
| UPnP | 支持 |
| 安全特性 | WPA2 个人版、WPA3 个人版、WPA2/WPA3 混合个人版、WPA2 企业版和 WPA3 企业版 |
| 安全密钥位数 | 高达 192 位加密位数 |
| 支持文件存储系统 | FAT、FAT32、NTFS、HFS+ |

## 环境要求

| | |
|---|---|
| 尺寸 | 156mm（长）x 77.11mm（宽）x 220mm（高） |
| 单位重量 | 638 克 |
| 电源 | 12V/2A |
| 认证 | FCC、IC、CE、Wi-Fi（IEEE 802.11a/b/g/n/ac） |
| 工作温度 | 0°至 40° C |
| 存储温度 | -20°至 60° C |
| 工作湿度 | 10%至80%相对湿度，无冷凝 |
| 存储湿度 | 5%至90%，无冷凝 |

注意：
有关法规、保修和安全信息，请参阅路由器附带的 CD 或访问 Linksys.com/support/E8450。

如规格发生变化，恕不另行通知。

最佳性能基于IEEE标准802.11规范。实际性能可能有所变化，包括无线网络功能降低、数据吞吐率减小、距离和覆盖范围缩小。性能取决于很多因素、条件和变量，包括与接入点的距离、网络通信量、建筑物材料和构造、所使用的操作系统、无线产品组合、干扰和其他不利条件。

LINKSYS 以及众多产品名称和徽标均为贝尔金公司集团的商标。所述的第三方商标均为其各自所有者之财产。本产品所使用的第三方软件之许可和通知可从以下链接查看：http://support.linksys.com/en-us/license。请联系 http://support.linksys.com/en-us/gplcodecenter，以获取问题或 GPL 源代码请求。

© 2021 Linksys Holdings, Inc. 和/或其分支机构。保留所有权利。

# LINKSYS

用戶指南

AX3200
雙頻 GIGABIT
WiFi 6 路由器

型號 E8450

# 目錄

產品概觀 ........................................................................................................3
　正面 ..........................................................................................................3
　返回 ..........................................................................................................4

設定：基本知識 ..........................................................................................5
　如何尋找更多說明 ..................................................................................5
　如何安裝您的路由器 ..............................................................................5

進階設定 ......................................................................................................8
　如何開啟瀏覽器公用程式 ......................................................................8
　基本路由器設定 ......................................................................................9
　　語言 ....................................................................................................10
　　網際網路設定 ....................................................................................11
　基本 Wi-Fi 設定 ...................................................................................13

無線安全 ....................................................................................................16
　安全性選項設定 ....................................................................................16
　　WPA2 個人 ........................................................................................16
　　已停用 ................................................................................................16

故障排除 ....................................................................................................17
　您的路由器設定失敗 ............................................................................17
　訊息：您的網際網路纜線未插入 ........................................................18
　*無法存取您的路由器*訊息 ................................................................19
　設定後 ....................................................................................................20
　網際網路似乎無法使用 ........................................................................20

規格 ............................................................................................................21
　Linksys E 8450 ......................................................................................21
　環境規格 ................................................................................................21

Complaint, Exhibit 21
808

# 產品概觀

## 正面



電源燈在路由器開始啟動以及和 WPS 配對過程中會閃藍光。如果 WPS 配對失敗，則呈現閃爍的黃光

網路連接狀態指示燈—當連接到網路時呈現穩定的藍光，未連接時則呈穩定的黃光。正確連線至數據機後，會亮起穩定的黃光，但沒有網際網路的訊號。設定為 傳統路由器或作為 EasyMesh Wi-Fi 系統的父節點時，如果乙太網纜線沒有插入網際網路端口，則會閃爍黃光。

乙太網活動燈-如果將乙太網纜線連接到對應的端口，則每個指示燈將發出純藍光。如果該端口上有活動，該指示燈則轉為閃爍的藍光。

Complaint, Exhibit 21
809

返回



Wi-Fi Protected Setup™（WPS）按鈕（1）—按一下即可在啟用了 Wi-Fi 保護設置的網路設備上輕鬆設定無線安全功能的參數。WPS 配對啟動時，路由器前面的電源指示燈將閃爍藍光。

重設按鈕（2）—按住直到電源的 LED 指示燈開始閃爍，即可將路由器重設為出廠設定。

乙太網端口（3）-將乙太網纜線（也稱為網路或網際網路纜線）連接到這些十億位元乙太網（10/100/1000）端口以及網路上的其他有線裝置。當纜線連接到乙太網端口時，路由器前面的乙太網活動指示燈將轉為藍色。如果計畫將此路由器用作 EasyMesh Wi-Fi 系統中的父節點，則可以無線方式新增子節點或利用這些端口建立有線連線。

網際網路端口（4）—將乙太網電纜連接到此端口和數據機上。只有當路由器連接到已連上網際網路的數據機時，路由器前面的網際網路狀態指示燈才會轉為藍色。如果計劃將此路由器用作 EasyMesh 系統中的子節點，則可以無線方式或利用此端口進行連接，將其新增到已設定的父節點上的乙太網端口。

注意事項一前往「基本無線設定」部分，以獲取有關如何以無線或有線方式將子節點新增到 EasyMesh 系統的詳細資訊。

USB 2.0 端口（5）-連接及分享網路上的 USB 隨身碟。

電源端口（6）—將附帶的交流電源適配器連接到此端口。

電源開關（7）—按 I（ON）開啟路由器。

4

# 設定：基本知識

## 如何尋找更多說明

除了本用戶指南之外，您還可以在 Linksys.com/support/E8450 上尋求協助（文件、下載、常見問題解答、技術支援、即時聊天、論壇）。

> 備註：您可以在下列位置檢視用於本產品的協力廠商軟體授權與注意事項：http://support.linksys.com/en-us/license。請造訪：http://support.linksys.com/en-us/gplcodecenter，詢問問題或請求 GPL 原始程式碼。

## 如何安裝您的路由器

如果您將此路由器設定為傳統路由器或 Easy Mesh WiFi 的父節點，請執行以下步驟

1. 如需更換現有的路由器，請先中斷路由器連線。
2. 將路由器插入電源。確認電源開關在（ON）的位置上。
3. 將新的路由器連接至數據機或數據機路由器。

| A 數據機 | | B 數據機路由器 |
|---|---|---|
| 將隨附的乙太網路纜線的一端連接至新路由器上的黃色網際網路連接埠。如果您有數據機，請將另一端插入乙太網（LAN）端口位於數據機上。 | 或者 | 將隨附的乙太網路纜線的一端連接至新路由器上的黃色網際網路連接埠。如果您有數據機路由器，請將另一端插入任何可用的端口。 |

注意-等到路由器前方面板上的電源指示燈停止閃爍，並持續顯示純藍光後，再繼續執行步驟 4。

4. 連接到於路由器隨附之《快速入門手冊》中所示的網路名稱。（稍後您可變更網路名稱與密碼。）選取選項以方便日後自動連接至此網路。如果您需要如何連接至網路的說明，請參閱隨附 CD 中的裝置文件。
注意：在路由器設定完成之前，您將沒有網際網路存取。
5. 在網路瀏覽器中輸入：http://myrouter.local。依照畫面上的指示，完成設定。



> 您也可以在瀏覽器輸入 192.168.1.1 以開始設定。如果您正在使用數據機路由器（閘道器），而且該數據機路由器已經使用 192.168.1.x 子網，則可能需要輸入 IP 位址 10.0.1.1。
>
> **注意事項**—如果您無法透過這些選項進入設定精靈，請造訪 www.linksys.com/support/setupIP，以取得更多說明。

6. 一旦您完成設定之後，請務必註冊您的路由器，持續獲得安全性更新、產品召回與其他能改善您體驗的事物。

**Register your product**

Once you register we can share important security updates. Product recalls and other things that will improve your experience. All we need is your email. We will only use your email for limited security and customer support purposes.

Email Address

☐ Linksys may also email me to keep up to date with special offers and information from linksys. You can unsubscribe at any time by using the link at the end of any email we send. Read our Privacy Policy here.

Next    Skip

注意事項—完成設定後，路由器將成為父節點。您可以透過在路由器設定的「基本無線設定」畫面上關閉 EasyMesh 父節點來改為傳統的 Wi-Fi 設定。

如果要將此路由器新增到現有的 E8450 EasyMesh Wi-Fi，請按照以下步驟進行。

注意事項—如果您以前使用過此路由器，請先將其重設為原廠預設設定，然後再將其新增到 Mesh Wi-Fi 中。您可以在路由器設定的「管理」索引標籤中完成這個步驟，或是按住路由器背面的重設按鈕 10 秒鐘。

• 使用電腦或行動裝置，透過無線或乙太網電纜連線到主路由器（連線到數據機的路由器）

• 使用網頁瀏覽器造訪 myrouter.local，以登入到父路由器的設定

    o 您也可以在瀏覽器中輸入 192.168.1.1 以存取父路由器的設定

    注意事項—如果您無法透過這些選項進入父路由器的設定登入畫面，請造訪 www.linksys.com/support/setupIP，以取得更多說明。

• 輸入父路由器密碼。（預設為「管理員」。）

• 前往 Wi-Fi > 基本無線設定，然後按一下「新增新節點」

    注意事項—按下「新增新節點」按鈕之前，您必須在父路由器設定上啟用「EasyMesh 父節點」。



• 按照提示將節點新增到您現有的 EasyMesh Wi-Fi 網路。

注意事項—若要將此路由器新增至其他製造商的父節點，請參考製造商的說明。無法將此路由器新增到 Linksys Velop 或 Max-Stream Mesh Wi-Fi 系統。

7

# 進階設定

## 如何開啟瀏覽器公用程式

若要存取某些進階設定，您必須開啟瀏覽器公用程式。請確認您已連線至路由器，開啟網頁瀏覽器，並在網頁瀏覽器中輸入 http://myrouter.local，或前往 IP 位址 192.168.1.1。



如果您正在使用數據機路由器（閘道器），而且該數據機路由器已經使用 192.168.1.x 子網，則可能需要輸入 IP 位址 10.0.1.1。

　　　　注意事項—如果您無法透過這些選項進入設定精靈，請造訪 www.linksys.com/support/setupIP，以取得更多說明。

路由器將提示您輸入密碼。



如果您在設定過程中更改了密碼，請輸入新密碼。按一下登入。如果您沒有更改密碼或完全跳過設定，則默認密碼為「admin」。

# 基本路由器設定

此畫面讓您可以變更路由器的基本設定。



# 語言

選擇您的語言－若要變更語言，請從下拉式功能表中選擇一種語言。瀏覽器公用程式的語言將會在五秒內變更。



## 網際網路設定

網際網路設定區域可以將路由器設定至您的網際網路連線。此資訊皆可透過您的網際網路服務提供者 (ISP) 取得。

網際網路連線類型－從下拉式功能表中，選取您的 ISP 所提供的網際網路連線型別。



- 自動設定－DHCP（預設）
  僅在若您的 ISP 支援 DHCP 或若您的連線使用動態的 IP 位址時維持預設。（此選項通常適用於電纜連線）

- 靜態 IP
  若您必須使用固定 IP 位址來連接至網際網路，請選擇靜態 IP。

- PPPoE
  若您擁有 DSL 連線，且您的 ISP 使用乙太網路上的點對點通訊協定 (PPPoE)，請選擇 PPPoE。

- PPTP
  點對點通道通訊協定 (PPTP) 為一種一般來說適用於歐洲連線的服務。若您的 PPTP 連線支援 DHCP 或動態 IP 位址，則請選擇「自動取得 IP 位址」。若您必須使用固定的 IP 位址 連接到網際網路，則請選擇「指定一組 IP 位址」，並設定下方選項。

- L2TP
  第 2 層通道通訊協定 (L2TP) 為一種一般來說適用於以色列連線的服務。

  備註－隨選連線與保持活躍，為選擇PPPoE、PPTP 與 L2TP 時的選項。這讓您可以選擇路由器是否幾在需要時連線至網際網路（若您的 ISP 因連線時間而收費時使用），或者選擇路由器是否應永遠連線。請選擇適當的選項。

- 橋接模式
  橋接模式會停用所有路由器功能，且將路由器當作存取點使用。 路由器將不會再被當成 DHCP 伺服器使用，且內建防火牆以及 NAT 功能也將失效。

- 無線橋接器

  無線橋接器可以無線連接至您的主路由器，且可以與連線至橋接器乙太網路連接埠的裝置共用網際網路連線。

# 基本 Wi-Fi 設定



EasyMesh 設定

如果一台路由器不能提供整個住家的 Wi-Fi 覆蓋，則可以開啟 EasyMesh 功能，並將更多 E8450 路由器新增至網路。透過勾選 EasyMesh 父節點的複選框來開啟功能後，連線到數據機的路由器將成為 Mesh 網路中的父節點。按一下「新增新節點」，即可新增子節點。然後，在子節點上按住 WPS 按鈕 3 秒鐘。在大多數情況下，連線子節點大約需要 70 到 80 秒的時間。您可以在父節點的設定畫面上查看進度。

完成新增子節點後，按一下「Mesh 資訊」，即可查看整個 Mesh 網路的節點以及與其連線的裝置。

如果子節點無法加入您的網路，請將子節點移動至更靠近父節點的位置。按照父節點的設定畫面上的提示重試。

以無線方式新增子節點後，可以使用乙太網纜線將其連線，以確保訊號一致。這稱為有線回程。請確保纜線從父節點上標記為乙太網的其中一個端口進入子節點上標記為網際網路的端口。

您可以隨時關閉 Easy Mesh Parent Mode，然後將父節點用作傳統路由器。 所有子節點就將和您的 Wi-Fi 斷線。

注意事項—如果已經設定了 E8450 路由器，則無法將其新增到 EasyMesh 系統中。如果您以前使用過路由器，請將其重設為原廠設定。您可以按住路由器背面的「重設」按鈕 10 秒鐘，或在路由器設定的「管理」索引標籤中進行重設。

如果您在路由器設定中沒有看到 EasyMesh 選項，請確保升級至最新韌體。韌體版本必須為 1.1.00 或更高版本才能支援 EasyMesh。

如果子節點距離另一個工作節點太遠，則子節點前面的電源指示燈將亮起穩定的黃光。將子節點移動到靠近工作節點的位置，直到子節點的電源指示燈亮起穩定的藍光為止。如果您的子節點電源指示燈閃爍黃光，則表示該子節點失去了與工作節點的連線。請先檢查最近的節點。如果最近的節點正常運作，則將子節點移動至更靠近該節點的位置。如果無法運作，請重設新的子節點，然後嘗試再次將其新增到 Mesh 系統中。

透過父節點控制 EasyMesh 網路中的所有設定。變更會套用至所有子節點。

5GHz 網路模式—選擇您的網路將支援的無線標準。

- 混合型（預設）
  如果網路中有 Wireless-A、Wireless-N、Wireless-AC 或 Wireless-AX 裝置，請保持預設值。

**13**

- 混用 Wireless-AC

  如果網路中有 Wireless-A、Wireless-N、或 Wireless-AC 裝置，請選擇這項。

- 僅 Wireless-A

  若您僅有 Wireless-A 裝置請選擇此項。

- 僅 Wireless-N

  如果您只有 Wireless-N 設備，請選擇這項。

- 已停用

  如果您的網路中沒有 Wireless-A、Wireless-N、Wireless-AC 和 Wireless-AX（5 GHz）裝置，請選擇這項。
  選擇此選項後，5 GHz 無線電將關閉。

  注意- 如果不確定要選擇哪種模式，請保留預設值「混合」。

2.4GHz 網路模式 —請選擇您的網路將支援的無線標準。

- 混合型（預設）

  如果網路中有 Wireless-B、Wireless-G、Wireless-N 2.4GHz 裝置，請保持預設值。

- 僅 Wireless-B/G

  如果您的網路中有 Wireless-B、Wireless-G 裝置，請選這項。

- 僅 Wireless-B

  如果您只有 Wireless-B 設備，請選這項。

- 僅 Wireless-G

  如果您只有 Wireless-G 裝置，請選這項。

- 僅 Wireless-N

  如果只有 Wireless-N 2.4G 裝置，請選這項。

- 已停用

  若您的網路上沒有 Wireless-B、Wireless-G 與 Wireless-N (2.4 GHz) 裝置，請選擇「已停用」。 選擇此選項後，2.4GHz 無線電將關閉。

  注意- 如果不確定要選擇哪種模式，請保留預設值「混合」。

網路名稱 (SSID)

服務組識別元 (SSID) 是裝置用於連線至無線網路的名稱。SSID 區分大小寫，且不可超過 32 個鍵盤字元。2.4 GHz 與 5 GHz網路的預設服務組識別元 (SSID) 各為 LinksysXXXXX 與 LinksysXXXXX_5GHz。X 代表路由器序號的最後 5 碼，您可於路由器背面找到此組序號。若您變更了 SSID，兩種頻帶都會擁有新 SSID。您可以透過瀏覽器公用程式為其提供不同名稱。

注意 —如果您恢復路由器的原廠設定（透過按下「重設」按鈕或使用「配置」>「管理」>「裝置重設」螢幕），則網路名稱將恢復為其預設值。將網路名稱變更至原始名稱，否則您將無線網路上所有裝置重新連線至新的網路名稱。

通道寬度

在使用 Wireless-B、Wireless-G 和 Wireless-N（2.4 GHz）裝置的 2.4 GHz 網路中，保留預設的 Auto（20 MHz 或 40 MHz）以獲得最佳性能。僅針對 20 MHz 頻道寬度，請選擇「僅 20 MHz」。為了在 5 GHz 網路中獲得最佳性能，請保持預設的 Auto（20、40 或 80 MHz）。

通道

從下拉式清單中選擇通道。若您不確定應選擇哪一個通道時，請維持預設「自動」。

Complaint, Exhibit 21
820

SSID 廣播

維持預設的「已啟用」才可廣播路由器的 SSID。當無線用戶端檢視本地區域，尋找關連的無線網路時，將會偵測到路由器廣播的 SSID。嘗試隱藏您的 Wi-Fi 名稱並不會讓 Wi-Fi 變得更安全。即便您關閉此功能，任何真心想取用您網路的人仍可以找得到您的網路。若您不想廣播路由器的 SSID，則請選擇「已停用」。

# 無線安全

路由器提供下列無線安全性選項：

WPA2 / WPA3 混合個人、WAP2 個人、WPA2 企業、WPA3 個人、WPA3 企業（WPA 代表 Wi-Fi 保護存取。）

WPA3 是最強大的安全性選項。

## 安全性選項設定

### WPA2 個人

若您選擇了 WPA2 個人，則您無線網路上的各裝置都必須使用 WPA2 個人且擁有相同的複雜密碼。



如果不確定裝置是否支援 WPA2 或 WPA3 Personal，請在安全模式下選擇 WPA2 / WPA3 混合個人選項。

複雜密碼－輸入一組 8-63 個字元的複雜密碼。此為提供網際網路存取的 Wi-Fi 密碼。可以與設定時輸入的密碼相同。

### 已停用

若您選擇停用無線安全性，在您第一次嘗試存取網際網路時，將收到無線安全性已停用的通知。您將可以選擇啟用無線安全性，或確認您瞭解其中風險，但仍希望在停用無線安全性的情況下繼續進行。



# 故障排除

您可以從 Linksys.com/support/E8450 上獲獎肯定的客戶支援得到更多協助。

## 您的路由器設定失敗

若您無法在瀏覽器介面上完成設定，可以嘗試下列步驟：

- 用迴紋針或大頭針按住路由器上的「重設」按鈕，直到路由器前面的電源指示燈熄滅並開始閃爍（約 10 秒鐘）。在瀏覽器中輸入 192.168.1.1 來重新嘗試設定。

- 如果您正在使用數據機路由器（閘道器），而且該數據機路由器正在使用 IP 位址 192.168.1.x，則可能需要輸入 IP 位址 10.0.1.1。

  注意事項—如果您無法透過這些選項進入設定精靈，請造訪 www.linksys.com/support/setupIP，以取得更多說明。



- 暫時停用您電腦的防火牆 (請參閱安全性軟體的說明)。重新安裝路由器。
- 若您有其他台電腦，請使用該電腦來安裝路由器。

**17**

## 訊息：您的網際網路纜線未插入

如果您在嘗試設定路由器時收到「未插入網路纜線」的訊息，請按照以下設定您的路由器：

- 請確保乙太網路或網際網路纜線（或一條類似路由器所隨附的纜線）牢固地連接到路由器背後的黃色網際網路連接埠，以及數據機的適當連接埠上。數據機的埠通常標記為乙太網埠。



Internet Port

- 請確保您的數據機接上電源並處於開啟狀態。



Back view of cable modem

Back view of Modem - Router

Back view of DSL modem

| 如果您的網際網路服務需連接纜線，請確認 ISP 提供的同軸電纜已連接到纜線數據機的「CABLE」連接埠上。 | 如果您的網際網路服務使用 DSL，請確認 DSL 電話線已連接到數據機的 DSL 連接埠上。 |
|---|---|

- 如果您的電腦之前使用 USB 纜線連接至數據機，請中斷該 USB 纜線的連線。
- 重新安裝路由器。

**18**

## *無法存取您的路由器訊息*

如需存取您的路由器，您必須連接到您自己的網路。如果您目前使用無線網際網路存取，您可能意外連接到其他無線網路，因而發生此問題。

若要在 Windows 電腦上解決此問題，請您進行下列步驟*：

1. 請在您的 Windows 桌面上按一下系統試盤中的無線圖示。隨即會顯示可用的網路清單。

2. 按一下您自己的網路名稱。請按一下連結。在下文所示的示例中，該電腦已連線到另一個名為「wraith_5GHz」的無線網路。本範例顯示我們選擇了名為「Damaged_Beez2.4」的 Linksys E 系列路由器無線網路。



3. 如果您收到輸入網路安全金鑰的提示，請將您的密碼 (安全金鑰) 輸入到網路安全金鑰對話方塊中。然後按一下「OK (確定)」。

4. 您的電腦會連線至網路，現在您應可存取路由器。

*視您的 Windows 版本而定，這些步驟的文字或圖示可能會有些許不同。

若要在 Mac 電腦上解決此問題，請您進行下列步驟：

1. 在畫面上方的功能表列中按一下 Wi-Fi 圖示。出現一個無線網路清單。

2. 在下文所示的示例中，該電腦已連線到另一個名為「wraith_5GHz」的無線網路。本範例顯示我們選擇了名為「Damaged_Beez2.4」的 Linksys E 系列路由器無線網路。

**19**



3. 按一下您的 Linksys E 系列路由器的無線網路名稱（在此範例中為「Damaged_Beez2.4」）。

4. 在「密碼」欄位中輸入您的無線網路密碼 (安全金鑰)。然後按一下「OK (確定)」。

## 設定後

### 網際網路似乎無法使用

若網際網路與您的路由器通訊發生問題，您的網路瀏覽器可能會出現類似「找不到[網際網路位址]」的訊息。若您確定該網際網路位址正確，且您嘗試了數個有效的網際網路位址但卻出現一樣的訊息，這可能表示您的 ISP 或數據機在與路由器通訊時發生問題。

請嘗試下列步驟：

- 確定網路線與電源線皆穩固連接。
- 確定路由器所插入的電源插座有通電。
- 重新啟動您的路由器。
- 聯絡您的 ISP，詢問所在區域是否有中斷情形。

最常見的解決方法是關掉路由器，然後再重新開啟。此時路由器即可載入其自訂設定，而其他裝置（例如數據機）將能重新探索路由器並與其通訊。這個程序稱為重開機。

若要使用電源線將路由器重新啟動，請您進行下列步驟：

1. 中斷路由器和數據機的電源線連線。
2. 等待 10 秒鐘，然後將電源線重新連接到數據機。確保通電正常。
3. 等待直到數據機的線上指示燈停止閃爍（約兩分鐘）。重新連接路由器的電源線。
4. 等到路由器前面的藍色電源和網際網路指示燈都穩定亮起。這大約需要兩分鐘。接著，從電腦連上網際網路。

# 規格

## Linksys E 8450

| 型號名稱 | AX3200 雙頻十億位元 WiFi 6 路由器 |
|---|---|
| 型號編號 | E8450 |
| 交換器連接埠速度 | 10/100 / 1000Mbps（十億位元乙太網） |
| 無線電頻率 | 2.4 GHz 與 5 GHz |
| 天線數 | 4 |
| 連接埠 | 乙太網（1-4）、網路網路、電源、USB 2.0 |
| 按鈕 | Wi-Fi 保護設定，重設，電源開關 |
| LEDs | 電源，Internet，乙太網（1-4） |
| UPnP | 支援 |
| 安全性功能 | WPA2 個人、WPA3 個人、WPA2 / WPA3 混合個人、WPA2 企業和 WPA3 企業 |
| 安全金鑰位元 | 高達 192 位元加密 |
| 支援儲存檔案系統 | FAT、FAT32、NTFS、HFS+ |

## 環境規格

| 尺寸 | 156mm（長）x 77.11mm（寬）x 220mm（高） |
|---|---|
| 產品重量 | 638g |
| 電源 | 12V/2A |
| 認證 | FCC、IC、CE、Wi-Fi (IEEE 802.11 a/b/g/n/ac) |
| 操作溫度 | 0° 至 40°C（32° 至 104°F） |
| 儲存溫度 | -20° 至 60°C（-4° 至 140°F） |
| 操作濕度 | 10% 至 80% 相對濕度，非冷凝 |
| 儲存濕度 | 5% 至 90%，非冷凝 |

備註：

有關法規、保固和安全性資訊，請參閱路由器隨附的 CD 或造訪 Linksys.com/support/E8450。

如規格發生變化，恕不另行通知。

最佳性能源自 IEEE 標準 802.11 規範。實際性能可能有所不同，包含較低無線網路容量、資料輸送率、範圍與涵蓋面。性能取決於許多因素、條件與變數，包括與存取點之間的距離、網路流量、建築材料與結構、使用作業系統、使用多種無線產品、介面與其他負面影響。

LINKSYS 以及許多產品名稱和標誌均屬於 Belkin 公司集團的商標。所提及的協力廠商商標均歸其各自的所有者所有。您可以在下列位置檢視用於本產品的協力廠商軟體授權與注意事項：http://support.linksys.com/en-us/license 。請聯繫 http://support.linksys.com/en-us/gplcodecenter 以提出疑問或 GPL 源代碼請求。

© 2021 Linksys Holdings, Inc. 及/或其聯屬公司。版權所有。

Complaint, Exhibit 21
827

# LINKSYS

คู่มือผู้ใช้

AX3200
DUAL-BAND GIGABIT
WiFi 6 ROUTER

รุ่น E8450

# สารบัญ

¡‘ø ƒ›⁻Ω®¡¥≤ê .......................................................................................................... 3

μ¿́ Ớ ¢ ................................................................................................................. 3
μ¿́ Ơ ṽ ................................................................................................................. 4

¢‘ƒ Đ& £œ¿̂ Ñ Đ¿̣ ..................................................................................................... 5

⁻ṽ◌̃ ɸ Ə̣‘⁻Ƭ́μ ...................................................................................................... 5
»ɱ‘ ƒ oṗ Đ́¿ ƒ œƒ Ɛœ®¥ .......................................................................................... 5

¢‘ƒ ¢ Ợ μ̈ & Ɛ Ã̈ Đ ..................................................................................................... 8

»ɱ‘ ƒ́ μ ɲ Đ̃ Ȱ ꞉̣ ɸ ƒ́ œ¢ .......................................................................................... 8
¢‘ƒ Đ◌̈ ị ƒ œƒ Ɛœ꞉̣⁻∫ .............................................................................................. 9
Language (¡‘Ạ̀) ................................................................................................. 10
Internet Setup (¢‘ƒ Đ◌̈ ớ꞉̣ Ị œ¢ Á) .................................................................. 11
¢‘ƒ Đ◌̈ Wi-Fi o꞉̣̃⁻∫ ........................................................................................... 13

## Wireless Security (¢‘ ƒ fɛ À•»‘⁻ᵒ ∆œ¡̣ ṽ ᵃ ᵃ ‰ j¿̃Ã̀ ṽ) ........................ 16

¢‘ƒ Đ◌̈ ᵒ꞉̣̃ ◌̃⁓̈ ¢‘ ƒ fɛ À•»‘⁻ᵒ ∆œ¡̣ ṽ ..................................................... 16
WPA2 Personal .............................................................................................. 16
Disabled (ᵒ̣μ̣́ ¢̣̃∫) ........................................................................................... 16

## ¢‘ƒ ¢ ◌̈®ᵒ ᵃ ̃Ơ ........................................................................................................ 17

¢‘ƒ Đ◌̈ ị ƒ œƒ Ɛœ®¥ ‰ ¿̈¥Ã̈ᵃ ◌̈ ê ............................................................... 17
£œ »‘⁻¬"Your Internet cable is not plugged in" (•¥ ⁻ṽ®◌̈ ᶙ ◌̃̈ Ã̄ ṽ ꞉̣́ ꞉̣ ∆œ꞉̣ Ị œ¢ Á) ............ 18
£œ »‘⁻¬"Cannot access your router" (‰ oÃ̄⁻ƒ∑̈ ꞉̣ ṽ̃ị ƒ œƒ Ɛœ®¥ ‰œ̣) .................. 19
Ơ ṽ◌̈‘ ƒ Đ◌̈ ◌̈ ................................................................................................... 20
ᵒ ƒ ¢∞◌̈꞉̣ Ị œ¢ ◌̈‰ oÃ̄⁻ƒ ∑̣́ ¢̣̃∫ ‰œ̣ ............................................................ 20

## •¥ Ã̄ᵃ ◌̃◌̈⁺‘‘ ........................................................................................................ 21

Linksys E8450 ...................................................................................................... 21
•¥ Ã̄ᵃ ◌̃ƒ‘√ œ¢ ...................................................................................................... 21

# ภาพรวมผลิตภัณฑ์

## ด้านหน้า



ไฟเปิด/ปิด-กะพริบเป็นสีน้ำเงินในขณะที่เราเตอร์เริ่มต้นและระหว่างการจับคู่ WPS และจะกะพริบเป็นสีเหลืองหากการจับคู่ WPS ล้มเหลว

ไฟสถานะอินเทอร์เน็ต—เป็นสีน้ำเงินนิ่งเมื่อเชื่อมต่อกับอินเทอร์เน็ตและสีเหลืองนิ่งเมื่อไม่ได้เชื่อมต่อ
เป็นสีเหลืองสว่างนิ่งเมื่อเชื่อมต่อกับโมเด็มอย่างถูกต้อง แต่ไม่ได้รับสัญญาณอินเทอร์เน็ต
กะพริบเป็นสีเหลืองหากไม่มีสายเคเบิลอีเธอร์เน็ตเสียบอยู่ในพอร์ตอินเทอร์เน็ตเมื่อตั้งค่าเป็นเราเตอร์ธรรมดาหรือตั้งค่าเป็นโ
หนดหลักของระบบ EasyMesh Wi-Fi

ไฟกิจกรรมอีเธอร์เน็ต-ไฟแต่ละดวงจะเป็นสีน้ำเงินนิ่งถ้าสายอีเธอร์เน็ตเชื่อมต่อกับพอร์ตที่เกี่ยวข้อง
ไฟจะกะพริบเป็นสีน้ำเงินหากมีกิจกรรมเกิดขึ้นในพอร์ต

3

# ด้านหลัง



1. Wi-Fi Protected Setup Button
2. Reset Button
3. Ethernet Ports
4. Internet Port
5. USB Port
6. Power Port
7. Power Switch

ปุ่ม Wi-Fi Protected Setup™ (WPS) (1)—
กดปุ่มเพื่อกำหนดค่าการรักษาความปลอดภัยแบบไร้สายได้อย่างง่ายดายบนอุปกรณ์เครือข่ายที่เปิดใช้งาน Wi-Fi Protected Setup ไฟเปิด/ปิดที่ด้านหน้าของเราเตอร์จะกะพริบเป็นสีน้ำเงินระหว่างที่การจับคู่ WPS ทำงาน

ปุ่มรีเซ็ต (2)—กดปุ่มนี้ค้างไว้จนกว่าไฟ LED เปิด/ปิดจะเริ่มกะพริบ เพื่อรีเซ็ตเราเตอร์ให้เป็นค่าจากโรงงาน

พอร์ตอีเธอร์เน็ต (3)—เชื่อมต่อสายเคเบิลอีเธอร์เน็ต (หรือที่เรียกว่าสายเคเบิลเครือข่ายหรือสายเคเบิลอินเทอร์เน็ต) ไปยังพอร์ต Gigabit Ethernet (10/100/1000) และอุปกรณ์เชื่อมต่อผ่านสายเคเบิลอื่นๆ บนเครือข่ายของคุณ ไฟกิจกรรมอีเธอร์เน็ตที่ด้านหน้าของเราเตอร์จะเป็นสีน้ำเงินเมื่อสายเคเบิลเชื่อมต่อกับพอร์ตอีเธอร์เน็ต หากคุณวางแผนที่จะใช้เราเตอร์นี้เป็นโหนดหลักในระบบ EasyMesh Wi-Fi คุณสามารถเพิ่มโหนดย่อยแบบไร้สายหรือสร้างการเชื่อมต่อแบบใช้สายโดยใช้พอร์ตเหล่านี้

พอร์ตอินเทอร์เน็ต (4)—เชื่อมต่อสายเคเบิลอีเธอร์เน็ตเข้ากับพอร์ตนี้และกับโมเด็มของคุณ ไฟสถานะอินเทอร์เน็ตที่ด้านหน้าของเราเตอร์จะเป็นสีน้ำเงินเฉพาะเมื่อเราเตอร์เชื่อมต่ออยู่กับโมเด็มที่เชื่อมต่ออยู่กับอินเทอร์เน็ต หากคุณวางแผนที่จะใช้เราเตอร์นี้เป็นโหนดย่อยในระบบ EasyMesh ของคุณ คุณสามารถเพิ่มเราเตอร์นี้แบบไร้สายหรือใช้พอร์ตนี้เพื่อเสียบสายเข้ากับพอร์ตอีเธอร์เน็ตบนโหนดหลักที่ได้รับการตั้งค่าแล้ว

หมายเหตุ—ไปที่ส่วนการตั้งค่าแบบไร้สายขั้นพื้นฐานเพื่อดูรายละเอียดเกี่ยวกับวิธีการเพิ่มโหนดย่อยในระบบ EasyMesh แบบไร้สายหรือแบบใช้สาย

พอร์ต USB 2.0 (5)—เชื่อมต่อและแชร์ไดรฟ์ USB บนเครือข่ายของคุณ

พอร์ตจ่ายไฟ (6)—เชื่อมต่ออะแดปเตอร์ AC ที่ให้มาเข้ากับพอร์ตนี้

สวิตช์เปิด/ปิด (7) —กด | (เปิด) เพื่อเปิดเราเตอร์

4

# การตั้งค่า: ข้อมูลเบื้องต้น

## มีวิธีใช้เพิ่มเติมที่ใด

นอกเหนือจากคู่มือผู้ใช้ฉบับนี้ คุณยังสามารถขอความช่วยเหลือได้ที่ Linksys.com/support/E8450 (เอกสาร, การดาวน์โหลด, คำถามที่ถามบ่อย, การสนับสนุนทางเทคนิค, การสนทนาสด, กระดานสนทนา)

หมายเหตุ—สามารถอ่านลิขสิทธิ์และประกาศเกี่ยวกับซอฟต์แวร์บุคคลที่สามในผลิตภัณฑ์นี้ได้ที่ http://support.linksys.com/en-us/license โปรดติดต่อ http://support.linksys.com/en-us/gplcodecenter หากมีคำถามหรือต้องการร้องขอซอร์สโค้ด GPL

## วิธีการติดตั้งเราเตอร์ของคุณ

หากคุณตั้งค่าเราเตอร์นี้เป็นเราเตอร์ธรรมดาหรือเป็นโหนดหลักสำหรับ EasyMesh Wi-Fi ให้ปฏิบัติตามขั้นตอนดังต่อไปนี้

1. หากต้องการเปลี่ยนเราเตอร์ที่มีอยู่ ให้ยกเลิกการเชื่อมต่อเราเตอร์นั้นก่อน
2. ต่อเราเตอร์เข้ากับแหล่งจ่ายไฟ ตรวจสอบให้แน่ใจว่าสวิตช์เปิด/ปิดอยู่ในตำแหน่ง | (เปิด)
3. เชื่อมต่อเราเตอร์เครื่องใหม่ของคุณเข้ากับโมเด็มหรือโมเด็มเราเตอร์

| **A** โมเด็ม | ห | **B** โมเด็มเราเตอร์ |
|---|---|---|
| เสียบปลายด้านหนึ่งของสายเคเบิลอีเธอร์เน็ตที่ให้มาเข้ากับพอร์ตอินเทอร์เน็ตสีเหลืองบนเราเตอร์เครื่องใหม่ของคุณ หากคุณมีโมเด็มให้เสียบปลายอีกด้านหนึ่งเข้ากับพอร์ตอีเธอร์เน็ต (LAN) บนโมเด็ม | รื อ | เสียบปลายด้านหนึ่งของสายเคเบิลอีเธอร์เน็ตที่ให้มากับพอร์ตอินเทอร์เน็ตสีเหลืองบนเราเตอร์เครื่องใหม่ของคุณ หากคุณมีโมเด็มเราเตอร์ให้เสียบปลายอีกด้านหนึ่งเข้าไปที่พอร์ตใดก็ได้ที่ว่างอยู่ |

หมายเหตุ—
รอจนกว่าไฟเปิด/ปิดที่แผงด้านหน้าของเราเตอร์หยุดกะพริบและกลายเป็นสีน้ำเงินสว่างนิ่งก่อนที่จะดำเนินการต่อในขั้นตอนที่ 4

4. เชื่อมต่อไปยังชื่อเครือข่ายซึ่งปรากฏอยู่ในคู่มือการเริ่มต้นฉบับย่อที่มาพร้อมกับเราเตอร์ของคุณ (คุณสามารถเปลี่ยนชื่อเครือข่ายและรหัสผ่านได้ในภายหลัง)
เลือกตัวเลือกนี้เพื่อเชื่อมต่อกับเครือข่ายนี้โดยอัตโนมัติในอนาคต
หากคุณต้องการความช่วยเหลือในการเชื่อมต่อกับเครือข่าย โปรดดูเอกสารประกอบอุปกรณ์ในแผ่นซีดีที่มีให้
หมายเหตุ—คุณจะไม่สามารถใช้งานอินเทอร์เน็ตได้จนกว่าการตั้งค่าเราเตอร์จะเสร็จสมบูรณ์

5. ป้อน http://myrouter.local ในเว็บเบราว์เซอร์ ทำตามคำแนะนำบนหน้าจอเพื่อตั้งค่าให้เสร็จสมบูรณ์



นอกจากนี้คุณยังสามารถพิมพ์ 192.168.1.1 ในเบราว์เซอร์เพื่อเริ่มการตั้งค่า หากคุณใช้โมเด็มเราเตอร์ (เกตเวย์) และโมเด็มเราเตอร์ของคุณใช้ซับเน็ต 192.168.1.x อยู่แล้ว คุณอาจจำเป็นต้องป้อน IP แอดเดรส 10.0.1.1
หมายเหตุ—หากตัวเลือกด้านบนไม่พาคุณไปที่โปรแกรมช่วยตั้งค่า ให้ไปที่ www.linksys.com/support/setupIP เพื่อขอความช่วยเหลือเพิ่มเติม

Complaint, Exhibit 21
832

6. เมื่อตั้งค่าเสร็จแล้ว
    โปรดลงทะเบียนเราเตอร์ของคุณเพื่อที่เราจะสามารถแจ้งการอัปเดตด้านความปลอดภัย
    การเรียกคืนผลิตภัณฑ์และข่าวสารอื่นๆ กับคุณได้เสมอ

**Register your product**

Once you register we can share important security updates. Product recalls and
other things that will improve your experience. All we need is your email. We will
only use your email for limited security and customer support purposes.

Email Address

[                                              ]

☐ Linksys may also email me to keep up to date with special offers and information
from linksys. You can unsubscribe at any time by using the link at the end of any email
we send. Read our Privacy Policy here.

[ Next ]    [ Skip ]

หมายเหตุ        –        เราเตอร์ของคุณจะกลายเป็นโหนดหลักเมื่อคุณตั้งค่าเสร็จเรียบร้อย
คุณสามารถเปลี่ยนไปเป็นการตั้งค่า Wi-Fi ธรรมดาได้โดยการปิด EasyMesh Parent Node (โหนดหลัก
EasyMesh) บนหน้าจอ Basic Wireless Settings (การตั้งค่าเครือข่ายไร้สายขั้นพื้นฐาน)
ของการตั้งค่าของเราเตอร์

หากคุณเพิ่มเราเตอร์นี้ไปยัง EasyMesh Wi-Fi E8450 ที่มีอยู่แล้วของคุณ ให้ปฏิบัติตามขั้นตอนดังต่อไปนี้
        หมายเหตุ—หากคุณเคยใช้เราเตอร์นี้แล้ว ให้รีเซ็ตกลับไปเป็นค่าดีฟอลต์จากโรงงานก่อนที่จะเพิ่มไปยัง
        EasyMesh Wi-Fi ของคุณ ซึ่งสามารถทำได้ในแท็บ Administration (การดูแลระบบ)
        ของการตั้งค่าเราเตอร์หรือโดยการกดปุ่มรีเซ็ตที่ด้านหลังของเราเตอร์ค้างไว้ 10 วินาที

- เชื่อมต่อกับเราเตอร์หลักของคุณ                                (ตัวที่เชื่อมต่ออยู่กับโมเด็ม)
  โดยใช้คอมพิวเตอร์หรืออุปกรณ์มือถือแบบไร้สายหรือโดยใช้สายเคเบิลอีเธอร์เน็ต
- ไปที่ myrouter.local ในเว็บเบราเซอร์เพื่อล็อกอินเข้าสู่การตั้งค่าของเราเตอร์หลัก
  - นอกจากนี้คุณยังสามารถป้อน                                    192.168.1.1
    ในเบราเซอร์เพื่อเข้าถึงการตั้งค่าของเราเตอร์หลัก
    หมายเหตุ-หากตัวเลือกด้านบนไม่พาคุณไปที่หน้าจอล็อกอินการตั้งค่าของเราเตอร์หลัก
    ให้ไปที่ www.linksys.com/support/setupIP เพื่อขอความช่วยเหลือเพิ่มเติม
- ป้อนรหัสผ่านของเราเตอร์หลัก (ค่าดีฟอลต์คือ "admin")
- ไปที่ Wi-Fi > Basic Wireless Settings (การตั้งค่าเครือข่ายไร้สายขั้นพื้นฐาน) แล้วคลิกที่ Add
  a new node (เพิ่มโหนดใหม่)

6

หมายเหตุ—ต้องเปิดใช้งาน "EasyMesh Parent Node" (โหนดหลัก EasyMesh)
ในการตั้งค่าหลักของคุณก่อนที่คุณจะคลิกที่ปุ่ม "Add a new node" (เพิ่มโหนดใหม่)



- ทำตามคำแนะนำบนหน้าจอเพื่อเพิ่มโหนดไปยังเครือข่าย EasyMesh Wi-Fi ที่มีอยู่แล้วของคุณ

หมายเหตุ—หากคุณเพิ่มเราเตอร์นี้ไปยังโหนดหลักจากผู้ผลิตรายอื่น
โปรดอ่านคำแนะนำของผู้ผลิตดังกล่าว ไม่สามารถเพิ่มเราเตอร์นี้ไปยัง Linksys Velop หรือระบบ Max-
Stream Mesh Wi-Fi

# การกำหนดค่าขั้นสูง

## วิธีการเปิดยูทิลิตีบนเบราเซอร์

ในการเข้าถึงการตั้งค่าขั้นสูง คุณจำเป็นต้องเปิดยูทิลิตีที่ทำงานบนเบราเซอร์ ตรวจสอบให้แน่ใจว่าเชื่อมต่อเราเตอร์แล้ว จากนั้นเปิดเว็บเบราเซอร์และป้อน [http://myrouter.local](http://myrouter.local) ในเว็บเบราเซอร์แล้วไปยัง IP แอดเดรส 192.168.1.1



หากคุณใช้โมเด็มเราเตอร์ (เกตเวย์) และโมเด็มเราเตอร์ของคุณใช้ซับเน็ต 192.168.1.x อยู่แล้ว คุณอาจจำเป็นต้องป้อน IP แอดเดรส 10.0.1.1

หมายเหตุ—หากตัวเลือกด้านบนไม่พาคุณไปที่การตั้งค่าของเราเตอร์ ให้ไปที่ www.linksys.com/support/setupIP เพื่อขอความช่วยเหลือเพิ่มเติม

เราเตอร์จะถามรหัสผ่าน



หากคุณเปลี่ยนรหัสผ่านระหว่างการตั้งค่า ให้ป้อนรหัสผ่านใหม่ คลิก LOGIN (ล็อกอิน) หากคุณยังไม่ได้เปลี่ยนรหัสผ่าน หรือข้ามการตั้งค่าทั้งหมด รหัสผ่านดีฟอลต์นั้นคือ "admin"

# การตั้งค่าเราเตอร์พื้นฐาน

คุณสามารถเปลี่ยนแปลงการกำหนดค่าพื้นฐานของเราเตอร์ได้ในหน้าจอนี้



Complaint, Exhibit 21
836

## Language (ภาษา)

Select your language (เลือกภาษาของคุณ)—หากต้องการเปลี่ยนภาษา ให้เลือกภาษาจากเมนูดรอปดาวน์ ภาษาของยูทิลิตี้ที่ทำงานผ่านเบราเซอร์จะเปลี่ยนภายในห้าวินาที



## Internet Setup (การตั้งค่าอินเทอร์เน็ต)

ส่วน Internet Setup (การตั้งค่าอินเทอร์เน็ต) จะตั้งค่าเราเตอร์ให้เข้ากับการเชื่อมต่อกับอินเทอร์เน็ตของคุณ ข้อมูลนี้จะได้รับผ่านผู้ให้บริการอินเทอร์เน็ต (ISP - Internet Service Provider) ของคุณ

Internet Connection Type (ประเภทการเชื่อมต่ออินเทอร์เน็ต)—เลือกประเภทการเชื่อมต่ออินเทอร์เน็ตที่ ISP ของคุณให้บริการจากเมนูดรอปดาวน์



- Automatic Configuration (การตั้งค่าอัตโนมัติ) – DHCP (ค่าดีฟอลต์)
  ให้รักษาค่าดีฟอลต์ไว้ต่อเมื่อ ISP ของคุณสนับสนุน DHCP เท่านั้น หรือหากคุณเชื่อมต่อโดยใช้ IP แอดเดรสแบบไดนามิก (โดยทั่วไปตัวเลือกนี้จะใช้กับการเชื่อมต่อโดยใช้สายเคเบิลเท่านั้น)

- Static IP (IP แบบสแตติก)
  เลือกประเภทนี้หากคุณถูกกำหนดให้ใช้ IP แอดเดรสแบบคงที่เพื่อเชื่อมต่อกับอินเทอร์เน็ต

- PPPoE
  เลือกประเภทนี้หากคุณใช้การเชื่อมต่อแบบ DSL และ ISP ของคุณใช้ Point-to-Point Protocol over Ethernet (PPPoE)

- PPTP
  Point-to-Point Tunneling Protocol (PPTP) เป็นบริการที่ใช้กับการเชื่อมต่อทั่วไปในยุโรป หากการเชื่อมต่อ PPTP ของคุณสนับสนุน DHCP หรือ IP แอดเดรสแบบไดนามิก ให้เลือก Obtain an IP Address Automatically (รับ IP แอดเดรสโดยอัตโนมัติ)  หากคุณถูกกำหนดให้ใช้  IP  แอดเดรสแบบคงที่เพื่อเชื่อมต่อกับอินเทอร์เน็ต  ให้เลือก Specify an IP Address (ระบุ IP แอดเดรส) และกำหนดค่าตามตัวเลือกที่ปรากฏ

- L2TP
  Layer 2 Tunneling Protocol (L2TP) เป็นบริการที่ใช้กับการเชื่อมต่อทั่วไปในอิสราเอล

  หมายเหตุ—ตัวเลือก Connect on Demand (เชื่อมต่อเมื่อต้องการ) หรือ Keep Alive (คงการเชื่อมต่อ) จะปรากฏเมื่อเลือก PPPoE, PPTP และ L2TP
  ตัวเลือกเหล่านี้ช่วยให้คุณสามารถเลือกว่าจะเชื่อมต่อเราเตอร์เข้ากับอินเทอร์เน็ตตามความจำเป็นเท่านั้น (มีประโยชน์หาก ISP ของคุณคิดค่าใช้จ่ายสำหรับเชื่อมต่อตามระยะเวลา) หรือให้เราเตอร์เชื่อมต่อตลอดเวลา เลือกตัวเลือกที่เหมาะสม

- Bridge Mode (โหมดบริดจ์)

11

โหมดบริดจ์จะปิดการทำงานทั้งหมดของเราเตอร์และเปลี่ยนเราเตอร์ให้กลายเป็นจุดเชื่อมต่อ
เราเตอร์จะหยุดการเป็นเซิร์ฟเวอร์ DHCP นอกจากนี้ไฟร์วอลล์ที่ติดตั้งมาและคุณสมบัติ NAT จะไม่ทำงาน

- Wireless Bridge (บริดจ์ไร้สาย)

  Wireless Bridge (บริดจ์ไร้สาย)
  เชื่อมต่อกับเราเตอร์หลักของคุณแบบไร้สายและสามารถแบ่งปันการเชื่อมต่ออินเทอร์เน็ตกับอุปกรณ์ที่เชื่อมต่ออยู่
  กับพอร์ตอีเธอร์เน็ตของบริดจ์

12

# การตั้งค่า Wi-Fi พื้นฐาน



การตั้งค่า EasyMesh

หากเราเตอร์หนึ่งตัวไม่ให้การครอบคลุม Wi-Fi ทั่วทั้งบ้าน คุณสามารถเปิดฟีเจอร์ EasyMesh แล้วเพิ่มเราเตอร์ E8450
ตัวอื่นเข้าไปยังเครือข่ายของคุณ เมื่อเปิดฟีเจอร์โดยการทำเครื่องหมายในช่องสำหรับโหนดหลัก EasyMesh
เราเตอร์ที่เชื่อมต่ออยู่กับโมเด็มของคุณจะกลายเป็นโหนดหลักในเครือข่าย Mesh ของคุณ เพิ่มโหนดย่อยโดยคลิกที่ "Add
a new node" (เพิ่มโหนดใหม่) จากนั้นกดปุ่ม WPS บนโหนดย่อยของคุณเป็นเวลา 3 วินาที
การเชื่อมต่อโหนดย่อยควรใช้เวลาระหว่าง 70~80 วินาทีในกรณีส่วนใหญ่
คุณสามารถตรวจสอบความคืบหน้าได้บนหน้าจอการตั้งค่าของโหนดหลัก

เมื่อเพิ่มโหนดย่อยแล้ว คลิกข้อมูล Mesh เพื่อดูโหนดและอุปกรณ์ที่เชื่อมต่ออยู่กับโหนดเพื่อดูเครือข่าย Mesh ทั้งเครือข่าย

หากโหนดย่อยไม่สามารถเข้าร่วมเครือข่ายของคุณ ให้ย้ายโหนดย่อยเข้าใกล้กับโหนดหลักมากยิ่งขึ้น
ทำตามคำแนะนำบนหน้าจอการตั้งค่าของโหนดหลักเพื่อลองอีกครั้ง

เมื่อคุณเพิ่มโหนดย่อยแบบไร้สาย
คุณสามารถเชื่อมต่อโหนดดังกล่าวด้วยสายเคเบิลอีเธอร์เน็ตเพื่อรับประกันสัญญาณที่สม่ำเสมอ
ซึ่งเรียกว่าเครือข่ายกลางแบบใช้สาย ตรวจสอบให้แน่ใจว่าสายเคเบิลมาจากหนึ่งในพอร์ตที่มีป้ายกำกับว่า อีเธอร์เน็ต
บนโหนดหลักไปยังพอร์ตที่มีป้ายกำกับว่า อินเทอร์เน็ต บนโหนดย่อย

คุณสามารถปิดโหนดหลัก EasyMesh แล้วใช้โหนดหลักเป็นเราเตอร์ธรรมดาได้ตลอดเวลา  โหนดย่อยใดๆ
จะถูกยกเลิกการเชื่อมต่อจาก Wi-Fi ของคุณ

โปรดทราบ—คุณไม่สามารถเพิ่มเราเตอร์ E8450 ไปยังระบบ EasyMesh ได้หากเราเตอร์ได้รับการตั้งค่าแล้ว
หากคุณเคยใช้เราเตอร์นี้แล้ว ให้รีเซ็ตกลับไปเป็นการตั้งค่าจากโรงงาน กดปุ่มรีเซ็ตที่ด้านหลังของเราเตอร์ค้างไว้เป็นเวลา
10 วินาทีหรือทำการรีเซ็ตในแท็บ Administration (การดูแลระบบ) ของการตั้งค่าของเราเตอร์

หากคุณไม่เห็นตัวเลือก EasyMesh ในการตั้งค่าเราเตอร์ของคุณ
ตรวจสอบให้แน่ใจว่าคุณอัปเกรดเฟิร์มแวร์เป็นเวอร์ชันล่าสุด เวอร์ชันเฟิร์มแวร์ต้องเป็น 1.1.00 หรือสูงกว่าจึงจะรองรับ
EasyMesh

หากโหนดย่อยอยู่ห่างจากโหนดอีกตัวที่ใช้งานได้มากเกินไป ไฟเปิด/ปิดที่ด้านหน้าของโหนดย่อยจะเป็นสีเหลืองสว่างนิ่ง
ย้ายโหนดย่อยเข้าใกล้กับโหนดที่ใช้งานได้จนกว่าไฟเปิด/ปิดของโหนดย่อยจะสว่างนิ่งเป็นสีน้ำเงิน
หากไฟเปิด/ปิดของโหนดย่อยของคุณกะพริบเป็นสีเหลือง
หมายความว่าโหนดย่อยสูญเสียการเชื่อมต่อกับโหนดที่ใช้งานได้ ตรวจสอบโหนดตัวที่ใกล้ที่สุดก่อน
หากโหนดที่อยู่ใกล้ที่สุดทำงานปกติ ให้ย้ายโหนดย่อยเข้าใกล้โหนดดังกล่าวมากยิ่งขึ้น หากไม่ได้ผล
ให้รีเซ็ตโหนดย่อยใหม่แล้วลองเพิ่มโหนดดังกล่าวไปยังระบบ Mesh ของคุณอีกครั้ง

13

ควบคุมการตั้งค่าทั้งหมดในเครือข่าย EasyMesh ของคุณผ่านโหนดหลัก การเปลี่ยนแปลงจะนำไปใช้กับโหนดย่อยทั้งหมด

โหมดเครือข่าย 5GHz—เลือกมาตรฐานเครือข่ายไร้สายที่เครือข่ายของคุณสนับสนุน

- Mixed (ผสม) (ค่าดีฟอลต์)

  เลือกค่าดีฟอลต์หากคุณมีอุปกรณ์ Wireless-A, Wireless-N, Wireless-AC หรือ Wireless-AX
  อยู่ในเครือข่ายของคุณ

- Wireless-AC Mixed (Wireless-AC ผสม)

  เลือกโหมดนี้หากคุณมีอุปกรณ์ Wireless-A, Wireless-N หรือ Wireless-AC อยู่ในเครือข่ายของคุณ

- Wireless-A Only (Wireless-A เท่านั้น)

  เลือกโหมดนี้หากคุณมีเฉพาะอุปกรณ์ Wireless-A เท่านั้น

- Wireless-N Only (Wireless-N เท่านั้น)

  เลือกโหมดนี้หากคุณมีเฉพาะอุปกรณ์ Wireless-N เท่านั้น

- Disabled (ปิดใช้งาน)

  เลือกโหมดนี้หากคุณไม่มีอุปกรณ์ Wireless-A, Wireless-N, Wireless-AC และ Wireless-AX (5 GHz)
  อยู่ในเครือข่ายของคุณ คลื่นความถี่ 5GHz จะปิดหลังจากที่คุณเลือกตัวเลือกนี้

  หมายเหตุ—หากคุณไม่แน่ใจว่าจะเลือกโหมดใด ให้ใช้ค่าดีฟอลต์ Mixed (ผสม)

โหมดเครือข่าย 2.4GHz—เลือกมาตรฐานเครือข่ายไร้สายที่เครือข่ายของคุณสนับสนุน

- Mixed (ผสม) (ค่าดีฟอลต์)

  เลือกค่าดีฟอลต์หากคุณมีอุปกรณ์ Wireless-B, Wireless-G, Wireless-N 2.4GHz อยู่ในเครือข่ายของคุณ

- Wireless-B/G Only (Wireless-B/G เท่านั้น)

  เลือกโหมดนี้หากคุณมีอุปกรณ์ Wireless-B, Wireless-G อยู่ในเครือข่ายของคุณ

- Wireless-B Only (Wireless-B เท่านั้น)

  เลือกโหมดนี้หากคุณมีเฉพาะอุปกรณ์ Wireless-B เท่านั้น

- Wireless-G Only (Wireless-G เท่านั้น)

  เลือกโหมดนี้หากคุณมีเฉพาะอุปกรณ์ Wireless-G เท่านั้น

- Wireless-N Only (Wireless-N เท่านั้น)

  เลือกโหมดนี้หากคุณมีเฉพาะอุปกรณ์ Wireless-N 2.4G เท่านั้น

- Disabled (ปิดใช้งาน)

  เลือกโหมดนี้หากคุณไม่มีอุปกรณ์ Wireless-B, Wireless-G และ Wireless-N (2.4 Ghz) ในเครือข่ายของคุณ
  คลื่นความถี่ 2.4GHz จะปิดหลังจากที่คุณเลือกตัวเลือกนี้

  หมายเหตุ—หากคุณไม่แน่ใจว่าจะเลือกโหมดใด ให้ใช้ค่าดีฟอลต์ Mixed (ผสม)

Network Name (SSID) (ชื่อเครือข่าย (SSID))

ตัวระบุเซ็ตบริการ (SSID - Service Set Identifier) คือชื่อที่อุปกรณ์ใช้ในการเชื่อมต่อเครือข่ายไร้สาย SSID
จะจำแนกตัวพิมพ์เล็กและตัวพิมพ์ใหญ่และจะต้องมีความยาวไม่เกิน 32 ตัวอักษร ค่าดีฟอลต์ SSID สำหรับเครือข่าย 2.4
GHz และ 5 GHz คือ LinksysXXXXX และ LinksysXXXXX_5GHz ตามลำดับ X
แทนหมายเลขหกตัวสุดท้ายในหมายเลขซีเรียลของเราเตอร์ ซึ่งจะพบได้ที่ด้านล่างของเราเตอร์ หากคุณเปลี่ยน SSID
ทั้งสองย่านความถี่จะมี SSID ใหม่ คุณอาจตั้งชื่อให้แตกต่างกันผ่านยูทิลิตี้ที่ทำงานผ่านเบราเซอร์

หมายเหตุ—หากคุณคืนการตั้งค่าดีฟอลต์จากโรงงานให้กับเราเตอร์ของคุณ (โดยการกดปุ่มรีเซ็ตหรือใช้หน้าจอ
Configuration (การกำหนดค่า) > Administration (การดูแลระบบ) > Device Reset (รีเซ็ตอุปกรณ์))
ชื่อเครือข่ายจะกลับไปเป็นค่าที่ตั้งจากโรงงาน เปลี่ยนชื่อเครือข่ายกลับไปเป็นชื่อเดิม
หรือคุณจะต้องเชื่อมต่ออุปกรณ์ทั้งหมดในเครือข่ายไร้สายของคุณกับชื่อเครือข่ายใหม่

Channel Width (ความกว้างช่องสัญญาณ)

เลือกค่าดีฟอลต์ อัตโนมัติ (20 MHz หรือ 40 Mhz) เพื่อประสิทธิภาพสูงสุดในเครือข่าย 2.4 GHz เมื่อใช้งานอุปกรณ์ Wireless-B, Wireless-G และ Wireless-N (2.4 GHz) สำหรับความกว้างช่องสัญญาณ 20 MHz ให้เลือก 20 MHz เท่านั้น เพื่อประสิทธิภาพการทำงานสูงสุดในเครือข่าย 5 GHz ให้ใช้ค่าดีฟอลต์อัตโนมัติ 20, 40 หรือ 80 MHz

Channel (ช่องสัญญาณ)

เลือกช่องสัญญาณจากรายการดรอปดาวน์ เลือกค่าดีฟอลต์ Auto (อัตโนมัติ) หากคุณไม่แน่ใจว่าต้องเลือกช่องสัญญาณใด

SSID Broadcast (การเผยแพร่ SSID)

เลือกค่าดีฟอลต์ Enabled (เปิดใช้งาน) เพื่อเผยแพร่ SSID ของเราเตอร์
เมื่อไคลเอนต์ไร้สายสำรวจเครือข่ายเฉพาะที่เพื่อหาเครือข่ายไร้สายที่สัมพันธ์กัน ไคลเอนต์จะตรวจพบการเผยแพร่ SSID โดยเราเตอร์ การพยายามซ่อนชื่อ Wi-Fi ไม่ได้ช่วยให้ Wi-Fi ของคุณมีความปลอดภัยมากขึ้น
ใครก็ตามที่ต้องการเข้าถึงเครือข่ายของคุณจริงๆ จะสามารถหาเครือข่ายของคุณพบได้แม้ว่าคุณจะปิดคุณลักษณะนี้ไว้
หากคุณยังไม่ต้องการให้เผยแพร่ SSID ของเราเตอร์ให้เลือก Disabled (ปิดใช้งาน)

Complaint, Exhibit 21
842

# Wireless Security
# (การรักษาความปลอดภัยแบบไร้สาย)

เราเตอร์สนับสนุนตัวเลือกการรักษาความปลอดภัยแบบไร้สายต่อไปนี้:

WPA2/WPA3 Mixed Personal, WAP2 Personal, WPA2 Enterprise, WPA3 Personal, WPA3 Enterprise (WPA ย่อมาจาก Wi-Fi Protected Access)

WPA3 เป็นตัวเลือกการรักษาความปลอดภัยที่แข็งแกร่งที่สุด

## การตั้งค่าตัวเลือกการรักษาความปลอดภัย

### WPA2 Personal

หากคุณเลือก WPA2 Personal อุปกรณ์แต่ละเครื่องในเครือข่ายไร้สายของคุณต้องใช้ WPA2 Personal และวลีรหัสผ่านเดียวกัน



หากคุณไม่แน่ใจว่าอุปกรณ์สนับสนุน WPA2 หรือ WPA3 Personal ให้เลือกตัวเลือก WPA2/WPA3 Mixed Personal ในโหมดการรักษาความปลอดภัย

วลีรหัสผ่าน—ป้อนวลีรหัสผ่านที่มี 8-63 ตัวอักษร นี่คือรหัสผ่าน Wi-Fi ที่ใช้เพื่อเข้าสู่เครือข่าย ซึ่งสามารถเป็นรหัสเดียวกับที่ป้อนในการตั้งค่า

### Disabled (ปิดใช้งาน)

หากคุณเลือกปิดใช้งานการรักษาความปลอดภัยแบบไร้สาย
คุณจะได้รับข้อความแจ้งว่าการรักษาความปลอดภัยแบบไร้สายถูกปิดใช้งานเมื่อคุณเข้าใช้อินเทอร์เน็ตครั้งแรก
คุณจะได้รับตัวเลือกให้เปิดใช้งานการรักษาความปลอดภัยแบบไร้สาย
หรือยืนยันว่าคุณทราบถึงความเสี่ยงที่อาจเกิดขึ้นแต่ยังคงต้องการดำเนินการต่อโดยไม่เปิดใช้งานการรักษาความปลอดภัยแบบไร้สาย



# การแก้ไขปัญหา

คุณสามารถรับความช่วยเหลือเพิ่มเติมจากฝ่ายบริการลูกค้าที่ได้รับรางวัลของเราได้ที่ Linksys.com/support/E8450

## การตั้งค่าเราเตอร์ของคุณไม่เสร็จสมบูรณ์

หากคุณไม่สามารถตั้งค่าให้เสร็จสมบูรณ์ในอินเตอร์เฟซที่ทำงานผ่านเบราเซอร์ คุณสามารถทำตามขั้นตอนต่อไปนี้:

- กดปุ่มรีเซ็ตบนเราเตอร์ของคุณค้างไว้โดยใช้คลิปหนีบกระดาษหรือเข็มหมุด
  จนกว่าไฟเปิด/ปิดด้านหน้าเราเตอร์ที่สว่างอยู่จะดับลงและเริ่มกะพริบ (ประมาณ 10 วินาที) พิมพ์
  192.168.1.1 ในเบราเซอร์เพื่อลองตั้งค่าอีกครั้ง

- หากคุณใช้โมเด็มเราเตอร์ (เกตเวย์) และโมเด็มเราเตอร์ของคุณใช้ IP แอดเดรส
  192.168.1.x คุณอาจจำเป็นต้องป้อน IP แอดเดรส 10.0.1.1
  หมายเหตุ—หากตัวเลือกด้านบนไม่พาคุณไปที่โปรแกรมช่วยตั้งค่า ให้ไปที่
  www.linksys.com/support/setupIP เพื่อขอความช่วยเหลือเพิ่มเติม



- ปิดการใช้งานไฟร์วอลล์ของคอมพิวเตอร์ของคุณชั่วคราว                    (หากต้องการความช่วยเหลือ
  ดูคำแนะนำของซอฟต์แวร์การรักษาความปลอดภัย) ติดตั้งเราเตอร์อีกครั้ง
- หากคุณมีคอมพิวเตอร์เครื่องอื่น ให้ใช้คอมพิวเตอร์นั้นเพื่อติดตั้งเราเตอร์

17

# ข้อความ "Your Internet cable is not plugged in" (คุณยังไม่ได้เสียบสายเคเบิลอินเทอร์เน็ต)

หากคุณได้รับข้อความ "Your Internet cable is not plugged in" (คุณยังไม่ได้เสียบสายเคเบิลอินเทอร์เน็ต) ขณะพยายามตั้งค่าเราเตอร์ของคุณ:

- ตรวจสอบให้แน่ใจว่าสายเคเบิลอีเธอร์เน็ตหรืออินเทอร์เน็ต (หรือสายเคเบิลแบบเดียวกับที่ให้มากับเราเตอร์ของคุณ) เชื่อมต่อกับพอร์ตอินเทอร์เน็ตสีเหลืองที่ด้านหลังของเราเตอร์และกับพอร์ตที่เหมาะสมบนโมเด็มของคุณแน่นดีแล้ว โดยปกติพอร์ตนี้บนโมเด็มจะมีป้ายกำกับว่าอีเธอร์เน็ต



Internet Port

- ตรวจสอบให้แน่ใจว่าโมเด็มของคุณเชื่อมต่อกับสายไฟและเปิดเครื่องอยู่



Back view of cable modem

Back view of Modem - Router

Back view of DSL modem

| หากคุณใช้บริการอินเทอร์เน็ตผ่านสายเคเบิล ตรวจสอบว่าพอร์ต CABLE ของเคเบิลโมเด็มนั้นเชื่อมต่อกับสายเคเบิล Coax ที่ ISP ของคุณจัดเตรียมให้ | หากบริการอินเทอร์เน็ตของคุณคือ DSL ตรวจสอบให้แน่ใจว่าสายโทรศัพท์ DSL เชื่อมต่อกับพอร์ต DSL ของโมเด็ม |
|---|---|

18

- หากก่อนหน้านี้ คอมพิวเตอร์ของคุณเชื่อมต่อกับโมเด็มของคุณด้วยสาย USB ให้ยกเลิกการเชื่อมต่อสาย USB
- ติดตั้งเราเตอร์อีกครั้ง

## ข้อความ *"Cannot access your router"*
## *(ไม่สามารถเข้าถึงเราเตอร์ของคุณได้)*

ในการเข้าถึงเราเตอร์ของคุณ คุณต้องเชื่อมต่อกับเครือข่ายของคุณเอง หากขณะนี้คุณมีการเข้าถึงอินเทอร์เน็ตแบบไร้สาย ปัญหาอาจเกิดขึ้นจากการที่คุณเชื่อมต่อกับเครือข่ายไร้สายอื่นโดยบังเอิญ

เมื่อต้องการแก้ปัญหาบนคอมพิวเตอร์ที่ใช้ Windows ให้ทำดังนี้*:

1. บนเดสก์ท็อปของ            Windows           ให้คลิกที่ไอคอนการเชื่อมต่อแบบไร้สายในถาดระบบ รายการเครือข่ายที่พร้อมใช้งานจะปรากฏขึ้น
2. คลิกชื่อเครือข่ายของคุณเอง          คลิก         Connect         (เชื่อมต่อ)          ในตัวอย่างด้านล่าง คอมพิวเตอร์เชื่อมต่ออยู่กับเครือข่ายไร้สายอื่นชื่อว่า wraith_5GHz ชื่อเครือข่ายไร้สายของเราเตอร์ Linksys ซีรีส์ E ซึ่งในตัวอย่างนี้คือ Damaged_Beez2.4 จะแสดงว่าถูกเลือกไว้



3. ถ้าคุณต้องการป้อนคีย์การรักษาความปลอดภัยของเครือข่าย  ให้พิมพ์รหัสผ่านของคุณ  (คีย์การรักษาความปลอดภัย) ลงในฟิลด์ network security key (คีย์การรักษาความปลอดภัยของเครือข่าย) คลิก OK (ตกลง)
4. คอมพิวเตอร์ของคุณจะเชื่อมต่อกับเครือข่าย และคุณจะสามารถเข้าถึงเราเตอร์ได้

*อาจมีความแตกต่างบางประการในการใช้คำหรือไอคอนในขั้นตอนต่อไปนี้ ทั้งนี้ขึ้นอยู่กับรุ่นของ Windows ของคุณ

เมื่อต้องการแก้ปัญหาบนคอมพิวเตอร์ที่ใช้ Mac ให้ทำดังนี้:

1. ให้คลิกที่ไอคอน Wi-Fi ในแถบเมนูที่ด้านบนของหน้าจอ รายการเครือข่ายไร้สายจะปรากฏขึ้น
2. ในตัวอย่างด้านล่าง            คอมพิวเตอร์เชื่อมต่ออยู่กับเครือข่ายไร้สายอื่นชื่อว่า            wraith_5GHz ชื่อเครือข่ายไร้สายของเราเตอร์ Linksys ซีรีส์ E ซึ่งในตัวอย่างนี้คือ Damaged_Beez2.4 จะแสดงว่าถูกเลือกไว้

19

3. คลิกชื่อเครือข่ายไร้สายของเราเตอร์ Linksys ซีรีส์ E (Damaged_Beez2.4 ในตัวอย่างนี้)

4. พิมพ์รหัสผ่านเครือข่ายไร้สาย (คีย์การรักษาความปลอดภัย) ลงในฟิลด์ Password (รหัสผ่าน) คลิก OK (ตกลง)

# หลังการตั้งค่า

## ปรากฏว่าอินเทอร์เน็ตไม่สามารถใช้งานได้

ถ้าอินเทอร์เน็ตมีปัญหาในการสื่อสารกับเราเตอร์ของคุณ ปัญหาอาจปรากฏเป็นข้อความ "Cannot find (ไม่พบ) [ที่อยู่อินเทอร์เน็ต]" ในเว็บเบราว์เซอร์ของคุณ หากคุณทราบว่าที่อยู่อินเทอร์เน็ตนั้นถูกต้อง และถ้าคุณลองใช้ที่อยู่อินเทอร์เน็ตที่ถูกต้องแล้วได้ผลเหมือนเดิม
ข้อความนั้นอาจหมายความว่ามีปัญหาเกิดขึ้นกับผู้ให้บริการอินเทอร์เน็ตของคุณหรือโมเด็มที่สื่อสารกับเราเตอร์ของคุณ
ให้ลองทำดังนี้:

- ตรวจสอบให้แน่ใจว่าได้เสียบสายเคเบิลเครือข่ายและสายไฟแน่นดีแล้ว

- ตรวจดูให้แน่ใจว่าเต้ารับที่เราเตอร์ของคุณเสียบอยู่มีไฟ

- รีบูตเราเตอร์ของคุณ

- ติดต่อ ISP ของคุณและสอบถามเกี่ยวกับปัญหาการใช้งานไม่ได้ในพื้นที่ของคุณ

วิธีการที่ใช้กันโดยทั่วไปเมื่อต้องการแก้ปัญหาเราเตอร์ของคุณคือการปิดและเปิดใหม่อีกครั้ง เราเตอร์ของคุณสามารถโหลดการตั้งค่าที่กำหนดเองอีกครั้ง และอุปกรณ์อื่นๆ (เช่นโมเด็ม) จะสามารถค้นพบเราเตอร์และสื่อสารกันได้ กระบวนการนี้เรียกว่าการรีบูต
เมื่อต้องการรีสตาร์ทเราเตอร์ของคุณโดยใช้สายไฟ ให้ทำดังนี้:

1. ถอดสายไฟออกจากเราเตอร์และโมเด็ม

2. รอประมาณ 10 วินาที แล้วต่อสายไฟเข้ากับโมเด็ม ตรวจดูให้แน่ใจว่ามีไฟ

3. รอจนกว่าไฟแสดงสถานะการออนไลน์ของโมเด็มจะหยุดกะพริบ                    (ประมาณสองนาที)
   เชื่อมต่อสายไฟเข้ากับเราเตอร์อีกครั้ง

4. รอจนกว่าไฟแสดงสถานะการจ่ายไฟและอินเทอร์เน็ตที่ด้านหน้าของเราเตอร์จะหยุดกะพริบ
   ขั้นตอนนี้ใช้เวลาประมาณสองนาที จากนั้น เชื่อมต่อกับอินเทอร์เน็ตจากคอมพิวเตอร์

20

# คุณสมบัติเฉพาะ

## Linksys E8450

| | |
|---|---|
| ชื่อรุ่น | AX3200 Dual-Band Gigabit WiFi 6 Router |
| หมายเลขรุ่น | E8450 |
| ความเร็วพอร์ตสวิตช์ | 10/100/1000Mbps (Gigabit Ethernet) |
| ความถี่คลื่นวิทยุ | 2.4 GHz และ 5 GHz |
| จำนวนของเสาอากาศ | 4 |
| พอร์ต | อีเธอร์เน็ต (1-4), อินเทอร์เน็ต, จ่ายไฟ , USB 2.0 |
| ปุ่ม | Wi-Fi Protected Setup, รีเซ็ต, สวิตช์เปิด/ปิด |
| ไฟ LED | จ่ายไฟ, อินเทอร์เน็ต และอีเธอร์เน็ต (1-4) |
| UPnP | สนับสนุน |
| คุณสมบัติในการรักษาความปลอดภัย | WPA2 Personal, WPA3 Personal, WPA2/WPA3 Mixed Personal, WPA2 Enterprise และ WPA3 Enterprise |
| จำนวนบิตของคีย์การรักษาความปลอดภัย | เข้ารหัสข้อมูลที่ระดับสูงถึง 192 บิต |
| การสนับสนุนระบบไฟล์ที่จัดเก็บ | FAT, FAT32, NTFS, HFS+ |

## คุณสมบัติภายนอก

| | |
|---|---|
| ขนาด | 156 มม. (ยาว) x 77.11 มม. (กว้าง) x 220 มม. (สูง) |
| น้ำหนักเครื่อง | 638 ก. |
| กำลัง | 12V/2A |
| การรับรองมาตรฐาน | FCC, IC, CE, Wi-Fi (IEEE 802.11 a/b/g/n/ac) |
| อุณหภูมิในการใช้งาน | 32° ถึง 104°F (0° ถึง 40°C) |
| อุณหภูมิในการจัดเก็บ | -4° ถึง 140°F (-20° ถึง 60°C) |
| ความชื้นที่เหมาะสมในการใช้งาน | ความชื้นสัมพัทธ์ 10% ถึง 80% ไม่มีการควบแน่น |
| ความชื้นที่เหมาะสมในการจัดเก็บ | 5% ถึง 90% ไม่มีการควบแน่น |

หมายเหตุ:
สำหรับข้อบังคับ การรับประกัน และข้อมูลความปลอดภัย โปรดดูในแผ่นซีดีที่มาพร้อมกับเราเตอร์ของคุณ หรือไปที่ Linksys.com/support/E8450

คุณสมบัติเฉพาะอาจเปลี่ยนแปลงได้โดยไม่ต้องแจ้งให้ทราบล่วงหน้า

ประสิทธิภาพสูงสุดตามมาตรฐาน IEEE Standard 802.11 ประสิทธิภาพการทำงานจริงอาจแตกต่างกันไป เช่น การรองรับการใช้งานเครือข่ายไร้สาย อัตราการรับส่งข้อมูล ระยะและการครอบคลุมการใช้งานอาจต่ำกว่าที่ระบุไว้ ประสิทธิภาพการทำงานจะขึ้นอยู่กับหลายปัจจัย สภาพแวดล้อมการทำงาน และตัวแปรอื่นๆ รวมถึงระยะห่างจากจุดเชื่อมต่อ ปริมาณการรับส่งข้อมูลเครือข่าย โครงสร้างและส่วนประกอบของอาคาร ระบบปฏิบัติการที่ใช้ การใช้ผลิตภัณฑ์ไร้สายจากผู้ผลิตหลายราย สัญญาณรบกวน และสภาพแวดล้อมอื่นๆ ที่อาจส่งผลกระทบต่อการทำงาน

LINKSYS รวมถึงชื่อและโลโก้ของผลิตภัณฑ์ต่างๆ เป็นเครื่องหมายการค้าของบริษัทในเครือ Belkin เครื่องหมายการค้าของบุคคลที่สามที่ระบุไว้เป็นกรรมสิทธิ์ของผู้เป็นเจ้าของแต่ละราย สามารถอ่านลิขสิทธิ์และประกาศเกี่ยวกับซอฟต์แวร์ของบุคคลที่สามในผลิตภัณฑ์นี้ได้ที่นี่: http://support.linksys.com/en-us/license โปรดติดต่อ http://support.linksys.com/en-us/gplcodecenter หากมีคำถามหรือต้องการร้องขอซอร์สโค้ด GPL

© Linksys Holdings, Inc.  และ/หรือบริษัทในเครือ สงวนลิขสิทธิ์

# LINKSYS

## HƯỚNG DẪN SỬ DỤNG

BỘ ĐỊNH TUYẾN
GIGABIT WiFi 6
BĂNG TẦN KÉP AX3200

Mã sản phẩm E8450

# Mục lục

## Tổng quan Sản phẩm ............................................................................ 3
Mặt trước ............................................................................................. 3
Quay lại ............................................................................................... 4

## Thiết lập: Cơ bản .................................................................................. 5
Tìm trợ giúp thêm ở đâu ....................................................................... 5
Cách cài đặt bộ định tuyến ................................................................... 5

## Cấu hình Nâng cao .............................................................................. 8
Cách mở tiện ích trên trình duyệt ........................................................ 8
Cài đặt bộ định tuyến cơ bản ............................................................... 9
    Ngôn ngữ ................................................................................... 10
    Thiết lập Internet ....................................................................... 11
Cài đặt Wi-Fi cơ bản ......................................................................... 13

## Bảo mật không dây ........................................................................... 16
Cài đặt tuỳ chọn bảo mật .................................................................. 16
    WPA2 Cá nhân .......................................................................... 16
    Tắt ............................................................................................ 16

## Xử lý sự cố ........................................................................................ 17
Bộ định tuyến của bạn chưa được thiết lập thành công ....................... 17
Thông báo *Chưa cắm cáp Internet* .................................................. 18
Thông báo *Không thể truy nhập bộ định tuyến* ................................. 19
Sau khi thiết lập ............................................................................... 20
Mạng Internet không khả dụng .......................................................... 20

## Thông số kỹ thuật ............................................................................. 21
Linksys E8450 .................................................................................. 21
Môi trường ....................................................................................... 21

# Tổng quan Sản phẩm

## Mặt trước



Đèn Nguồn-Nhấp nháy màu xanh lam trong khi bộ định tuyến đang khởi động và trong khi đang ghép đôi WPS. Nhấp nháy màu vàng nếu ghép đôi WPS không thành công.

Đèn trạng thái Internet—Sáng ổn định màu xanh lam khi được kết nối với Internet và sáng ổn định màu vàng khi không kết nối. Sáng ổn định màu vàng khi được kết nối đúng cách với modem, nhưng không nhận được tín hiệu internet. Nhấp nháy màu vàng nếu không có cáp ethernet cắm vào cổng Internet khi đang thiết lập làm bộ định tuyến truyền thống hoặc làm điểm nút chính của hệ thống EasyMesh Wi-Fi.

Đèn báo hoạt động Ethernet-Từng đèn sẽ sáng ổn định màu xanh lam nếu cáp Ethernet được kết nối với cổng tương ứng. Chúng sẽ nhấp nháy màu xanh lam nếu có hoạt động trên cổng.

3

# Quay lại



Nút Wi-Fi Protected Setup™ (WPS) (1)—Ấn nút này để dễ dàng cấu hình bảo mật không dây trên các thiết bị mạng có hỗ trợ Wi-Fi Protected Setup. Đèn nguồn ở mặt trước của bộ định tuyến sẽ nhấp nháy màu xanh lam trong khi đang ghép đôi WPS.

Nút Reset (Đặt lại) (2)—Ấn và giữ cho đến khi đèn LED nguồn bắt đầu nhấp nháy để đặt lại bộ định tuyến về cài đặt gốc.

Cổng Ethernet (3)—Kết nối cáp Ethernet (cũng có tên là cáp mạng hoặc cáp Internet) với các cổng Ethernet Gigabit (10/100/1000) này và với các thiết bị nối dây khác trong mạng của bạn. Đèn báo hoạt động Ethernet ở mặt trước của bộ định tuyến sẽ có màu xanh lam khi cáp được kết nối với cổng ethernet. Nếu bạn định sử dụng bộ định tuyến này làm điểm nút chính trong hệ thống EasyMesh Wi-Fi, bạn có thể thêm các điểm nút con không dây hoặc tạo kết nối có dây bằng các cổng này.

Cổng Internet (4)—Kết nối cáp Ethernet với cổng này và với modem của bạn. Đèn trạng thái Internet ở mặt trước của bộ định tuyến sẽ chỉ có màu xanh khi bộ định tuyến được kết nối với modem được kết nối với Internet. Nếu bạn định sử dụng bộ định tuyến này làm điểm nút con trong hệ thống EasyMesh của mình, bạn có thể thêm nó ở dạng không dây hoặc sử dụng cổng này để nối dây cho nó với cổng ethernet trên điểm nút chính đã được thiết lập.

Lưu ý—Vào phần Cài đặt không dây cơ bản để biết chi tiết về cách thêm điểm nút con vào hệ thống EasyMesh - không dây hoặc nối dây.

Cổng USB 2.0 (5)—Kết nối và chia sẻ ổ đĩa USB trên mạng của bạn.

Cổng nguồn (6)—Kết nối bộ chuyển đổi nguồn điện AC kèm theo với cổng này.

Công tắc nguồn (7) —Ấn | (ON) bật nguồn bộ định tuyến.

4

# Thiết lập: Cơ bản

## Tìm trợ giúp thêm ở đâu

Ngoài hướng dẫn sử dụng này, bạn có thể tìm trợ giúp tại Linksys.com/support/E8450 (tài liệu, nội dung tải xuống, câu hỏi thường gặp, hỗ trợ kỹ thuật, trò chuyện trực tiếp, diễn đàn)

Lưu ý—Các giấy phép và thông báo cho các phần mềm của bên thứ ba được sử dụng trong sản phẩm này có thể xem tại http://support.linksys.com/en-us/license. Vui lòng liên hệ http://support.linksys.com/en-us/gplcodecenter nếu có câu hỏi hoặc yêu cầu mã nguồn GPL.

## Cách cài đặt bộ định tuyến

Nếu bạn thiết lập bộ định tuyến này làm bộ định tuyến truyền thống hoặc làm điểm nút chính cho EasyMesh Wi-Fi, hãy làm theo các bước sau

1. Nếu thay thế một bộ định tuyến sẵn có, trước tiên hãy ngắt kết nối bộ định tuyến cũ.
2. Cắm bộ định tuyến vào nguồn điện. Hãy chắc chắn rằng công tắc nguồn đã ở vị trí | (ON).
3. Kết nối bộ định tuyến mới với modem hoặc bộ định tuyến modem của bạn.

| **A**  Modem | | **B** Bộ định tuyến Modem |
|---|---|---|
| Cắm một đầu của cáp Ethernet đi kèm vào cổng Internet màu vàng trên bộ định tuyến mới của bạn. Nếu bạn có modem, hãy cắm đầu còn lại vào cổng Ethernet (LAN) trên modem. | **HOẶC** | Cắm một đầu của cáp Ethernet đi kèm vào cổng Internet màu vàng trên bộ định tuyến mới của bạn. Nếu bạn có bộ định tuyến modem, hãy cắm đầu cáp còn lại vào bất kỳ cổng nào còn trống. |

Lưu ý—Hãy chờ đến khi đèn nguồn ở mặt trước của bộ định tuyến ngừng nhấp nháy và sáng ổn định màu xanh lam trước khi chuyển sang Bước 4.

4. Kết nối với tên mạng ghi trong Hướng dẫn Sử dụng Nhanh đi kèm cùng bộ định tuyến. (Bạn có thể đổi tên mạng và mật khẩu sau.) Chọn tùy chọn tự động kết nối tới mạng này trong tương lai. Nếu bạn cần trợ giúp kết nối mạng, hãy tham khảo tài liệu thiết bị của bạn trong CD được cung cấp.
Lưu ý—Bạn sẽ không thể truy nhập Internet cho đến khi hoàn tất quá trình thiết lập bộ định tuyến.

5. Nhập http://myrouter.local vào một trình duyệt web. Làm theo hướng dẫn trên màn hình để hoàn tất thiết lập.



Bạn cũng có thể nhập 192.168.1.1 vào trình duyệt để bắt đầu thiết lập. Nếu bạn đang sử dụng bộ định tuyến-modem (cổng nối) và bộ định tuyến-modem đã sử dụng mạng con 192.168.1.x, bạn có thể sẽ cần nhập địa chỉ IP 10.0.1.1.

**Lưu ý**—Nếu không có tùy chọn nào trong số đó đưa bạn đến trình hướng dẫn thiết lập, hãy truy cập www.linksys.com/support/setupIP để được trợ giúp thêm.

5

6. Khi bạn đã hoàn tất thiết lập, hãy nhớ đăng ký bộ định tuyến để chúng tôi có thể thông báo cho bạn các cập nhật bảo mật, thu hồi sản phẩm và các thông tin khác giúp nâng cao trải nghiệm.

**Register your product**

Once you register we can share important security updates. Product recalls and other things that will improve your experience. All we need is your email. We will only use your email for limited security and customer support purposes.

Email Address

☐ Linksys may also email me to keep up to date with special offers and information from linksys. You can unsubscribe at any time by using the link at the end of any email we send. Read our Privacy Policy here.

[Next]  [Skip]

Lưu ý – Bộ định tuyến của bạn sẽ trở thành điểm nút chính sau khi bạn hoàn tất thiết lập. Bạn có thể thay đổi thiết lập Wi-Fi truyền thống bằng cách tắt Điểm nút chính EasyMesh trên màn hình Cài đặt không dây cơ bản trong phần cài đặt của bộ định tuyến.

Nếu bạn muốn thêm bộ định tuyến này vào E8450 EasyMesh Wi-Fi hiện có của mình, hãy làm theo các bước sau.

Lưu ý—Nếu trước đây bạn đã sử dụng bộ định tuyến này, hãy đặt lại bộ định tuyến về cài đặt mặc định ban đầu trước khi thêm nó vào EasyMesh Wi-Fi của bạn. Bạn có thể thực hiện việc này ở tab Quản trị trong cài đặt của bộ định tuyến hoặc bằng cách nhấn và giữ nút đặt lại (reset) ở mặt sau bộ định tuyến trong 10 giây.

- Sử dụng máy tính hoặc thiết bị di động để kết nối không dây hoặc bằng cáp ethernet với bộ định tuyến chính (bộ định tuyến được kết nối với modem của bạn)

- Truy cập myrouter.local trong trình duyệt web để đăng nhập vào cài đặt của bộ định tuyến chính
  - Bạn cũng có thể nhập 192.168.1.1 vào trình duyệt để truy cập cài đặt của bộ định tuyến chính

    Lưu ý-Nếu không có tùy chọn nào trong số đó đưa bạn đến phần cài đặt của bộ định tuyến chính, hãy truy cập www.linksys.com/support/setupIP để được trợ giúp thêm.

- Nhập mật khẩu của bộ định tuyến chính. (Mặc định là "admin".)

- Vào Wi-Fi > Cài đặt không dây cơ bản và nhấn vào Thêm điểm nút mới

    Lưu ý—"Điểm nút chính EasyMesh" phải được bật trong cài đặt bộ định tuyến chính trước khi bạn nhấn vào nút "Thêm điểm nút mới".

6



• Làm theo lời nhắc để thêm điểm nút vào mạng EasyMesh Wi-Fi hiện có của bạn.

Lưu ý—Nếu bạn thêm bộ định tuyến này vào điểm nút chính từ nhà sản xuất khác, vui lòng tham khảo hướng dẫn của nhà sản xuất. Không thể thêm bộ định tuyến này vào Linksys Velop hoặc hệ thống Max-Stream mesh Wi-Fi.

7

# Cấu hình Nâng cao

## Cách mở tiện ích trên trình duyệt

Để truy cập một số cài đặt nâng cao, bạn cần phải mở tiện ích trên trình duyệt. Hãy chắc chắn rằng bạn đã được kết nối với bộ định tuyến, mở một trình duyệt web và nhập http://myrouter.local vào trình duyệt web đó, hoặc truy cập địa chỉ IP 192.168.1.1.



Nếu bạn đang sử dụng bộ định tuyến-modem (cổng nối) và bộ định tuyến-modem đã sử dụng mạng con 192.168.1.x, bạn có thể sẽ cần nhập địa chỉ IP 10.0.1.1.

> Lưu ý—Nếu không có tùy chọn nào trong số đó đưa bạn đến phần cài đặt của bộ định tuyến, hãy truy cập www.linksys.com/support/setupIP để được trợ giúp thêm.

Bộ định tuyến sẽ nhắc bạn nhập mật khẩu.



Nếu bạn đã thay đổi mật khẩu trong quá trình thiết lập, hãy nhập mật khẩu mới. Bấm ĐĂNG NHẬP. Nếu bạn không thay đổi mật khẩu, hoặc đã bỏ qua phần thiết lập thì mật khẩu mặc định là "admin".

8

# Cài đặt bộ định tuyến cơ bản

Màn hình này cho phép bạn thay đổi cấu hình cơ bản của bộ định tuyến.



Complaint, Exhibit 21
857

## Ngôn ngữ

Chọn ngôn ngữ của bạn—Để thay đổi ngôn ngữ, hãy chọn một ngôn ngữ khác từ menu thả xuống. Ngôn ngữ của tiện ích trên trình duyệt sẽ thay đổi trong vòng năm giây.



## Thiết lập Internet

Phần Thiết lập Internet giúp đặt cấu hình bộ định tuyến với kết nối Internet của bạn. Thông tin này được cung cấp qua Nhà cung cấp dịch vụ Internet (ISP) của bạn.

Loại kết nối Internet—Chọn loại kết nối Internet mà ISP của bạn cung cấp từ menu thả xuống.



- Cấu hình tự động – DHCP (mặc định)

  Chỉ giữ cấu hình mặc định nếu ISP hỗ trợ DHCP hoặc nếu bạn kết nối bằng địa chỉ IP động. (Tuỳ chọn này thường áp dụng cho kết nối cáp).

- IP tĩnh

  Hãy lựa chọn nếu bạn phải sử dụng địa chỉ IP cố định để kết nối Internet.

- PPPoE

  Hãy lựa chọn nếu bạn có kết nối DSL và ISP của bạn sử dụng Giao thức điểm nối điểm qua Ethernet (PPPoE).

- PPTP

  Giao thức Tạo Đường hầm Điểm nối Điểm (PPTP) là dịch vụ thường áp dụng cho kết nối ở Châu Âu. Nếu kết nối PPTP của bạn hỗ trợ DHCP hoặc địa chỉ IP động, hãy chọn Tự động nhận địa chỉ IP. Nếu bạn phải sử dụng địa chỉ IP cố định để kết nối Internet, hãy chọn Chỉ định địa chỉ IP và đặt cấu hình cho các tuỳ chọn xuất hiện.

- L2TP

  Giao thức Tạo Đường hầm Lớp 2 (L2TP) là dịch vụ thường áp dụng cho kết nối ở Israel.

  *Lưu ý—Kết nối theo yêu cầu và Duy trì là các tùy chọn khi lựa chọn PPPoE, PPTP và L2TP. Chúng cho phép bạn chọn bộ định tuyến chỉ kết nối Internet khi cần (hữu ích nếu ISP của bạn tính phí theo thời gian kết nối) hoặc bộ định tuyến phải luôn được kết nối. Hãy chọn tuỳ chọn phù hợp.*

- Chế độ cầu nối

  Chế độ cầu nối sẽ tắt tất cả các chức năng bộ định tuyến và biến bộ định tuyến này thành một điểm truy nhập.  Bộ định tuyến sẽ không còn hoạt động như một máy chủ DHCP, tường lửa tích hợp và các tính năng NAT cũng không còn hiệu lực.

Complaint, Exhibit 21
859

- Cầu nối không dây

  Cầu nối không dây sẽ kết nối không dây với bộ định tuyến chính của bạn và có thể chia sẻ kết nối Internet với các thiết bị đã kết nối với cổng Ethernet của cầu nối.

# Cài đặt Wi-Fi cơ bản



Cài đặt EasyMesh

Nếu một bộ định tuyến không cung cấp đủ phạm vi phủ sóng Wi-Fi cho cả ngôi nhà, bạn có thể bật tính năng EasyMesh và thêm nhiều bộ định tuyến E8450 hơn vào mạng của mình. Khi bật tính năng này bằng cách đánh dấu chọn vào ô Điểm nút chính EasyMesh, bộ định tuyến kết nối với modem sẽ trở thành điểm nút chính trong mạng mesh của bạn. Thêm các điểm nút con bằng cách nhấn vào "Thêm điểm nút mới". Sau đó, nhấn nút WPS trên điểm nút con trong 3 giây. Trong hầu hết các trường hợp, kết nối một điểm nút con sẽ mất từ 70~80 giây. Bạn có thể kiểm tra tiến trình trên màn hình cài đặt của điểm nút chính.

Sau khi thêm điểm nút con, hãy nhấn vào Thông tin Mesh để xem điểm nút và các thiết bị được kết nối với chúng trong toàn bộ mạng Mesh.

Nếu một điểm nút con không tham gia được vào mạng, hãy di chuyển điểm nút con đó đến gần điểm nút chính. Thực hiện theo các lời nhắc trên màn hình cài đặt của điểm nút chính để thử lại.

Sau khi thêm điểm nút con theo cách không dây, bạn có thể kết nối nó với cáp ethernet để đảm bảo tín hiệu ổn định. Đây được gọi là đường trục (backhaul) có dây. Đảm bảo rằng cáp đến từ một trong các cổng có nhãn Ethernet trên điểm nút chính và đến cổng có nhãn Internet trên điểm nút con.

Bạn có thể tắt Điểm nút chính Easy Mesh bất kỳ lúc nào và sử dụng điểm nút chính làm bộ định tuyến truyền thống.  Mọi điểm nút con sẽ bị ngắt kết nối khỏi Wi-Fi của bạn.

Lưu ý—Bạn không thể thêm bộ định tuyến E8450 vào hệ thống EasyMesh nếu bộ định tuyến này đã được thiết lập. Nếu bạn đã sử dụng bộ định tuyến này trước đó, hãy đặt lại bộ định tuyến về cài đặt gốc. Nhấn và giữ nút reset (đặt lại) ở mặt sau của bộ định tuyến trong 10 giây hoặc đặt lại nó tại tab Quản trị trong cài đặt của bộ định tuyến.

Nếu bạn không thấy tùy chọn EasyMesh trong cài đặt bộ định tuyến, hãy đảm bảo nâng cấp lên phần mềm điều khiển mới nhất. Phải có phiên bản phần mềm điều khiển từ 1.1.00 trở lên để hỗ trợ EasyMesh.

Nếu một điểm nút con cách quá xa so với một điểm nút đang hoạt động khác, đèn nguồn ở mặt trước của điểm nút con sẽ sáng ổn định màu vàng. Hãy di chuyển điểm nút con đến gần điểm nút đang hoạt động cho đến khi đèn nguồn của điểm nút con đó sáng ổn định màu xanh lam. Nếu đèn nguồn trên điểm nút con của bạn nhấp nháy màu vàng, điều đó có nghĩa là điểm nút con bị mất kết nối với điểm nút đang hoạt động. Trước tiên, hãy kiểm tra điểm nút gần nhất. Nếu điểm nút gần nhất đang chạy bình thường, hãy di chuyển điểm nút con đến gần nó hơn. Nếu điều đó không có tác dụng, hãy đặt lại điểm nút con mới đó và thử thêm lại nó vào hệ thống Mesh của bạn.

13

Kiểm soát tất cả các cài đặt trong mạng EasyMesh thông qua điểm nút chính. Các thay đổi áp dụng cho tất cả các điểm nút con.

Chế độ mạng 5GHz—Chọn các chuẩn không dây mà mạng của bạn sẽ hỗ trợ.

- Hỗn hợp (mặc định)

  Giữ nguyên mặc định nếu bạn có các thiết bị Không dây-A, Không dây-N, Không dây-AC, hoặc Không dây-AX trong mạng.

- Không dây-AC Hỗn hợp

  Hãy lựa chọn nếu bạn có các thiết bị Không dây-A, Không dây-N, hoặc Không dây-AC trong mạng.

- Chỉ Không dây-A

  Hãy lựa chọn nếu bạn chỉ có các thiết bị Không dây-A.

- Chỉ Không dây-N

  Hãy lựa chọn nếu bạn chỉ có các thiết bị Không dây-N.

- Tắt

  Hãy lựa chọn nếu bạn không có các thiết bị Không dây-A, Không dây-N, Không dây-AC và Không dây-AX (5 GHz) trong mạng. Sóng 5GHz sẽ tắt sau khi bạn chọn tùy chọn này.

  *Lưu ý—Nếu bạn không rõ nên sử dụng chế độ nào, hãy giữ nguyên mặc định, Hỗn hợp.*

Chế độ mạng 2.4GHz—Chọn các chuẩn không dây mà mạng của bạn sẽ hỗ trợ.

- Hỗn hợp (mặc định)

  Giữ nguyên mặc định nếu bạn có các thiết bị Không dây-B, Không dây-G và Không dây-N 2.4GHz trong mạng.

- Chỉ Không dây-B/G

  Hãy lựa chọn nếu bạn có các thiết bị Không dây-B, Không dây-G trong mạng.

- Chỉ Không dây-B

  Hãy lựa chọn nếu bạn chỉ có các thiết bị Không dây-B.

- Chỉ Không dây-G

  Hãy lựa chọn nếu bạn chỉ có các thiết bị Không dây-G.

- Chỉ Không dây-N

  Hãy lựa chọn nếu bạn chỉ có các thiết bị Không dây-N 2.4G.

- Tắt

  Hãy lựa chọn nếu bạn không có các thiết bị Không dây-B, Không dây-G và Không dây-N (2.4 GHz) trong mạng. Sóng 2.4GHz sẽ tắt sau khi bạn chọn tùy chọn này.

  *Lưu ý—Nếu bạn không rõ nên sử dụng chế độ nào, hãy giữ nguyên mặc định, Hỗn hợp.*

Tên mạng (SSID)

Bộ Định danh Thiết đặt Dịch vụ (SSID) là tên được sử dụng bởi các thiết bị để kết nối với một mạng không dây. SSID có phân biệt chữ hoa/chữ thường và không được dài quá 32 ký tự. SSID mặc định cho mạng 2.4 GHz và 5 GHz lần lượt là LinksysXXXXX và LinksysXXXXX_5GHz. Các chữ X chính là năm số cuối trong dãy số sê-ri của bộ định tuyến, dãy số này có thể tìm thấy ở dưới đáy bộ định tuyến. Nếu bạn đã thay đổi SSID, cả hai băng tần đều có SSID mới. Bạn có thể đặt tên khác cho chúng qua tiện ích trên trình duyệt.

*Lưu ý—Nếu bạn khôi phục cài đặt gốc của bộ định tuyến (bằng cách ấn nút Reset (Đặt lại) hoặc sử dụng màn hình Cấu hình > Quản trị > Đặt lại thiết bị), Tên mạng sẽ trở về giá trị mặc định. Hãy thay đổi Tên mạng về lại tên gốc hoặc bạn sẽ phải kết nối lại tất cả thiết bị trong mạng không dây của bạn theo tên mạng mới.*

Độ rộng kênh

Giữ nguyên mặc định, Tự động (20 MHz hoặc 40 MHz), để có hiệu suất tốt nhất trong mạng 2.4 GHz sử dụng các thiết bị Không dây-B, Không dây-G và Không dây-N (2.4 Ghz). Với độ rộng kênh là 20 MHz, hãy chọn Chỉ 20 MHz. Để đạt hiệu suất tốt nhất trong mạng 5 GHz, hãy giữ giá trị mặc định Tự động (20, 40 hoặc 80 MHz).

Kênh

Hãy chọn kênh từ danh sách thả xuống. Giữ nguyên mặc định, Tự động, nếu bạn không rõ nên chọn kênh nào.

Phát rộng SSID

Giữ nguyên mặc định, Bật, để phát rộng SSID của bộ định tuyến. Khi các thiết bị khách không dây khảo sát khu vực lân cận để tìm các mạng không dây và kết nối, chúng sẽ tìm thấy tên SSID được phát rộng bởi bộ định tuyến. Cố gắng ẩn tên Wi-Fi không thể giúp mạng Wi-Fi của bạn trở nên an toàn hơn. Bất kì người nào thực sự muốn truy nhập mạng của bạn sẽ đều có thể tìm ra nó, ngay cả khi bạn đã tắt tính năng này. Nếu bạn vẫn không muốn phát rộng SSID của bộ định tuyến, chọn Tắt.

Complaint, Exhibit 21
863

# Bảo mật không dây

Bộ định tuyến cung cấp các tuỳ chọn bảo mật không dây sau:

WPA2/WPA3 Hỗn hợp Cá nhân, WAP2 Cá nhân, WPA2 Doanh nghiệp, WPA3 Cá nhân, WPA3 Doanh nghiệp (WPA là viết tắt của Wi-Fi Protected Access.)

WPA3 là tùy chọn bảo mật mạnh nhất.

## Cài đặt tuỳ chọn bảo mật

### WPA2 Cá nhân

Nếu bạn chọn WPA2 Cá nhân, mỗi thiết bị trong mạng không dây của bạn PHẢI sử dụng WPA2 Cá nhân và chuỗi mật khẩu tương tự.



Nếu bạn không rõ thiết bị có hỗ trợ WPA2 hoặc WPA3 Cá nhân hay không, hãy chọn tùy chọn WPA2/WPA3 Hỗn hợp Cá nhân trong Chế độ bảo mật.

Chuỗi mật khẩu—Nhập chuỗi mật khẩu dài từ 8-63 ký tự. Đây là mật khẩu Wi-Fi cung cấp quyền truy nhập vào mạng. Nó có thể giống như mật khẩu đã nhập khi thiết lập.

### Tắt

Nếu bạn chọn tắt bảo mật không dây, bạn sẽ được thông báo rằng bảo mật không dây đã bị tắt khi truy nhập Internet lần đầu. Bạn sẽ được tùy chọn bật bảo mật không dây hoặc xác nhận rằng bạn đã biết rõ các rủi ro nhưng vẫn muốn tiếp tục mà không cần bảo mật không dây.



16

# Xử lý sự cố

Bạn có thể tìm thêm trợ giúp từ bộ phận hỗ trợ khách hàng đã giành nhiều giải thưởng của chúng tôi tại địa chỉ Linksys.com/support/E8450.

## Bộ định tuyến của bạn chưa được thiết lập thành công

Nếu bạn không thể hoàn tất thiết lập trong giao diện trên trình duyệt, bạn có thể thử các bước sau:

- Ấn và giữ nút Reset (Đặt lại) trên bộ định tuyến bằng cây kẹp giấy hoặc đinh ghim cho đến khi đèn nguồn ở phía trước của bộ định tuyến tắt và bắt đầu nhấp nháy (khoảng 10 giây). Nhập 192.168.1.1 vào trình duyệt để thử thiết lập lại.

- Nếu bạn đang sử dụng bộ định tuyến-modem (cổng nối) và bộ định tuyến-modem đang sử dụng địa chỉ IP 192.168.1.x, bạn có thể sẽ cần nhập địa chỉ IP 10.0.1.1.

  Lưu ý—Nếu không có tùy chọn nào trong số đó đưa bạn đến trình hướng dẫn thiết lập, hãy truy cập www.linksys.com/support/setupIP để được trợ giúp thêm.



- Tạm thời tắt tường lửa trên máy tính của bạn (xem hướng dẫn của phần mềm bảo mật để được trợ giúp). Cài đặt lại bộ định tuyến.
- Nếu bạn có máy tính khác, hãy sử dụng máy tính đó để cài đặt bộ định tuyến.

17

# Thông báo *Chưa cắm cáp Internet*

Nếu bạn nhận được thông báo "Chưa cắm cáp Internet" khi đang thiết lập bộ định tuyến:

- Hãy chắc chắn rằng cáp Ethernet hoặc Internet (hoặc cáp giống với loại được cung cấp cùng với bộ định tuyến) đã được cắm chắc chắn vào cổng Internet màu vàng ở mặt sau của bộ định tuyến và vào cổng thích hợp trên modem. Cổng này trên modem thường có nhãn Ethernet.



- Hãy đảm bảo rằng modem của bạn đã cắm nguồn và đã bật.



| Nếu dịch vụ Internet của bạn là dịch vụ cáp, hãy kiểm tra và đảm bảo rằng cổng CABLE (CÁP) của modem cáp đã được kết nối với cáp đồng trục do ISP của bạn cung cấp. | Nếu dịch vụ Internet của bạn là dịch vụ DSL, hãy đảm bảo rằng đường dây điện thoại DSL đã được kết nối với của cổng DSL của modem. |
|---|---|

- Nếu trước đây, máy tính của bạn đã kết nối với modem bằng cáp USB, hãy rút cáp USB ra.
- Cài đặt lại bộ định tuyến.

18

# Thông báo *Không thể truy nhập bộ định tuyến*

Để truy nhập bộ định tuyến, bạn phải kết nối với mạng của riêng bạn. Nếu bạn hiện có truy nhập Internet không dây, sự cố có thể là do bạn đã vô tình kết nối với một mạng không dây khác.

Để khắc phục sự cố trên máy tính chạy Windows, hãy làm theo các bước sau*:

1.  Trên màn hình Windows, bấm vào biểu tượng không dây trên khay hệ thống. Danh sách các mạng hiện có sẽ xuất hiện.

2.  Bấm vào tên mạng riêng của bạn. Bấm Kết nối. Trong ví dụ dưới đây, máy tính đã được kết nối vào một mạng không dây khác có tên wraith_5GHz. Tên mạng không dây của bộ định tuyến Linksys sê-ri E, trong ví dụ này là Damaged_Beez2.4, đã được chọn như minh họa.



3.  Nếu bạn được nhắc nhập khóa bảo mật mạng, hãy nhập mật khẩu (khóa bảo mật) của bạn vào trường network security key (khóa bảo mật mạng). Bấm OK.

4.  Máy tính của bạn sẽ kết nối vào mạng và bạn sẽ có thể truy nhập bộ định tuyến.

*Tùy thuộc vào phiên bản Windows của bạn mà có thể có một số sự khác nhau trong câu chữ hay các biểu tượng ở các bước này.*

Để khắc phục sự cố trên máy tính Mac, hãy làm theo các bước sau:

1.  Trên thanh menu ngang trên cùng màn hình, hãy bấm vào biểu tượng Wi-Fi. Danh sách các mạng không dây sẽ xuất hiện.

2.  Trong ví dụ dưới đây, máy tính đã được kết nối vào một mạng không dây khác có tên wraith_5GHz. Tên mạng không dây của bộ định tuyến Linksys sê-ri E, trong ví dụ này là Damaged_Beez2.4, đã được chọn như minh họa.

19



3. Bấm vào tên mạng không dây của bộ định tuyến Linksys sê-ri E của bạn (trong ví dụ này là Damaged_Beez2.4).

4. Nhập mật khẩu mạng không dây (Khoá Bảo mật) của bạn vào trường Password (Mật khẩu). Bấm OK.

## Sau khi thiết lập

### Mạng Internet không khả dụng

Nếu mạng Internet gặp khó khăn khi giao tiếp với bộ định tuyến của bạn thì vấn đề này có thể sẽ làm xuất hiện thông điệp "Không tìm thấy [địa chỉ Internet]" trong trình duyệt Web của bạn. Nếu bạn biết rằng địa chỉ Internet đó là chính xác và nếu bạn đã thử một vài địa chỉ Internet hợp lệ mà vẫn nhận kết quả tương tự thì thông điệp này có nghĩa là có sự cố với ISP của bạn hoặc với modem giao tiếp với bộ định tuyến của bạn.

Hãy thử các cách sau:

- Hãy chắc chắn rằng cáp mạng và cáp nguồn đã được kết nối chắc chắn.

- Hãy chắc chắn rằng bộ định tuyến được cắm vào ổ cắm có điện.

- Khởi động lại bộ định tuyến.

- Liên hệ ISP của bạn và hỏi về tình hình ngừng dịch vụ trong khu vực của bạn.

Phương pháp phổ biến nhất để xử lý sự cố cho bộ định tuyến là tắt đi, rồi bật lại. Khi đó, bộ định tuyến có thể nạp lại các cài đặt tùy chỉnh của nó, và các thiết bị khác (ví dụ như modem) sẽ có thể phát hiện lại bộ định tuyến và giao tiếp với nó. Quy trình này gọi là khởi động lại.

Để khởi động lại bộ định tuyến của bạn bằng cách sử dụng dây nguồn, hãy làm như sau:

1. Ngắt kết nối dây nguồn khỏi bộ định tuyến và modem.

2. Đợi 10 giây và cắm lại dây nguồn vào modem. Hãy chắc chắn rằng nó có điện.

3. Đợi đến khi đèn báo trực tuyến của modem dừng nhấp nháy (khoảng hai phút). Cắm lại dây nguồn vào bộ định tuyến.

4. Đợi đến khi đèn báo Nguồn và Internet màu xanh lam ở mặt trước bộ định tuyến sáng ổn định. Quá trình này sẽ mất khoảng hai phút. Sau đó, kết nối với Internet từ máy tính.

20

# Thông số kỹ thuật

## Linksys E8450

| Tên sản phẩm | Bộ định tuyến Gigabit WiFi 6 Băng tần kép AX3200 |
|---|---|
| Mã sản phẩm | E8450 |
| Tốc độ Cổng Thiết bị chuyển mạch | 10/100/1000Mbps (Gigabit Ethernet) |
| Tần số vô tuyến | 2.4 GHz và 5 GHz |
| Số lượng ăng-ten | 4 |
| Cổng | Ethernet (1-4), Internet, Nguồn, USB 2.0 |
| Nút | Wi-Fi Protected Setup, Reset (Đặt lại), Công tắc nguồn |
| Đèn LED | Nguồn, Internet, Ethernet (1-4) |
| UPnP | Có hỗ trợ |
| Tính năng bảo mật | WPA2 Cá nhân, WPA3 Cá nhân, WPA2/WPA3 Hỗn hợp Cá nhân, WPA2 Doanh nghiệp, và WPA3 Doanh nghiệp |
| Bit mã khóa bảo mật | Mã hóa tối đa 192-bit |
| Hỗ trợ hệ thống tệp lưu trữ | FAT, FAT32, NTFS, HFS+ |

## Môi trường

| Kích thước | 156mm (D) x 77,11mm (R) x 220mm (C) |
|---|---|
| Trọng lượng thiết bị | 638g |
| Nguồn | 12V/2A |
| Chứng chỉ | FCC, IC, CE, Wi-Fi (IEEE 802.11 a/b/g/n/ac) |
| Nhiệt độ hoạt động | 32° đến 104°F (0° đến 40°C) |
| Nhiệt độ bảo quản | -4° đến 140°F (-20° đến 60°C) |
| Độ ẩm hoạt động | 10% đến 80% độ ẩm tương đối, không ngưng tụ |
| Độ ẩm bảo quản | 5 đến 90% không ngưng tụ |

Lưu ý:

Để biết thông tin quy định, bảo hành và an toàn, hãy xem CD đi kèm với bộ định tuyến hoặc truy cập Linksys.com/support/E8450.

Các thông số kỹ thuật có thể thay đổi mà không cần thông báo.

Hiệu suất tối đa lấy từ các thông số kỹ thuật của Tiêu chuẩn IEEE 802.11. Hiệu suất thực tế có thể thay đổi, trong đó công suất của mạng không dây, tốc độ truyền dữ liệu, phạm vi và vùng phủ sóng có thể thấp hơn. Hiệu suất phụ thuộc vào nhiều yếu tố, điều kiện và biến số như: khoảng cách tới điểm truy nhập, lưu lượng mạng, vật liệu và cấu trúc xây dựng, hệ điều hành sử dụng, kết hợp nhiều sản phẩm không dây, nhiễu và các điều kiện bất lợi khác.

LINKSYS và nhiều tên sản phẩm và logo là thương hiệu của tập đoàn các công ty Belkin. Các thương hiệu của bên thứ ba được đề cập là tài sản của chủ sở hữu tương ứng. Các giấy phép và thông báo cho các phần mềm của bên thứ ba được sử dụng trong sản phẩm này có thể xem ở đây: http://support.linksys.com/en-us/license. Vui lòng liên hệ http://support.linksys.com/en-us/gplcodecenter nếu có câu hỏi hoặc yêu cầu mã nguồn GPL.

© 2021 Linksys Holdings, Inc. và/hoặc các công ty con. Bảo lưu mọi quyền.

LNKPG-00735 RevB00

22