UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 21-01810-JVS (ADSx) | Date | December 20, 2021 |
| Title | NXP USA, Inc. v. MediaTek Inc. et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Deborah Lewman for Lisa Bredahl Armijo | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **[IN CHAMBERS] Order Regarding Motion to Stay [30]**

Defendants MediaTek, Inc., MediaTek USA, Inc., Amazon.com, Inc., Belkin International, Inc., and Linksys USA, Inc. (collectively, "Defendants") filed an unopposed motion to stay the suit filed by Plaintiff NXP USA, Inc. ("NXP").

For the following reasons, the Court **GRANTS** the motion.

## I. Background

On November 1, 2021, NXP filed a complaint against Defendants, alleging that Defendants infringed U.S. Patent Nos. 7,593,202, 8,482,136, 8,558,591, 9,729,214, and 10,904,058. Compl., Dkt. No. 1. On the same day, NXP filed a complaint in the United States International Trade Commission ("ITC") alleging a violation of Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337 ("Section 337") based on the alleged infringement of the same five patents. ITC Compl., Declaration of James D. Judah ("Judah Decl."), Ex. 1, Dkt. No. 30-3. The ITC complaint names all of the Defendants as Proposed Respondents. Id. On December 1, 2021, the ITC instituted an investigation (the "1287 Investigation") based on NXP's complaint. 86 Fed. Reg. No. 232 at 69289-90 (Dec. 7, 2021). On December 13, 2021, Defendants filed the instant motion.

## II. Legal Standard

28 U.S.C. § 1659 contains the following mandatory stay provision:

In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV 21-01810-JVS (ADSx)  Date  December 20, 2021

Title  NXP USA, Inc. v. MediaTek Inc. et al

Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within—(1) 30 days after the party is named as a respondent in the proceeding before the Commission, or(2) 30 days after the district court action is filed[.]

28 U.S.C. § 1659.

### III. DISCUSSION

Here, both NXP and all of the Defendants are parties to both this action and the proceeding before the ITC, and the two proceedings involve substantially the same issues, namely the alleged infringement of the same five patents. Compare Compl. ¶ 2 (alleging infringement of U.S. Patent Nos. 7,593,202, 8,482,136, 8,558,591, 9,729,214, and 10,904,058) and ITC Compl. (alleging the same). Moreover, the request for a stay was made by Defendants, who are parties to the civil action and also respondent in the proceeding before the ITC. Lastly, Defendants' request was filed within 30 days after they were named as respondents in the proceeding before the ITC, as the ITC instituted the 1287 Investigation and named the Defendants as respondents in a Notice of Investigation on December 7, 2021, and Defendants filed the instant motion on December 13, 2021. Accordingly, the statutory requirements for a stay are satisfied.

### IV. CONCLUSION

For the foregoing reasons, the Court **GRANTS** the motion to stay the case pending the final resolution of the ITC investigation, including any and all appeals and until the Commission proceedings are no longer subject to judicial review. The parties are ordered to file a notice within fourteen days of final resolution of the ITC investigation, stating that resolution has occurred. Defendants will have thirty days from the lifting of the stay to move against, answer, or otherwise respond to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV 21-01810-JVS (ADSx)　　　　　Date  December 20, 2021

Title　　NXP USA, Inc. v. MediaTek Inc. et al

**IT IS SO ORDERED.**

The Court finds that oral argument would not be helpful in this matter. Fed. R. Civ. P. 78; L.R. 7-15. Hearing set for January 10, 2022 is **VACATED**.