**JS-6/STAYED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   SACV 21-01810JVS(ADSx)                    Date: January 24, 2022

Title: Gestion Lican, Inc v Good Earthkeeping Organization, Inc.

Present   JAMES V. SELNA, United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on docket entry #31 on 12/20/21.  Make JS-6/STAYED.

☐   Case settled but may be reopened if settlement is not finalized within ___ days.  Make JS-6.

☐   Other: _____ .

☐   Entered _____ .

CV-74 (08/97)                                          Initials by Deputy Clerk     lmb